UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-08684-SVW-AFM | Date | May 14, 2019 |
|---|---|---|---|
| Title | Luis Lorenzo Vargas v. City of Los Angeles et al | | |

JS - 5

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/a |

**Proceedings:**     IN CHAMBERS ORDER

( )     Case previously closed in error.  Make JS-5.

(X)     Case should have been reopened on entry [188], dated April 15, 2019.  Make JS-6.

( )     Case settled but may be reopened if settlement is not consummated within  days.  Make JS-5.

( )     Other:

( )     Entered:

                                                                                    :  _____

                                                    Initials of Preparer  _____