# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; et al.,<br><br>Defendants. | CASE NO.  CV16-08684 SVW (AFMx)<br>*Hon. Stephen V. Wilson, Ctrm. 10A*<br>*Mag. Alexander F. MacKinnon, Ctrm. H, 9th Fl.,*<br><br>[PROPOSED] **ORDER ON DEFENDANTS' CITY OF LOS ANGELES' MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF'S MUNICIPAL LIABILITY CLAIM**<br><br>DATE:   June 10, 2017<br>TIME:    1:30 p.m.<br>CTRM:   10A, First Street Courthouse |

GOOD CAUSE HAVING BEEN SHOWN,

The Court GRANTS Defendants' motion for partial summary judgment. The Second and Third Claims of Relief in plaintiff's second amended complaint are hereby ordered dismissed. Defendant Richard Tamez is dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: _____   _____
**HONORABLE STEPHEN V. WILSON**
UNITED STATES DISTRICT COURT JUDGE

1