**MICHAEL N. FEUER,** City Attorney - SBN 111529
**JAMES P. CLARK,** Chief Deputy City Attorney – SBN
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**GEOFFREY PLOWDEN,** Deputy City Attorney – SBN 146602
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-7038
Fax No.:    (213) 978-8785
Email: geoffrey.plowden@lacity.org

*Attorneys for Defendants,* CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, MONICA QUIJANO and RICHARD TAMEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO VARGAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; COUNTY OF LOS ANGELES; OFFICE OF THE LOS ANGELES DISTRICT ATTORNEY; LOS AGELES SHERIFF'S DEPARTMENT; MONICA QUIJANO; RICHARD TAMEZ; and DOES 1-10 INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.  CV16-08684 SVW (AFMx)<br>*Hon. Stephen V. Wilson, Ctrm. 10A*<br>*Mag. Alexander F. MacKinnon, Ctrm. H, 9th Fl.,*<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ACCOMPANYING MOTION FOR PARTIAL SUMMARY JUDGMENT OF MUNICIPAL LIABILITY CLAIM; DECLARATION OF GEOFFREY PLOWDEN; EXHIBITS**<br><br>Date:　　June 10, 2019<br>Time:　　1:30 p.m.<br>Ctrm:　　10A |

**TO THE HONORABLE COURT, PLAINTIFF AND HIS COUNSEL:**

Pursuant to Federal Rule of Evidence 201(b)(2), Defendants City of Los Angeles and the Los Angeles Police Department ("Defendants") respectfully submit this Request for Judicial notice in support of their Motion for Partial Summary Judgment. Accordingly, Defendants request this Court take judicial notice of the following statute which is attached to the supporting Declaration of Geoffrey Plowden.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. THE COURT MAY TAKE JUDICIAL NOTICE OF ITS COURT FILES AND RECORDS, AS WELL AS LOCAL STATUTES.

Federal Rule of Evidence Rule 201(b)(2) allows a Court to take judicial notice of a fact that is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. A court is empowered to take judicial notice of court files and records, i.e. plaintiff's operative complaint. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

The court may also take judicial notice of statute. *Mesa Grande Band of Mission Indians v. Salazar*, 657 F. Supp. 2d 1169 (S.D. Cal. 2009).

The court must take judicial notice if a party requests it and the court is supplied with the necessary information.

Based on the foregoing, the Court should take judicial notice of the Plaintiff's Second Amended Complaint and California Penal Code section 1054.1, accompanying the Declaration of Geoffrey Plowden.

Dated: May 15, 2019     **MICHAEL N. FEUER**, City Attorney
**JAMES P. CLARK,** Chief Deputy City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By:    */S/ Geoffrey Plowden*
        **GEOFFREY PLOWDEN**, Deputy City Attorney

*Attorneys for Defendants,* CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, MONICA QUIJANO and RICHARD TAMEZ