## Declaration of Geoffrey Plowden

Luis Lorenzo Vargas v. City of L.A., *et al.* CV16-068684SVW
Defendants' Request for Judicial Notice Accompanying Motion for Partial
Summary Judgment of Plaintiff's Municipal Liability Claim

**Declar of Geoff Plowden - 3**

## DECLARATION OF GEOFFREY PLOWDEN

I, GEOFFREY PLOWDEN, declare and state as follows:

1. I am a Deputy City Attorney with the Los Angeles City Attorney's Office. I am assigned with the responsibility of representing Defendants City of Los Angeles, Los Angeles Police Department and Monica Quijano in the matter of *Luis Lorenzo Vargas v. City of Los Angeles, et al.*, CV16-08684 SVW (AFMx). I am admitted to practice before the United States District Court-Central District of California. I make this declaration upon my own personal knowledge, except upon those matters stated upon information and belief.

2. Attached hereto and marked as Exhibit "3" is a true and correct copy of California Penal Code Section 1054.1

3. Attached hereto and marked as Exhibit "4" is a true and correct copy of Plaintiff's Second Amended Complaint.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed this 15th day of May 2019, at Los Angeles, California.

/S/ *Geoffrey Plowden*
GEOFFREY PLOWDEN, Declarant

1

Declar of Geoff Plowden - 4