**Exhibit 3 to Declaration of Geoffrey Plowden**
Luis Lorenzo Vargas v. City of L.A., *et al.* CV16-068684SVW
Defendants' Request for Judicial Notice Accompanying Motion for Partial
Summary Judgment of Plaintiff's Municipal Liability Claim

**Plowden Decl - Exh 3, Pg. 5**

# EXHIBIT 3 to
DEFENDANT CITY OF LOS ANGELES' REQUEST FOR JUDICIAL NOTICE
ACCOMPANYING MOTION FOR PARTIAL SUMMARY JUDGMENT OF
MUNICIPAL LIABILITY CLAIM

**Plowden Decl - Exh 3, Pg. 6**

## Cal Pen Code § 1054.1

Deering's California Codes are current through Chapter 4 of the 2019 Regular Session.

Deering's California Codes Annotated > PENAL CODE (§§ 1 — 34370) > Part 2 Of Criminal Procedure (§§ 681 — 1620) > Title 6 Pleadings and Proceedings Before Trial (Chs. 1 — 10) > Chapter 10 Discovery (§§ 1054 — 1054.10)

### § 1054.1. Information to be disclosed by prosecution

The prosecuting attorney shall disclose to the defendant or his or her attorney all of the following materials and information, if it is in the possession of the prosecuting attorney or if the prosecuting attorney knows it to be in the possession of the investigating agencies:

(a) The names and addresses of persons the prosecutor intends to call as witnesses at trial.

(b) Statements of all defendants.

(c) All relevant real evidence seized or obtained as a part of the investigation of the offenses charged.

(d) The existence of a felony conviction of any material witness whose credibility is likely to be critical to the outcome of the trial.

(e) Any exculpatory evidence.

(f) Relevant written or recorded statements of witnesses or reports of the statements of witnesses whom the prosecutor intends to call at the trial, including any reports or statements of experts made in conjunction with the case, including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the prosecutor intends to offer in evidence at the trial.

## History

Addition adopted by voters, Prop 115 § 23, effective June 6, 1990.

Annotations

## Notes to Decisions

1. Generally

2. Constitutionality

3. Applicability

4. Compliance

5. Construction

6. Construction with Other Law

7. Discovery