# EXHIBIT 3

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 24**

1

1          UNITED STATES OF AMERICA
           UNITED STATES DISTRICT COURT
2          CENTRAL DISTRICT OF CALIFORNIA
              WESTERN DIVISION

3                  - - -

4          HONORABLE STEVEN V. WILSON,
       UNITED STATES DISTRICT JUDGE PRESIDING
5                  - - -

6

   LUIS LORENZO VARGAS,            )
7                                  )    CERTIFIED COPY
              PLAINTIFF,           )
8                                  )
   VS.                             )    CV 16-8684 SVW
9                                  )
   CITY OF LOS ANGELES, et         )
10 al.,                            )
                                   )
11            DEFENDANTS.          )
   _____)
12

13

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS
               APRIL 15, 2019
16              A.M. SESSION
           LOS ANGELES, CALIFORNIA
17

18

19

20

21         SHERI S. KLEEGER, CSR 10340
       FEDERAL OFFICIAL COURT REPORTER
22      312 NORTH SPRING STREET, ROOM 402
           LOS ANGELES, CALIFORNIA 90012
23           PH:  (213)894-6604

24

25

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 25**

APPEARANCES OF COUNSEL:

ON BEHALF OF PLAINTIFF:
        BRETT BOON, ESQUIRE
        CRAIG BENNER, ESQUIRE
        ALEX SIMPSON, ESQUIRE

ON BEHALF OF DEFENDANT:
        GEOFFREY PLOWDEN, DEPUTY CITY ATTORNEY

EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 26

3

|       |    |                                                             |
|-------|----|-------------------------------------------------------------|
|       | 1  | LOS ANGELES, CALIFORNIA; APRIL 15, 2019                     |
|       | 2  | A.M. SESSION                                                |
|       | 3  | - - -                                                       |
|       | 4  |                                                             |
|       | 5  |                                                             |
| 13:50:43 | 6  | THE CLERK:  Item No. 4, CV-16-8684-SVW                    |
| 13:50:52 | 7  | Luis Lorenzo Vargas versus City of Los Angeles, et al.   |
| 13:50:55 | 8  | Counsel, please state your appearances.                  |
| 13:50:58 | 9  | MR. BOON:  Good afternoon, Your Honor.                   |
| 13:51:01 | 10 | Brett Boon for Mr. Vargas.                               |
|       | 11 | MR. BENNER:  Good afternoon, Your Honor.                 |
| 13:51:04 | 12 | Craig Benner for Mr. Vargas.                             |
| 13:51:06 | 13 | MR. SIMPSON:  Good afternoon, Your Honor.                |
| 13:51:08 | 14 | Alex Simpson on behalf of plaintiff Luis                |
| 13:51:11 | 15 | Vargas.                                                  |
|       | 16 | MR. PLOWDEN:  Good afternoon, Your Honor.                |
|       | 17 | Geoffrey Plowden now substituting for                   |
| 13:51:17 | 18 | Surekha Shepherd on behalf of the defendants.           |
| 13:51:20 | 19 | THE COURT:  And this is a status conference.             |
| 13:51:23 | 20 | The case was stayed following the Court's denial of the  |
| 13:51:30 | 21 | defendant's motion for qualified immunity.  And the      |
| 13:51:38 | 22 | Court is informed that on March 15 of this year the      |
| 13:51:45 | 23 | Ninth Circuit granted defendant's motion to voluntarily  |
| 13:51:51 | 24 | dismiss their interlocutory appeal, and that's like the  |
| 13:52:02 | 25 | case is now on the Court's active calendar.  And the     |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 27**

| | | |
|---|---|---|
| 13:52:07 | 1 | plaintiff has proposed a trial date of June 25, which is |
| 13:52:16 | 2 | satisfactory to the Court. |
| 13:52:20 | 3 | So that appears to be what's next in the -- |
| 13:52:26 | 4 | in the proceedings in this case. |
| 13:52:31 | 5 | Now -- |
| 13:52:31 | 6 | THE CLERK:  Is this a jury trial? |
| 13:52:32 | 7 | THE COURT:  It's a jury trial.  But as I |
| 13:52:35 | 8 | previously indicated, the trial was actually |
| 13:52:39 | 9 | trifurcated.  The trial on June 25th will be the |
| 13:52:42 | 10 | liability of the individual defendants.  The Monell |
| 13:52:48 | 11 | liability of the City is stayed.  And the damage aspect |
| 13:53:00 | 12 | of the case, I think I previously said it will follow |
| 13:53:08 | 13 | immediately if the jury returns a verdict for the |
| 13:53:13 | 14 | plaintiff; in other words, the jury will, as an initial |
| 13:53:22 | 15 | stage, decide liability. |
| 13:53:25 | 16 | If the jury decides for the plaintiff, then |
| 13:53:29 | 17 | the jury will be told that there's another phase to the |
| 13:53:34 | 18 | case and the plaintiff will then present its damage |
| 13:53:39 | 19 | evidence.  The jury will then evaluate that separately. |
| 13:53:47 | 20 | And then if at the end of that we will have to consider |
| 13:53:52 | 21 | whether there is a basis for Monell liability. |
| 13:53:57 | 22 | Let me ask the plaintiffs some questions. |
| 13:54:01 | 23 | Can you take the -- whoever is handling the case.  Who's |
| 13:54:05 | 24 | handling the case? |
| 13:54:05 | 25 | MR. BOON:  Yes, Your Honor.  This is Brett |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 28**

5

| | | |
|---|---|---|
| 13:54:07 | 1 | Boon for Mr. Vargas. |
| 13:54:09 | 2 | THE COURT:  Brett Boon. |
| 13:54:11 | 3 | MR. BOON:  Yes.  And I also have Mr. Simpson |
| 13:54:12 | 4 | and Mr. Benner here as well. |
| 13:54:15 | 5 | THE COURT:  Okay.  Having dealt with some of |
| 13:54:20 | 6 | the motions in the case, of course, I am familiar with |
| 13:54:26 | 7 | the liability aspect.  And it seems to me, unless I have |
| 13:54:36 | 8 | miscalculated, there is not going to be an issue about |
| 13:54:40 | 9 | the defendant's innocence, correct?  I mean the |
| 13:54:43 | 10 | plaintiff's innocence. |
| 13:54:45 | 11 | Do you anticipate any issue about that? |
| 13:54:48 | 12 | MR. BOON:  We don't anticipate that being in |
| 13:54:51 | 13 | dispute. |
| 13:54:52 | 14 | THE COURT:  Does the defendant anticipate |
| 13:54:54 | 15 | any litigation regarding the question of whether or not |
| 13:54:59 | 16 | the plaintiff was innocent? |
| 13:55:06 | 17 | MR. SIMPSON:  No, Your Honor.  In fact, I |
| 13:55:09 | 18 | think the Court's ruling suggested that the subject of |
| 13:55:11 | 19 | innocence will not come into phase one. |
| | 20 | THE COURT:  Yes, yes. |
| 13:55:13 | 21 | MR. SIMPSON:  That it would be unduly |
| 13:55:16 | 22 | prejudiced to the defense. |
| 13:55:18 | 23 | THE COURT:  Yes. |
| 13:55:18 | 24 | MR. SIMPSON:  So -- |
| 13:55:19 | 25 | THE COURT:  You're not going to do that. |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 29**

```
13:55:21   1              Now, I mean to me the case is an important
13:55:28   2    one, obviously.  But in terms of the evidence, it seems
13:55:33   3    rather straightforward.  I mean, the key people are the
13:55:37   4    individual officers and -- and the rape book.  And all
13:55:47   5    that was addressed in the motion for qualified immunity
13:55:52   6    seems to be at least at phase one, what the trial will
13:55:55   7    be about.
13:55:57   8              Have I misunderstood the presentation of the
13:56:01   9    plaintiff?
13:56:02  10              MR. BOON:  No, you have not, Your Honor.
13:56:04  11    And, in fact, following the summary judgment ruling we
13:56:07  12    filed a briefing respectfully requesting that those
13:56:11  13    rulings become law of the case moving forward.  And I
13:56:15  14    think that would extremely narrow the scope of this
13:56:19  15    trial.
13:56:19  16              THE COURT:  What do you mean law of the
13:56:21  17    case?
13:56:21  18              MR. BOON:  The items that were ruled upon on
13:56:24  19    summary judgment, we had filed a motion asking that
13:56:25  20    those become law of the case and, therefore, not in
13:56:27  21    dispute moving forward.
13:56:28  22              THE COURT:  What matters are you suggesting
13:56:31  23    are law of the case?
13:56:33  24              I mean, all I did was rule on qualified
13:56:36  25    immunity, which doesn't seem like a law of the case type
```

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 30**

7

| | | |
|---|---|---|
| 13:56:40 | 1 | of issue. |
| 13:56:41 | 2 | MR. BOON:  There was also a few Brady |
| 13:56:44 | 3 | rulings in the summary judgment ruling.  In particular |
| 13:56:46 | 4 | the Court pointed out 11 sexual assaults that the Court |
| 13:56:51 | 5 | deemed -- |
| 13:56:51 | 6 | THE COURT:  No, but I mean if you're |
| 13:56:53 | 7 | suggesting that I found that there were Brady |
| 13:56:56 | 8 | violations, is that what you're suggesting? |
| 13:56:58 | 9 | MR. BOON:  I don't think you went as far as |
| 13:57:00 | 10 | to say there were Brady violations.  But you did say |
| 13:57:03 | 11 | that the information was material for purposes of Brady, |
| 13:57:05 | 12 | which is the first prong -- |
| 13:57:07 | 13 | THE COURT:  But I will -- I think when it |
| 13:57:11 | 14 | comes to trial I made these rulings in terms of |
| 13:57:15 | 15 | qualified immunity.  I think what is material or not and |
| 13:57:21 | 16 | all the issues that are addressed by Brady are for a |
| 13:57:26 | 17 | jury.  I don't think that I intended -- I certainly |
| 13:57:30 | 18 | didn't intend to illuminate those for trial.  All I |
| 13:57:37 | 19 | ruled upon was the qualified immunity. |
| 13:57:40 | 20 | And the jury will have to determine whether |
| 13:57:44 | 21 | the information was withheld and whether it should have |
| 13:57:52 | 22 | been made known and whether it is material.  I mean, |
| 13:58:00 | 23 | that's what the trial is going to be about. |
| 13:58:03 | 24 | MR. BOON:  Just in an effort to fully |
| 13:58:04 | 25 | understand the Court's directive and order, is the |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 31**

8

| | | |
|---|---|---|
| 13:58:07 | 1 | qualified immunity issue therefore based on what the |
| 13:58:10 | 2 | Court just stated not in dispute? |
| 13:58:12 | 3 | THE COURT:  Well, qualified immunity is not |
| 13:58:15 | 4 | a jury question.  The jury will not be dealing with |
| 13:58:18 | 5 | qualified immunity.  In fact, the cases say that that is |
| 13:58:23 | 6 | not a jury question.  And I ruled on that and so |
| 13:58:28 | 7 | qualified immunity shouldn't even arise in any way in |
| 13:58:33 | 8 | the trial. |
| 13:58:34 | 9 | So having said that, it seems that you have |
| 13:58:37 | 10 | the two officers.  You're going to call them, |
| 13:58:43 | 11 | cross-examine them.  You have the rape book.  The jury |
| 13:58:48 | 12 | is going to be told through them, I suppose, what the |
| 13:58:56 | 13 | evidence was against the plaintiff, then who was the |
| 13:59:10 | 14 | defendant. |
| 13:59:10 | 15 | Do you intend to introduce that through the |
| 13:59:13 | 16 | individual defendants -- one of them I thought continued |
| 13:59:18 | 17 | on as the case agent, so to speak, to the district |
| 13:59:25 | 18 | attorney; isn't that right?  One of the -- |
| 13:59:27 | 19 | MR. BOON:  That's correct, Your Honor. |
| 13:59:29 | 20 | Defendant Quijano continued with the case. |
| 13:59:32 | 21 | THE COURT:  And so will you be laying the |
| 13:59:36 | 22 | foundation for what happened during the trial through |
| 13:59:39 | 23 | him?  Or how will you do that? |
| 13:59:44 | 24 | I mean, in other words, the jury will have |
| 13:59:46 | 25 | to be told what the evidence against the defendant was |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 32**

| | | |
|---|---|---|
| 13:59:55 | 1 | at the trial in order to assess whether what was |
| 14:00:01 | 2 | withheld was material.  And so how will you make it |
| 14:00:09 | 3 | known to the jury what was presented? |
| 14:00:14 | 4 | I mean, you could do that by way of |
| 14:00:17 | 5 | stipulation.  Is that possible?  I mean the trial is a |
| 14:00:19 | 6 | trial.  I mean the Court can take judicial notice of -- |
| 14:00:23 | 7 | of the trial whether or not the government stipulates to |
| 14:00:31 | 8 | it. |
| 14:00:32 | 9 | I mean, at the trial the evidence was |
| 14:00:38 | 10 | largely, I guess, almost exclusively eyewitness |
| 14:00:44 | 11 | identification.  And I suppose you would also have the |
| 14:00:52 | 12 | right to tell the jury how the case was -- what the |
| 14:00:58 | 13 | arguments were. |
| 14:00:59 | 14 | I mean the government -- not the -- the |
| 14:01:03 | 15 | state, City argued to the jury that the eyewitness |
| 14:01:12 | 16 | identification was buttressed by the significant |
| 14:01:25 | 17 | features of the defendant, now the plaintiff, and |
| 14:01:35 | 18 | modus operandi. |
| 14:01:37 | 19 | I seem to remember that he chose his victims |
| 14:01:41 | 20 | at a bus stop early morning.  He had this teardrop |
| 14:01:55 | 21 | tattoo under an eye.  I mean, I heard it argued by the |
| 14:02:04 | 22 | City at one point that that wasn't as uncommon as I may |
| 14:02:10 | 23 | have thought.  But regardless, it seems to have been a |
| 14:02:14 | 24 | feature that he was identified as a male, Hispanic, my |
| 14:02:24 | 25 | recollection is somewhere between 5-4 and 5-6 or -7, |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 33**

14:02:30  1    slender build.  I mean, those were the things that --

14:02:37  2    and then there were those posters that the City sent out

14:02:50  3    to try and get the public to be aware of who he was and

14:02:55  4    identify him.

14:02:56  5            So I mean that -- that's the case.  I mean,

14:03:04  6    I'm not making any assessment of its strength or

14:03:09  7    weakness.  I mean, just as I said, it was the trial.  We

14:03:13  8    know what happened at the trial.  We know how the case

14:03:15  9    was presented.  We know how it was argued.  We know what

14:03:19  10   the rape book contains.  And we know when the -- I'll

14:03:28  11   just call him by his name, it's easier, when Vargas was

14:03:33  12   incarcerated that there were the rapes before he was

14:03:40  13   incarcerated that appeared to have this profile, and

14:03:45  14   then there were a few after he was incarcerated.  Those

14:03:50  15   are the critical ones, I thought.

14:03:54  16           And then there was also the issue which was,

14:04:02  17   I guess, also in dispute as to whether or not the -- the

14:04:10  18   City revealed the rape book itself.

14:04:15  19           Is that still an issue?

14:04:18  20           MR. BOON:  Your Honor, that is an issue.

14:04:20  21   However, there was a minute order by the Court

14:04:22  22   previously in this case where the rape book in its

14:04:26  23   entire form is not Brady, but the individualized rape --

14:04:33  24           THE COURT:  I see.  That does refresh my

14:04:35  25   memory.  So the fact that -- that there was some

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 34**

| | | |
|---|---|---|
| 14:04:36 | 1 | argument early in the litigation regarding the fact that |
| 14:04:41 | 2 | the officers had not made defense counsel aware of the |
| 14:04:48 | 3 | rape book.  But that is not an issue for the jury.  It's |
| 14:04:53 | 4 | just what was in the rape book. |
| 14:04:59 | 5 | And, I mean, I suppose at trial the City |
| 14:05:07 | 6 | could argue that if the jury finds that the officers |
| 14:05:16 | 7 | told the counsel or counsel knew about the rape book |
| 14:05:21 | 8 | that counsel could have inquired and that it wasn't |
| 14:05:29 | 9 | necessarily Brady, because he knew about the rape book |
| 14:05:34 | 10 | and didn't make further inquiry.  I don't know if that's |
| 14:05:38 | 11 | going to be an argument.  But nothing I said in the |
| 14:05:41 | 12 | qualified immunity context would -- would be a bar to |
| 14:05:52 | 13 | what I've just said. |
| 14:05:54 | 14 | What does the City -- how does the city |
| 14:05:58 | 15 | think the case will proceed? |
| 14:06:01 | 16 | MR. SIMPSON:  Well, given your rulings in |
| 14:06:03 | 17 | the case, Your Honor, I think you've pretty much hit it |
| 14:06:06 | 18 | on the head. |
| 14:06:07 | 19 | What I was thinking was that the jury would |
| 14:06:09 | 20 | be provided with the rape book, as the Court deems fit, |
| 14:06:16 | 21 | after meet and conferring with counsel so they can |
| 14:06:19 | 22 | determine what was provided to the prosecutor for |
| 14:06:21 | 23 | determination of whether anything was withheld or |
| 14:06:26 | 24 | suppressed.  And then they could look at court |
| 14:06:28 | 25 | transcripts to determine the course of the trial to |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 35**

12

| | | |
|---|---|---|
| 14:06:32 | 1 | determine whether the suppression of that material was |
| 14:06:35 | 2 | material to the outcome of the case. |
| 14:06:38 | 3 | THE COURT: I agree. But the question of |
| 14:06:41 | 4 | how to present the transcripts to the trial is something |
| 14:06:48 | 5 | that ought to be worked out between counsel if you can, |
| 14:06:53 | 6 | because obviously I can't give the jury -- it probably |
| 14:06:59 | 7 | was a fairly lengthy trial, wasn't it? How long the |
| | 8 | trial lasted? |
| 14:07:05 | 9 | MR. SIMPSON: Your Honor, I can't recall off |
| 14:07:06 | 10 | the top of my head. But yes, I mean obviously there's |
| 14:07:09 | 11 | three separate sexual assaults that were discussed. |
| 14:07:11 | 12 | And so there was some -- |
| 14:07:11 | 13 | THE COURT: How many pages are there in the |
| 14:07:14 | 14 | transcripts? |
| 14:07:16 | 15 | MR. SIMPSON: Boy, I would have to -- I |
| 14:07:18 | 16 | don't want to say without checking, Your Honor. I can't |
| 14:07:20 | 17 | tell you how many. |
| 14:07:21 | 18 | THE COURT: Well, I mean do you know how |
| 14:07:22 | 19 | many days of trial? |
| 14:07:24 | 20 | MR. SIMPSON: Not without looking at my |
| 14:07:25 | 21 | files. |
| 14:07:26 | 22 | THE COURT: I see. |
| 14:07:27 | 23 | MR. BOON: And, Your Honor, in an effort to |
| 14:07:29 | 24 | answer the Court's question, we certainly will meet and |
| 14:07:33 | 25 | confer with opposing counsel in an effort to stipulate |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 36**

| | | |
|---|---|---|
| 14:07:36 | 1 | to certain materials that we can stipulate to.  However, |
| 14:07:39 | 2 | those that we are unable to stipulate to we believe that |
| 14:07:42 | 3 | can be brought into evidence and before the jury through |
| 14:07:46 | 4 | our two experts through the handling district attorney. |
| 14:07:51 | 5 | THE COURT:  What experts are you thinking |
| 14:07:53 | 6 | about?  I don't at this moment see a need for experts. |
| 14:07:56 | 7 | What experts would you be thinking of? |
| 14:08:00 | 8 | MR. BOON:  One of the experts, Your Honor, |
| 14:08:01 | 9 | was before the Court on summary judgment, and he is a |
| 14:08:05 | 10 | very experienced very seasoned criminal defense |
| 14:08:09 | 11 | attorney.  And he is going to speak to the materiality |
| 14:08:12 | 12 | of the 11 sexual assaults that are at issue and |
| 14:08:16 | 13 | potentially Brady material. |
| 14:08:18 | 14 | THE COURT:  But why would that be |
| 14:08:24 | 15 | appropriate?  I mean isn't that the -- for the jury to |
| 14:08:29 | 16 | determine?  Why should that be the subject of one |
| 14:08:34 | 17 | defense lawyer's opinion? |
| 14:08:39 | 18 | MR. BOON:  Because, Your Honor, we just feel |
| 14:08:41 | 19 | that the materiality aspect, which again is the first |
| 14:08:44 | 20 | prong of getting to a Brady violation, is a difficult |
| 14:08:47 | 21 | one to comprehend in concept. |
| 14:08:50 | 22 | THE COURT:  I don't think it's that |
| 14:08:53 | 23 | difficult, conceptually or otherwise.  The jury will be |
| 14:08:57 | 24 | instructed on what materiality means. |
| 14:08:59 | 25 | This is not a case where there is any |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 37**

| 14:09:05 | 1 | scientific or out of the ordinary concept.  This is |
| 14:09:10 | 2 | something very well within the realm of a jury.  I mean |
| 14:09:18 | 3 | this is commonplace in today's media, television.  Half |
| 14:09:25 | 4 | the movies or more are about law situations and half of |
| 14:09:33 | 5 | the television shows are about that.  This is something |
| 14:09:37 | 6 | people know about. |
| 14:09:39 | 7 | I'm not saying they ought to be moved by |
| 14:09:43 | 8 | anything they've seen on television.  I mean, I'll |
| 14:09:45 | 9 | instruct them, if necessary, that they can't be.  It's |
| 14:09:49 | 10 | just the evidence in this case. |
| 14:09:51 | 11 | I don't see any reason for expert testimony. |
| 14:09:54 | 12 | What is the City's position? |
| 14:09:55 | 13 | MR. PLOWDEN:  As to this liability expert, I |
| 14:09:58 | 14 | think this expert proffered by plaintiffs usurps the |
| 14:10:04 | 15 | jury's role.  His Rule 26 report basically stated this |
| 14:10:07 | 16 | is material and then cited case law, in other words, |
| 14:10:09 | 17 | drawing the ultimate conclusion. |
| 14:10:11 | 18 | I think the trier of fact, after reviewing |
| 14:10:14 | 19 | the transcript and hearing from the involved counsel, |
| 14:10:16 | 20 | could make a determination. |
| 14:10:18 | 21 | THE COURT:  Well, the matter has been |
| 14:10:19 | 22 | briefed and I'll issue a ruling.  But that's my sense of |
| 14:10:25 | 23 | it now.  I'll further consider the issue and -- what |
| 14:10:34 | 24 | other expert were you thinking of? |
| 14:10:36 | 25 | MR. BOON:  Just to add to that first expert, |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 38**

| | | |
|---|---|---|
| 14:10:38 | 1 | Your Honor, he was proffered in the summary judgment |
| 14:10:39 | 2 | phase. |
| 14:10:40 | 3 | And he was -- |
| 14:10:40 | 4 | THE COURT:  I didn't rely on him in the |
| 14:10:42 | 5 | summary judgment phase. |
| 14:10:43 | 6 | MR. BOON:  I believe the Court did speak to |
| 14:10:48 | 7 | his -- to his declaration in the summary judgment. |
| 14:10:51 | 8 | THE COURT:  I may have.  But that wasn't the |
| 14:10:53 | 9 | pivotal. |
| 14:10:56 | 10 | MR. BOON:  I understand. |
| 14:10:57 | 11 | THE COURT:  What is -- who is the other |
| 14:10:59 | 12 | expert? |
| 14:11:00 | 13 | MR. BOON:  The other expert is an individual |
| 14:11:02 | 14 | who will offer expert testimony on police practices and |
| 14:11:07 | 15 | the issue of, you know, reckless disregard on behalf of |
| 14:11:12 | 16 | the individual defendants. |
| 14:11:13 | 17 | THE COURT:  That won't be allowed.  That |
| 14:11:15 | 18 | is -- that -- that -- that's usurping the jury's |
| 14:11:22 | 19 | function.  The jury has a straightforward issue to |
| 14:11:25 | 20 | decide in this case, and it ought to be no more |
| 14:11:29 | 21 | complicated than that. |
| 14:11:31 | 22 | The plaintiffs have maintained that the |
| 14:11:35 | 23 | individual officers should have under Brady revealed the |
| 14:11:43 | 24 | fact that there were other victims who said they were |
| 14:11:52 | 25 | raped by someone under similar circumstances with very |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 39**

| | | |
|---|---|---|
| 14:11:58 | 1 | similar IDs. |
| 14:11:59 | 2 | The trial was argued to the jury.  The case |
| 14:12:03 | 3 | was argued to the jury that that was important to the |
| 14:12:08 | 4 | jury, should be important to the jury in corroborating |
| 14:12:11 | 5 | the testimony of the victims.  And the jury just has to |
| 14:12:17 | 6 | decide whether a police officer under those |
| 14:12:21 | 7 | circumstances and under Brady, as I will instruct, |
| 14:12:27 | 8 | should have made that known to the defense lawyer and |
| 14:12:37 | 9 | whether there was a constitutional violation as a result |
| 14:12:42 | 10 | of not making that known. |
| 14:12:45 | 11 | So that's it.  That's the case. |
| 14:12:48 | 12 | And the trial estimate, in light of what I |
| 14:12:52 | 13 | said, is very off.  This trial should be certainly no |
| 14:13:03 | 14 | more than three days, and that's what I'm blocking it |
| 14:13:07 | 15 | off for. |
| 14:13:08 | 16 | MR. BOON:  Is that for phase one, Your |
| 14:13:10 | 17 | Honor, the -- |
| 14:13:10 | 18 | THE COURT:  Phase one.  That's right. |
| 14:13:12 | 19 | MR. BOON:  And -- |
| | 20 | THE COURT:  At the most. |
| 14:13:13 | 21 | MR. BOON:  Three days -- |
| 14:13:13 | 22 | THE COURT:  And then -- and then if the jury |
| 14:13:17 | 23 | returns a verdict, what -- then your client would |
| 14:13:24 | 24 | testify, I suppose, as to how he was emotionally and |
| 14:13:31 | 25 | physically damaged by 16 years of incarceration. |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 40**

| | | |
|---|---|---|
| 14:13:37 | 1 | MR. BOON:  That's correct, Your Honor. |
| 14:13:39 | 2 | THE COURT:  And would there -- would you be |
| 14:13:42 | 3 | presenting any more evidence in that regard other than |
| 14:13:46 | 4 | in the -- the plaintiff Vargas? |
| 14:13:51 | 5 | MR. BOON:  Yes, Your Honor.  We intend to |
| 14:13:53 | 6 | call at that stage four witness: |
| 14:13:55 | 7 | The plaintiff, the plaintiff's mother, the |
| 14:13:57 | 8 | plaintiff's wife and the plaintiff's treating physician. |
| 14:14:02 | 9 | I'll just -- |
| 14:14:02 | 10 | THE COURT:  The treating physician was |
| 14:14:04 | 11 | treating him now since his release? |
| 14:14:06 | 12 | MR. SIMPSON:  Your Honor -- yes, Your Honor. |
| 14:14:08 | 13 | There's a therapist that Mr. Vargas is -- is -- is |
| 14:14:12 | 14 | meeting with as a result of some of the -- the issues |
| 14:14:17 | 15 | having to do with his wrongful incarceration. |
| 14:14:24 | 16 | THE COURT:  Well, I think those sound |
| 14:14:27 | 17 | reasonable to me.  All those witnesses sound like |
| 14:14:28 | 18 | they're appropriate, unless there's something that I |
| 14:14:30 | 19 | don't know of now.  But they certainly seem appropriate. |
| 14:14:34 | 20 | MR. BOON:  Thank you, Your Honor. |
| 14:14:35 | 21 | THE COURT:  And what about the City? |
| 14:14:36 | 22 | MR. PLOWDEN:  Sorry, Your Honor. |
| 14:14:36 | 23 | On the subject of experts, you inquired |
| 14:14:38 | 24 | earlier.  I had a meet and confer with plaintiff's |
| 14:14:40 | 25 | counsel prior to today, and they discussed the possible |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 41**

14:14:43  1    damages expert.

14:14:47  2         If the --

14:14:47  3         THE COURT:  Oh, you didn't mention the

14:14:48  4    damage expert.  You mean someone to calculate one of

14:14:54  5    these life-expert-type things?

14:14:56  6         MR. BOON:  No, Your Honor.  And Mr. Plowden

14:14:59  7    and I apologize, if that's a misunderstanding, based on

14:15:00  8    something we may have said during a phone call.

14:15:03  9         But what was intended to be said was he will

14:15:06  10   offer an expert during the damages phase.  And that

14:15:10  11   quote-unquote expert is the treating physician.

14:15:13  12        THE COURT:  All right.  That's understood

14:15:14  13   now.

14:15:15  14        MR. BOON:  Can I, as one point of

14:15:18  15   clarification, Your Honor, just on the experts issue.

14:15:19  16   Can we have an opportunity to brief that issue?

14:15:22  17        I know the Court is aware --

14:15:25  18        THE COURT:  Which one?  On the case in

14:15:27  19   chief?  You mean the lawyer and the police tactics?

14:15:30  20        If you want to you can.  But do it now so we

14:15:35  21   can get all the necessary motions decided well in

14:15:40  22   advance of the trial.

14:15:41  23        What about the City, is there anything you

14:15:44  24   want to bring to my attention by way of motion or

14:15:50  25   otherwise?

EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 42

| | | |
|---|---|---|
| 14:15:51 | 1 | MR. PLOWDEN:  Yes, Your Honor.  I wonder if |
| 14:15:53 | 2 | I could revisit the setting of the trial date with Your |
| 14:15:56 | 3 | Honor.  I am currently engaged with Judge Manuel Real at |
| 14:16:02 | 4 | the time that you've set me for trial in this case.  He |
| 14:16:04 | 5 | has a summary judgment motion under submission.  But as |
| 14:16:08 | 6 | it stands now, I can't be in two places at once. |
| 14:16:12 | 7 | Based on my understanding of the local |
| 14:16:14 | 8 | rules, he is a little more senior than you, and I think |
| 14:16:17 | 9 | I would be beholden to him at the time you set me for |
| 14:16:20 | 10 | trial. |
| 14:16:20 | 11 | THE COURT:  Well, that is correct.  I'm to |
| 14:16:22 | 12 | keep to keep the trial date, unless there is a |
| 14:16:26 | 13 | development which requires me to give appropriate |
| 14:16:33 | 14 | deference to Judge Real.  But the trial date will be as |
| 14:16:38 | 15 | it is. |
| 14:16:38 | 16 | All right.  That's it.  Thank you. |
| 14:16:41 | 17 | MR. BOON:  Could I ask one clarification, |
| | 18 | Your Honor. |
| | 19 | THE COURT:  Yes. |
| 14:16:43 | 20 | MR. BOON:  I very much apologize. |
| | 21 | The three-day trial estimate -- |
| | 22 | THE COURT:  Yes. |
| 14:16:47 | 23 | MR. BOON:  -- is that an estimate for |
| 14:16:48 | 24 | plaintiff's case in chief, the trial in total -- |
| 14:16:50 | 25 | THE COURT:  Well, I'm thinking that the |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 43**

| 14:16:53 | 1 | liability phase should be two or three days and the |
| 14:16:56 | 2 | damage phase should be a couple of more days.  That's |
| 14:17:01 | 3 | it. |
| 14:17:01 | 4 | MR. BOON:  Two or three days is total. |
| 14:17:03 | 5 | THE COURT:  I mean for the liability.  And |
| 14:17:04 | 6 | then there would be a day or two more for damages. |
| 14:17:12 | 7 | MR. SIMPSON:  And, Your Honor, since this |
| 14:17:13 | 8 | proceeding is trifurcated, are you anticipating two or |
| 14:17:17 | 9 | three days for phase one?  Two or three days for phase |
| 14:17:23 | 10 | two, the Monell claim? |
| 14:17:24 | 11 | THE COURT:  Well, the Monell claim, I'm glad |
| 14:17:32 | 12 | you brought that up.  What is the evidence on the Monell |
| 14:17:35 | 13 | claim. |
| 14:17:36 | 14 | MR. BOON:  It's largely duplicative, Your |
| 14:17:40 | 15 | Honor, but there's also persons most knowledgeable. |
| 14:17:41 | 16 | And, to be honest, there's also a fair amount of |
| 14:17:43 | 17 | outstanding discovery on the Monell issues, which |
| 14:17:46 | 18 | defendants have taken a stance is not yet at issue in |
| 14:17:49 | 19 | this case. |
| 14:17:49 | 20 | THE COURT:  Well, my understanding is |
| 14:18:01 | 21 | that -- well, I have to refresh my memory on whether |
| 14:18:05 | 22 | under these circumstances Monell is a jury question or a |
| 14:18:09 | 23 | Court question. |
| 14:18:10 | 24 | What is the city's position? |
| 14:18:13 | 25 | MR. PLOWDEN:  I'm afraid I think it's a jury |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 44**

| | | |
|---|---|---|
| 14:18:15 | 1 | question. |
| 14:18:17 | 2 | THE COURT: So if it's a jury question then |
| 14:18:24 | 3 | what is at this point the plaintiff's evidence of a |
| 14:18:30 | 4 | pattern or practice? |
| 14:18:34 | 5 | MR. SIMPSON: Your Honor, as Mr. Boon was |
| 14:18:37 | 6 | mentioning, we have -- we anticipated calling a person |
| 14:18:41 | 7 | most knowledgeable with regards to the Los Angeles |
| 14:18:43 | 8 | Police Department as well as I know an expert is |
| 14:18:47 | 9 | something that we're going to be visiting with regards |
| 14:18:49 | 10 | to phase one. But an expert with regards to training, |
| 14:18:56 | 11 | supervision, policies and procedures. |
| 14:18:59 | 12 | THE COURT: Well, I'm sure the -- I mean, I |
| 14:19:02 | 13 | shouldn't say I'm sure. But doesn't the City -- have |
| 14:19:08 | 14 | the police department have some policy regarding a |
| 14:19:12 | 15 | police officer's responsibility under Brady, I mean |
| 14:19:16 | 16 | written policies? |
| 14:19:18 | 17 | MR. PLOWDEN: Yes, Your Honor. There is a |
| 14:19:20 | 18 | person most knowledgeable that gave a deposition I |
| 14:19:23 | 19 | believe in this case, and certainly is available to give |
| 14:19:28 | 20 | further testimony as needed. |
| 14:19:32 | 21 | But it's my understanding that the Monell |
| 14:19:34 | 22 | claim is actually a failure-to-train claim where the |
| | 23 | representation is that the city is deliberately |
| 14:19:41 | 24 | indifferent to the training on Brady to its officers at |
| 14:19:44 | 25 | the time in question. |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 45**

| | | |
|---|---|---|
| 14:19:45 | 1 | We provided materials to -- |
| 14:19:45 | 2 | THE COURT:  But the way you described it |
| 14:19:49 | 3 | would that be a Monell claim?  In other words, the fact |
| 14:19:55 | 4 | if the City had been deficient for some reason with |
| 14:20:03 | 5 | regard to these two officers but it had an otherwise |
| 14:20:10 | 6 | distinct policy, an appropriate policy of instructing |
| 14:20:16 | 7 | police officers what their Monell -- what their Brady |
| 14:20:22 | 8 | responsibilities were, it seems to me that when you get |
| 14:20:25 | 9 | to Monell, it's the -- it's the practice and policy, not |
| 14:20:33 | 10 | necessarily what an individual did or didn't do. |
| 14:20:37 | 11 | MR. PLOWDEN:  It's my understanding that |
| 14:20:39 | 12 | plaintiff's Monell theory is actually a Campton claim |
| 14:20:42 | 13 | that the City failed to train its detectives on their |
| 14:20:46 | 14 | Brady obligations. |
| 14:20:49 | 15 | THE COURT:  Well, not withstanding a written |
| 14:20:51 | 16 | policy, there was some deficiency in training, is that |
| 14:20:55 | 17 | it? |
| 14:20:57 | 18 | MR. SIMPSON:  That's correct, Your Honor. |
| 14:20:58 | 19 | And to supervise. |
| 14:21:01 | 20 | THE COURT:  Well, how will you be supporting |
| 14:21:03 | 21 | that with evidence? |
| 14:21:06 | 22 | MR. BOON:  In particular, Your Honor, the |
| 14:21:07 | 23 | person most knowledgeable, who has given a deposition in |
| 14:21:10 | 24 | this case, will be a witness. |
| 14:21:12 | 25 | THE COURT:  Who is that person? |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 46**

14:21:13  1          MR. BOON:  Detective Dan Jenks.

14:21:18  2          THE COURT:  And what is his rank?

14:21:20  3          MR. BOON:  I would defer to counsel.  I'm

14:21:22  4   not a hundred percent sure, off the top of my head --

          5          THE COURT:  But a detective --

14:21:24  6          MR. BOON:  -- but I'm sure came up in the

14:21:26  7   deposition.

14:21:27  8          THE COURT:  But a detective doesn't sound

14:21:28  9   like a -- person with Monell-type authority, a policy

         10   maker.

14:21:37 11          MR. SIMPSON:  Your Honor, he -- if my memory

14:21:39 12   serves correctly, Mr. Jenks was proffered as the person

14:21:43 13   most knowledgeable about how the Brady training occurred

14:21:47 14   in the Los Angeles Police Department --

14:21:48 15          THE COURT:  I see.  I see.  So you're saying

14:21:51 16   that the City itself offered him as the person who was

14:21:58 17   most knowledgeable about how officers were trained?

14:22:03 18          MR. BOON:  Yes, Your Honor.

14:22:04 19          THE COURT:  Well, what did he say that you

14:22:06 20   think supports your Campton failure to train theory?

14:22:10 21          MR. BOON:  In part, Your Honor, in his

14:22:13 22   capacity as 30(b)(6) designee, he did testify that there

14:22:17 23   was no Brady training within the department before I

14:22:20 24   believe 2001, is what he said in his deposition.  He

14:22:22 25   thought Brady was a 2001 case and was somewhat adamant

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 47**

| | | |
|---|---|---|
| 14:22:27 | 1 | about that point during his deposition. |
| 14:22:29 | 2 | So we think this goes back to Your Honor's |
| 14:22:30 | 3 | kind of inconsistent -- inconsistent approaches, if you |
| 14:22:35 | 4 | will, by the defendants between what may be written in |
| 14:22:39 | 5 | the manual and policies versus what's actually -- |
| | 6 | THE COURT:  Well -- |
| 14:22:42 | 7 | MR. BOON: -- policy and practice. |
| 14:22:42 | 8 | THE COURT:  -- aside from this detective |
| 14:22:45 | 9 | misunderstanding or misstating when Brady was decided -- |
| 14:22:50 | 10 | of course it was decided much before 2001 -- what did he |
| 14:22:57 | 11 | say specifically about how Los Angeles police officers |
| 14:23:09 | 12 | were trained regarding their Brady violations? |
| 14:23:11 | 13 | MR. BOON:  Honestly, Your Honor, it's my |
| 14:23:13 | 14 | recollection he didn't provide a ton of elaboration with |
| 14:23:16 | 15 | respect to how the train was conducted.  He referred |
| 14:23:19 | 16 | oftentimes to the written manuals. |
| 14:23:21 | 17 | THE COURT:  What is the city's position |
| 14:23:22 | 18 | going to be on the Brady -- on the Monell issue? |
| 14:23:26 | 19 | MR. PLOWDEN:  Well, that the detectives |
| 14:23:28 | 20 | themselves would indicate that they're trained as part |
| 14:23:30 | 21 | of their detective school.  They are told about their |
| 14:23:33 | 22 | Brady obligations, about exculpatory material, their |
| 14:23:37 | 23 | obligation to provide that to the D.A., and that there |
| 14:23:40 | 24 | are certain manual provisions within the department as |
| 14:23:42 | 25 | well as training bulletins, which have been provided to |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 48**

14:23:46  1    plaintiff, regarding their discovery obligations to

14:23:49  2    provide to the D.A. exculpatory or exonerating or

14:23:54  3    impeaching evidence.

14:23:55  4            And I would just indicate again, Detective

14:24:00  5    Jenks, who's a detective supervisor, a Detective III, I

14:24:05  6    believe, he is out of the country June 9th through

14:24:08  7    July 7th. So if we set the trial on the question, he

14:24:11  8    would be unavailable to both sides.

14:24:13  9            THE COURT: Why? Is he out of the country?

14:24:15  10           Vacation?

14:24:15  11           MR. PLOWDEN: Vacation. Yes, Your Honor.

14:24:19  12           MR. BOON: I'm trying to recall if we had a

14:24:21  13   videotape recording of the his deposition.

14:24:24  14           THE COURT: Well, I would think that the

14:24:26  15   City might make a summary judgment motion on Monell to

14:24:32  16   test the waters. Is that something you're thinking of,

14:24:35  17   or do you think there isn't the basis for it?

14:24:38  18           MR. SIMPSON: I could. We're trying to nail

14:24:42  19   down exactly what we're deficient in.

14:24:44  20           THE COURT: Well, if you don't think you're

14:24:47  21   deficient, that would be the basis for making the

14:24:50  22   motion. If you felt you were deficient, I wouldn't

14:24:56  23   encourage the motion at this point.

14:24:58  24           I don't know. I'm just trying to assess

14:25:00  25   what I'm hearing from both sides. And obviously I can't

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 49**

| | | |
|---|---|---|
| 14:25:03 | 1 | make a decision on the fly, but it would be better if it |
| 14:25:08 | 2 | were laid out in a motion that I could better digest. |
| 14:25:13 | 3 | MR. PLOWDEN:  I'm happy to tee that up for |
| 14:25:16 | 4 | Your Honor.  It could be very simple. |
| 14:25:18 | 5 | THE COURT:  Well, then why don't you do it |
| 14:25:19 | 6 | within a couple of weeks. |
| 14:25:20 | 7 | MR. PLOWDEN:  Unfortunately, I'm on vacation |
| 14:25:23 | 8 | as of 3 o'clock this afternoon. |
| | 9 | THE COURT:  Oh. |
| 14:25:25 | 10 | MR. PLOWDEN:  If the Court could just give |
| 14:25:27 | 11 | me little time more time -- |
| 14:25:29 | 12 | THE COURT:  All right.  Then -- |
| | 13 | MR. PLOWDEN:  -- substituted in two weeks |
| | 14 | ago on this file. |
| 14:25:29 | 15 | THE COURT:  So let's see.  Today is -- I'll |
| 14:25:33 | 16 | give you until May 15th. |
| 14:25:35 | 17 | MR. PLOWDEN:  Yes, Your Honor. |
| 14:25:35 | 18 | MR. BOON:  If I could, Your Honor, just to |
| 14:25:38 | 19 | bring up one earlier point that there is some |
| 14:25:40 | 20 | outstanding discovery in the Monell issues. |
| 14:25:43 | 21 | Defendants have taken the position since Day |
| 14:25:45 | 22 | One of this case that Brady is at issue and that Monell |
| 14:25:51 | 23 | will be stayed and those issues -- |
| 14:25:52 | 24 | THE COURT:  Well, I mean, that should have |
| 14:25:52 | 25 | been brought to the Court's attention before this.  I |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 50**

| | | |
|---|---|---|
| 14:25:55 | 1 | don't think in any order I said discovery was stayed, |
| 14:25:59 | 2 | did I? |
| 14:26:00 | 3 | MR. BOON:  No, you did not, Your Honor. |
| 14:26:01 | 4 | THE COURT:  So it was your obligation to |
| 14:26:03 | 5 | pursue it.  But you do have a right to discovery.  And |
| 14:26:07 | 6 | if is there is outstanding discovery the City should |
| 14:26:12 | 7 | respond forthwith. |
| 14:26:13 | 8 | MR. BOON:  Thank you, Your Honor. |
| 14:26:14 | 9 | MR. PLOWDEN:  Thank you, Your Honor. |
| 14:26:15 | 10 | THE COURT:  All right.  That's it. |
| 14:26:31 | 11 | THE CLERK:  All rise.  This Honorable Court |
| 14:26:33 | 12 | stands adjourned. |
| | 13 | (PROCEEDINGS CONCLUDED.) |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 51**

```
 1
 2
 3
 4                  CERTIFICATE OF REPORTER
 5
 6   COUNTY OF LOS ANGELES        )
 7                                )   SS.
 8   STATE OF CALIFORNIA          )
 9
10   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
11   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
12   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
13   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
14   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
15   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
16   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
17   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
18   JUDICIAL CONFERENCE OF THE UNITED STATES.
19
20
21   DATE:  MAY 14, 2019
22   /S/_____
23   SHERI S. KLEEGER, CSR
24   FEDERAL OFFICIAL COURT REPORTER
25
```

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 52**



**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 53**

| / | A |
|---|---|
| /S [1] - 28:22 | A.M [2] - 1:16, 3:2 |
| | ABOVE [1] - 28:16 |
| **1** | ABOVE-ENTITLED [1] - 28:16 |
| | active [1] - 3:25 |
| 10340 [1] - 1:21 | adamant [1] - 23:25 |
| 11 [2] - 7:4, 13:12 | add [1] - 14:25 |
| 14 [1] - 28:21 | addressed [2] - 6:5, 7:16 |
| 15 [3] - 1:15, 3:1, 3:22 | adjourned [1] - 27:12 |
| 15th [1] - 26:16 | advance [1] - 18:22 |
| 16 [1] - 16:25 | afraid [1] - 20:25 |
| | afternoon [5] - 3:9, 3:11, 3:13, 3:16, 26:8 |
| **2** | agent [1] - 8:17 |
| 2001 [3] - 23:24, 23:25, 24:10 | ago [1] - 26:14 |
| 2019 [3] - 1:15, 3:1, 28:21 | agree [1] - 12:3 |
| 213)894-6604 [1] - 1:23 | al [2] - 1:10, 3:7 |
| 25 [1] - 4:1 | Alex [1] - 3:14 |
| 25th [1] - 4:9 | ALEX [1] - 2:5 |
| 26 [1] - 14:15 | allowed [1] - 15:17 |
| 28 [1] - 28:13 | almost [1] - 9:10 |
| | AMERICA [1] - 1:1 |
| **3** | amount [1] - 20:16 |
| 3 [1] - 26:8 | AND [3] - 28:10, 28:14, 28:16 |
| 30(b)(6 [1] - 23:22 | Angeles [4] - 3:7, 21:7, 23:14, 24:11 |
| 312 [1] - 1:22 | ANGELES [5] - 1:9, 1:16, 1:22, 3:1, 28:6 |
| | answer [1] - 12:24 |
| **4** | anticipate [2] - 5:11, 5:12, 5:14 |
| 4 [1] - 3:6 | anticipated [1] - 21:6 |
| 402 [1] - 1:22 | anticipating [1] - 20:8 |
| | apologize [2] - 18:7, 19:20 |
| **5** | appeal [1] - 3:24 |
| 5-4 [1] - 9:25 | APPEARANCES [1] - 2:2 |
| 5-6 [1] - 9:25 | appearances [1] - 3:8 |
| | appeared [1] - 10:13 |
| **7** | approaches [1] - 24:3 |
| 7 [1] - 9:25 | appropriate [5] - 13:15, 17:18, 17:19, 19:13, 22:6 |
| 753 [1] - 28:13 | APRIL [2] - 1:15, 3:1 |
| 7th [1] - 25:7 | argue [1] - 11:6 |
| | argued [5] - 9:15, 9:21, 10:9, 16:2, 16:3 |
| **9** | argument [2] - 11:1, 11:11 |
| 90012 [1] - 1:22 | arguments [1] - 9:13 |
| 9th [1] - 25:6 | |

| | |
|---|---|
| arise [1] - 8:7 | 23:3, 23:6, 23:18, 23:21, 24:7, 24:13, 25:12, 26:18, 27:3, 27:8 |
| aside [1] - 24:8 | boy [1] - 12:15 |
| aspect [3] - 4:11, 5:7, 13:19 | Brady [23] - 7:2, 7:7, 7:10, 7:11, 7:16, 10:23, 11:9, 13:13, 13:20, 15:23, 16:7, 21:15, 21:24, 22:7, 22:14, 23:13, 23:23, 23:25, 24:9, 24:12, 24:18, 24:22, 26:22 |
| assaults [3] - 7:4, 12:11, 13:12 | BRETT [1] - 2:4 |
| assess [2] - 9:1, 25:24 | Brett [3] - 3:10, 4:25, 5:2 |
| assessment [1] - 10:6 | brief [1] - 18:16 |
| attention [3] - 18:24, 26:25 | briefed [1] - 14:22 |
| ATTORNEY [1] - 2:7 | briefing [1] - 6:12 |
| attorney [3] - 8:18, 13:4, 13:11 | bring [2] - 18:24, 26:19 |
| authority [1] - 23:9 | brought [3] - 13:3, 20:12, 26:25 |
| available [1] - 21:19 | build [1] - 10:1 |
| aware [2] - 10:3, 11:2, 18:17 | bulletins [1] - 24:25 |
| | bus [1] - 9:20 |
| **B** | buttressed [1] - 9:16 |
| bar [1] - 11:12 | |
| based [3] - 8:1, 18:7, 19:7 | **C** |
| basis [3] - 4:21, 25:17, 25:21 | calculate [1] - 18:4 |
| become [2] - 6:13, 6:20 | calendar [1] - 3:25 |
| BEHALF [2] - 2:3, 2:6 | CALIFORNIA [6] - 1:2, 1:16, 1:22, 3:1, 28:8, 28:12 |
| behalf [3] - 3:14, 3:18, 15:15 | Campton [2] - 22:12, 23:20 |
| beholden [1] - 19:9 | capacity [1] - 23:22 |
| Benner [2] - 3:12, 5:4 | case [37] - 3:20, 3:25, 4:4, 4:12, 4:18, 4:23, 4:24, 5:6, 6:1, 6:13, 6:17, 6:20, 6:23, 6:25, 8:17, 8:20, 9:12, 10:5, 10:8, 10:22, 11:15, 11:17, 12:2, 13:25, 14:10, 14:16, 15:20, 16:2, 16:11, 18:18, 19:4, 19:24, 20:19, 21:19, 22:24, 23:25, 26:22 |
| BENNER [2] - 2:4, 3:11 | |
| better [3] - 26:1, 26:2 | |
| between [3] - 9:25, 12:5, 24:4 | |
| blocking [1] - 16:14 | |
| book [10] - 6:4, 8:11, 10:10, 10:18, 10:22, 11:3, 11:4, 11:7, 11:9, 11:20 | |
| Boon [4] - 3:10, 5:1, 5:2, 21:5 | cases [1] - 8:5 |
| BOON [44] - 2:4, 3:9, 4:25, 5:3, 5:12, 6:10, 6:18, 7:2, 7:9, 7:24, 8:19, 10:20, 12:23, 13:8, 13:18, 14:25, 15:6, 15:10, 15:13, 16:16, 16:19, 16:21, 17:1, 17:5, 17:20, 18:6, 18:14, 19:17, 19:20, 19:23, 20:4, 20:14, 22:22, 23:1, | CENTRAL [2] - 1:2, 28:11 |
| | certain [2] - 13:1, 24:24 |
| | certainly [5] - 7:17, 12:24, 16:13, 17:19, 21:19 |
| | CERTIFICATE [1] - |

| | |
|---|---|
| 28:4 | |
| CERTIFIED [1] - 1:7 | |
| CERTIFY [1] - 28:12 | |
| checking [1] - 12:16 | |
| chief [2] - 18:19, 19:24 | |
| chose [1] - 9:19 | |
| Circuit [1] - 3:23 | |
| circumstances [3] - 15:25, 16:7, 20:22 | |
| cited [1] - 14:16 | |
| city [2] - 11:14, 21:23 | |
| City [16] - 3:7, 4:11, 9:15, 9:22, 10:2, 10:18, 11:5, 11:14, 17:21, 18:23, 21:13, 22:4, 22:13, 23:16, 25:15, 27:6 | |
| CITY [2] - 1:9, 2:7 | |
| city's [2] - 20:24, 24:17 | |
| City's [1] - 14:12 | |
| claim [7] - 20:10, 20:11, 20:13, 21:22, 22:3, 22:12 | |
| clarification [2] - 18:15, 19:10 | |
| CLERK [3] - 3:6, 4:6, 27:11 | |
| client [1] - 16:23 | |
| CODE [1] - 28:13 | |
| commonplace [1] - 14:3 | |
| complicated [1] - 15:21 | |
| comprehend [1] - 13:21 | |
| concept [2] - 13:21, 14:1 | |
| conceptually [1] - 13:23 | |
| CONCLUDED [1] - 27:13 | |
| conclusion [1] - 14:17 | |
| conducted [1] - 24:15 | |
| confer [2] - 12:25, 17:24 | |
| CONFERENCE [1] - 28:18 | |
| conference [1] - 3:19 | |
| conferring [1] - 11:21 | |
| CONFORMANCE [1] - 28:17 | |
| consider [2] - 4:20, 14:23 | |
| constitutional [1] - 16:9 | |

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 54**

**contains** [1] - 10:10
**context** [1] - 11:12
**continued** [2] - 8:16, 8:20
**COPY** [1] - 1:7
**CORRECT** [1] - 28:14
**correct** [5] - 5:9, 8:19, 17:1, 19:11, 22:18
**correctly** [1] - 23:12
**corroborating** [1] - 16:4
**counsel** [10] - 11:2, 11:7, 11:8, 11:21, 12:5, 12:25, 14:19, 17:25, 23:3
**Counsel** [1] - 3:8
**COUNSEL** [1] - 2:2
**country** [2] - 25:6, 25:9
**COUNTY** [1] - 28:6
**couple** [2] - 20:2, 26:6
**course** [3] - 5:6, 11:25, 24:10
**court** [1] - 11:24
**COURT** [73] - 1:1, 1:21, 3:19, 4:7, 5:2, 5:5, 5:14, 5:20, 5:23, 5:25, 6:16, 6:22, 7:6, 7:13, 8:3, 8:21, 10:24, 12:3, 12:13, 12:18, 12:22, 13:5, 13:14, 13:22, 14:21, 15:4, 15:8, 15:11, 15:17, 16:18, 16:20, 16:22, 17:2, 17:10, 17:16, 17:21, 18:3, 18:12, 18:18, 19:11, 19:19, 19:22, 19:25, 20:5, 20:11, 20:20, 21:2, 21:12, 22:2, 22:15, 22:20, 22:25, 23:2, 23:5, 23:8, 23:15, 23:19, 24:6, 24:8, 24:17, 25:9, 25:14, 25:20, 26:5, 26:9, 26:12, 26:15, 26:24, 27:4, 27:10, 28:10, 28:11, 28:24
**Court** [14] - 3:22, 4:2, 7:4, 8:2, 9:6, 10:21, 11:20, 13:9, 15:6, 18:17, 20:23, 26:10, 27:11
**Court's** [6] - 3:20, 3:25, 5:18, 7:25, 12:24, 26:25
**CRAIG** [1] - 2:4

**Craig** [1] - 3:12
**criminal** [1] - 13:10
**critical** [1] - 10:15
**cross** [1] - 8:11
**cross-examine** [1] - 8:11
**CSR** [2] - 1:21, 28:23
**CV** [1] - 1:8
**CV-16-8684-SVW** [1] - 3:6

**D**

**D.A** [2] - 24:23, 25:2
**damage** [4] - 4:11, 4:18, 18:4, 20:2
**damaged** [1] - 16:25
**damages** [3] - 18:1, 18:10, 20:6
**Dan** [1] - 23:1
**DATE** [1] - 28:21
**date** [4] - 4:1, 19:2, 19:12, 19:14
**days** [8] - 12:19, 16:14, 16:21, 20:1, 20:2, 20:4, 20:9
**dealing** [1] - 8:4
**dealt** [1] - 5:5
**decide** [2] - 4:15, 15:20, 16:6
**decided** [3] - 18:21, 24:9, 24:10
**decides** [1] - 4:16
**decision** [1] - 26:1
**declaration** [1] - 15:7
**deemed** [1] - 7:5
**deems** [1] - 11:20
**defendant** [5] - 5:14, 8:14, 8:20, 8:25, 9:17
**DEFENDANT** [1] - 2:6
**defendant's** [3] - 3:21, 3:23, 5:9
**DEFENDANTS** [1] - 1:11
**defendants** [7] - 3:18, 4:10, 8:16, 15:16, 20:18, 24:4, 26:21
**defense** [5] - 5:22, 11:2, 13:10, 13:17, 16:8
**defer** [1] - 23:3
**deference** [1] - 19:14
**deficiency** [1] - 22:16
**deficient** [4] - 22:4, 25:19, 25:21, 25:22
**deliberately** [1] -

21:23
**denial** [1] - 3:20
**Department** [2] - 21:8, 23:14
**department** [3] - 21:14, 23:23, 24:24
**deposition** [6] - 21:18, 22:23, 23:7, 23:24, 24:1, 25:13
**DEPUTY** [1] - 2:7
**described** [1] - 22:2
**designee** [1] - 23:22
**Detective** [2] - 25:4, 25:5
**detective** [6] - 23:1, 23:5, 23:8, 24:8, 24:21, 25:5
**detectives** [1] - 24:19
**determination** [2] - 11:23, 14:20
**determine** [5] - 7:20, 11:22, 11:25, 12:1, 13:16
**development** [1] - 19:13
**difficult** [2] - 13:20, 13:23
**digest** [1] - 26:2
**directive** [1] - 7:25
**discovery** [6] - 20:17, 25:1, 26:20, 27:1, 27:5, 27:6
**discussed** [2] - 12:11, 17:25
**dismiss** [1] - 3:24
**dispute** [4] - 5:13, 6:21, 8:2, 10:17
**disregard** [1] - 15:15
**distinct** [1] - 22:6
**DISTRICT** [5] - 1:1, 1:2, 1:4, 28:11, 28:12
**district** [2] - 8:17, 13:4
**DIVISION** [1] - 1:2
**DO** [1] - 28:12
**down** [1] - 25:19
**drawing** [1] - 14:17
**duplicative** [1] - 20:14
**during** [4] - 8:22, 8:8, 18:10, 24:1

**E**

**early** [2] - 9:20, 11:1
**easier** [1] - 10:11
**effort** [3] - 7:24, 12:23, 12:25

**elaboration** [1] - 24:14
**emotionally** [1] - 16:24
**encourage** [1] - 25:23
**end** [1] - 4:20
**engaged** [1] - 19:3
**entire** [1] - 10:23
**ENTITLED** [1] - 28:16
**ESQUIRE** [3] - 2:4, 2:4, 2:5
**estimate** [3] - 16:12, 19:21, 19:23
**et** [2] - 1:9, 3:7
**evaluate** [1] - 4:19
**evidence** [12] - 4:19, 6:2, 8:13, 8:25, 9:9, 13:3, 14:10, 17:3, 20:12, 21:3, 22:21, 25:3
**exactly** [1] - 25:19
**examine** [1] - 8:11
**exclusively** [1] - 9:10
**exculpatory** [3] - 24:22, 25:2
**exonerating** [1] - 25:2
**experienced** [1] - 13:10
**expert** [15] - 14:11, 14:13, 14:14, 14:24, 14:25, 15:12, 15:13, 15:14, 18:1, 18:4, 18:5, 18:10, 18:11, 21:8, 21:10
**experts** [7] - 13:4, 13:5, 13:6, 13:7, 13:8, 17:23, 18:15
**extremely** [1] - 6:14
**eye** [1] - 9:21
**eyewitness** [2] - 9:10, 9:15

**F**

**fact** [8] - 5:17, 6:11, 8:5, 10:25, 11:1, 14:18, 15:24, 22:3
**failed** [1] - 22:13
**failure** [2] - 21:22, 23:20
**failure-to-train** [1] - 21:22
**fair** [1] - 20:16
**fairly** [1] - 12:7
**familiar** [1] - 5:6
**far** [1] - 7:9

**feature** [1] - 9:24
**features** [1] - 9:17
**FEDERAL** [2] - 1:21, 28:24
**felt** [1] - 25:22
**few** [2] - 7:2, 10:14
**file** [1] - 26:14
**filed** [2] - 6:12, 6:19
**files** [1] - 12:21
**first** [3] - 7:12, 13:19, 14:25
**fit** [1] - 11:20
**fly** [1] - 26:1
**follow** [1] - 4:12
**following** [2] - 3:20, 6:11
**FOR** [2] - 28:10, 28:11
**FOREGOING** [1] - 28:14
**form** [1] - 10:23
**FORMAT** [1] - 28:17
**forthwith** [1] - 27:7
**forward** [2] - 6:13, 6:21
**foundation** [1] - 8:22
**four** [1] - 17:6
**fully** [1] - 7:24
**function** [1] - 15:19

**G**

**GEOFFREY** [1] - 2:7
**Geoffrey** [1] - 3:17
**given** [2] - 11:16, 22:23
**glad** [1] - 20:11
**government** [2] - 9:7, 9:14
**granted** [1] - 3:23
**guess** [2] - 9:10, 10:17

**H**

**half** [2] - 14:3, 14:4
**handling** [3] - 4:23, 4:24, 13:4
**happy** [1] - 26:3
**head** [3] - 11:18, 12:10, 23:4
**heard** [1] - 9:21
**hearing** [2] - 14:19, 25:25
**HELD** [1] - 28:15
**HEREBY** [1] - 28:12
**Hispanic** [1] - 9:24
**hit** [1] - 11:17

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 55**

honest [1] - 20:16
honestly [1] - 24:13
Honor [45] - 3:9, 3:11, 3:13, 3:16, 4:25, 5:17, 6:10, 8:19, 10:20, 11:17, 12:9, 12:16, 12:23, 13:8, 13:18, 15:1, 16:17, 17:1, 17:5, 17:12, 17:20, 17:22, 18:6, 18:15, 19:1, 19:3, 19:18, 20:7, 20:15, 21:5, 21:17, 22:18, 22:22, 23:11, 23:18, 23:21, 24:13, 25:11, 26:4, 26:17, 26:18, 27:3, 27:8, 27:9
Honor's [1] - 24:2
HONORABLE [1] - 1:4
Honorable [1] - 27:11
hundred [1] - 23:4

**I**

identification [2] - 9:11, 9:16
identified [1] - 9:24
identify [1] - 10:4
IDs [1] - 16:1
III [1] - 25:5
illuminate [1] - 7:18
immediately [1] - 4:13
immunity [10] - 3:21, 6:5, 6:25, 7:15, 7:19, 8:1, 8:3, 8:5, 8:7, 11:12
impeaching [1] - 25:3
important [3] - 6:1, 16:3, 16:4
IN [3] - 28:10, 28:15, 28:17
incarcerated [3] - 10:12, 10:13, 10:14
incarceration [2] - 16:25, 17:15
inconsistent [2] - 24:3
indicate [2] - 24:20, 25:4
indicated [1] - 4:8
indifferent [1] - 21:24
individual [7] - 4:10, 6:4, 8:16, 15:13, 15:16, 15:23, 22:10

individualized [1] - 10:23
information [2] - 7:11, 7:21
informed [1] - 3:22
initial [1] - 4:14
innocence [3] - 5:9, 5:10, 5:19
innocent [1] - 5:16
inquired [2] - 11:8, 17:23
inquiry [1] - 11:10
instruct [2] - 14:9, 16:7
instructed [1] - 13:24
instructing [1] - 22:6
intend [3] - 7:18, 8:15, 17:5
intended [2] - 7:17, 18:9
interlocutory [1] - 3:24
introduce [1] - 8:15
involved [1] - 14:19
IS [2] - 28:14, 28:17
issue [18] - 5:8, 5:11, 7:1, 8:1, 10:16, 10:19, 10:20, 11:3, 13:12, 14:22, 14:23, 15:15, 15:19, 18:15, 18:16, 20:18, 24:18, 26:22
issues [5] - 7:16, 17:14, 20:17, 26:20, 26:23
item [1] - 3:6
items [1] - 6:18
itself [2] - 10:18, 23:16

**J**

Jenks [3] - 23:1, 23:12, 25:5
Judge [2] - 19:3, 19:14
JUDGE [1] - 1:4
judgment [9] - 6:11, 6:19, 7:3, 13:9, 15:1, 15:5, 15:7, 19:5, 25:15
JUDICIAL [1] - 28:18
judicial [1] - 9:6
July [1] - 25:7
June [3] - 4:1, 4:9, 25:6
jury [35] - 4:6, 4:7, 4:13, 4:14, 4:16, 4:17, 4:19, 7:17, 7:20, 8:4,

8:6, 8:11, 8:24, 9:3, 9:12, 9:15, 11:3, 11:6, 11:19, 12:6, 13:3, 13:15, 13:23, 14:2, 15:19, 16:2, 16:3, 16:4, 16:5, 16:22, 20:22, 20:25, 21:2
jury's [2] - 14:15, 15:18

**K**

keep [2] - 19:12
key [1] - 6:3
kind [1] - 24:3
KLEEGER [3] - 1:21, 28:10, 28:23
knowledgeable [6] - 20:15, 21:7, 21:18, 22:23, 23:13, 23:17
known [4] - 7:22, 9:3, 16:8, 16:10

**L**

laid [1] - 26:2
largely [2] - 9:10, 20:14
lasted [1] - 12:8
law [7] - 6:13, 6:16, 6:20, 6:23, 6:25, 14:4, 14:16
lawyer [2] - 16:8, 18:19
lawyer's [1] - 13:17
laying [1] - 8:21
least [1] - 6:6
lengthy [1] - 12:7
liability [8] - 4:10, 4:11, 4:15, 4:21, 5:7, 14:13, 20:1, 20:5
life [1] - 18:5
life-expert-type [1] - 18:5
light [1] - 16:12
litigation [2] - 5:15, 11:1
local [1] - 19:7
look [1] - 11:24
looking [1] - 12:20
LORENZO [1] - 1:6
Lorenzo [1] - 3:7
LOS [5] - 1:9, 1:16, 1:22, 3:1, 28:6
Los [4] - 3:7, 21:7, 23:14, 24:11
LUIS [1] - 1:6
Luis [2] - 3:7, 3:14

**M**

maintained [1] - 15:22
maker [1] - 23:10
male [1] - 9:24
manual [2] - 24:5, 24:24
manuals [1] - 24:16
Manuel [1] - 19:3
March [1] - 3:22
material [9] - 7:11, 7:15, 7:22, 9:2, 12:1, 12:2, 13:13, 14:16, 24:22
materiality [3] - 13:11, 13:19, 13:24
materials [2] - 13:1, 22:1
matter [1] - 14:21
MATTER [1] - 28:16
matters [1] - 6:22
MAY [1] - 28:21
mean [30] - 5:9, 6:1, 6:3, 6:16, 6:24, 7:6, 7:22, 8:24, 9:4, 9:5, 9:6, 9:9, 9:14, 9:21, 10:1, 10:5, 10:7, 11:5, 12:10, 12:18, 13:15, 14:2, 14:8, 18:4, 18:19, 20:5, 21:12, 21:15, 26:24
means [1] - 13:24
media [1] - 14:3
meet [3] - 11:21, 12:24, 17:24
meeting [1] - 17:14
memory [3] - 10:25, 20:21, 23:11
mention [1] - 18:3
mentioning [1] - 21:6
might [1] - 25:15
minute [1] - 10:21
miscalculated [1] - 5:8
misstating [1] - 24:9
misunderstanding [2] - 18:7, 24:9
misunderstood [1] - 6:8
modus [1] - 9:18
moment [1] - 13:6
Monell [17] - 4:10, 4:21, 20:10, 20:11, 20:12, 20:17, 20:22, 21:21, 22:3, 22:7, 22:9, 22:12, 23:9, 24:18, 25:15, 26:20,

26:22
Monell-type [1] - 23:9
morning [1] - 9:20
most [7] - 16:20, 20:15, 21:7, 21:18, 22:23, 23:13, 23:17
mother [1] - 17:7
motion [10] - 3:21, 3:23, 6:5, 6:19, 18:24, 19:5, 25:15, 25:22, 25:23, 26:2
motions [2] - 5:6, 18:21
moved [1] - 14:7
movies [1] - 14:4
moving [2] - 6:13, 6:21
MR [71] - 3:9, 3:11, 3:13, 3:16, 4:25, 5:3, 5:12, 5:17, 5:21, 5:24, 6:10, 6:18, 7:2, 7:9, 7:24, 8:19, 10:20, 11:16, 12:9, 12:15, 12:23, 13:8, 13:18, 14:13, 14:25, 15:6, 15:10, 15:13, 16:16, 16:19, 16:21, 17:1, 17:5, 17:12, 17:20, 17:22, 18:6, 18:14, 19:1, 19:17, 19:20, 19:23, 20:4, 20:7, 20:14, 20:25, 21:5, 21:17, 22:11, 22:18, 22:22, 23:1, 23:3, 23:11, 23:18, 23:21, 24:7, 24:13, 24:19, 25:11, 25:12, 25:18, 26:3, 26:7, 26:10, 26:13, 26:17, 26:18, 27:3, 27:8, 27:9

**N**

nail [1] - 25:18
name [1] - 10:11
narrow [1] - 6:14
necessarily [2] - 11:9, 22:10
necessary [2] - 14:9, 18:21
need [1] - 13:6
needed [1] - 21:20
next [1] - 4:3
Ninth [1] - 3:23
NORTH [1] - 1:22
nothing [1] - 11:11
notice [1] - 9:6

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 56**

**O**

o'clock [1] - 26:8
obligation [2] - 24:23, 27:4
obligations [3] - 22:14, 24:22, 25:1
obviously [4] - 6:2, 12:6, 12:10, 25:25
occurred [1] - 23:13
OF [14] - 1:1, 1:2, 1:9, 1:15, 2:2, 2:3, 2:6, 28:4, 28:6, 28:8, 28:12, 28:14, 28:17, 28:18
offer [2] - 15:14, 18:10
offered [1] - 23:16
officer [1] - 16:6
officer's [1] - 21:15
officers [10] - 6:4, 8:10, 11:2, 11:6, 15:23, 21:24, 22:5, 22:7, 23:17, 24:11
OFFICIAL [3] - 1:21, 28:10, 28:24
oftentimes [1] - 24:16
ON [2] - 2:3, 2:6
once [1] - 19:6
one [18] - 5:19, 6:2, 6:6, 8:16, 8:18, 9:22, 13:8, 13:16, 13:21, 16:16, 16:18, 18:4, 18:14, 18:18, 19:17, 20:9, 21:10, 26:19
One [1] - 26:22
ones [1] - 10:15
operandi [1] - 9:18
opinion [1] - 13:17
opportunity [1] - 18:16
opposing [1] - 12:25
order [4] - 7:25, 9:1, 10:21, 27:1
ordinary [1] - 14:1
otherwise [3] - 13:23, 18:25, 22:5
ought [3] - 12:5, 14:7, 15:20
outcome [1] - 12:2
outstanding [3] - 20:17, 26:20, 27:6

**P**

PAGE [1] - 28:16
pages [1] - 12:13

part [2] - 23:21, 24:20
particular [2] - 7:3, 22:22
pattern [1] - 21:4
people [2] - 6:3, 14:6
percent [1] - 23:4
person [7] - 21:6, 21:18, 22:23, 22:25, 23:9, 23:12, 23:16
persons [1] - 20:15
PH [1] - 1:23
phase [13] - 4:17, 5:19, 6:6, 15:2, 15:5, 16:16, 16:18, 18:10, 20:1, 20:2, 20:9, 21:10
phone [1] - 18:8
physically [1] - 16:25
physician [3] - 17:8, 17:10, 18:11
pivotal [1] - 15:9
places [1] - 19:6
plaintiff [12] - 3:14, 4:1, 4:14, 4:16, 4:18, 5:16, 6:9, 8:13, 9:17, 17:4, 17:7, 25:1
PLAINTIFF [1] - 1:7, 2:3
plaintiff's [8] - 5:10, 17:7, 17:8, 17:24, 19:24, 21:3, 22:12
plaintiffs [4] - 4:22, 14:14, 15:22
plowden [2] - 18:6, 26:7
PLOWDEN [15] - 2:7, 3:16, 14:13, 17:22, 19:1, 20:25, 21:17, 22:11, 24:19, 25:11, 26:3, 26:10, 26:13, 26:17, 27:9
Plowden [3] - 3:17
point [6] - 9:22, 18:14, 21:3, 24:1, 25:23, 26:19
pointed [1] - 7:4
police [7] - 15:14, 16:6, 18:19, 21:14, 21:15, 22:7, 24:11
Police [2] - 21:8, 23:14
policies [3] - 21:11, 21:16, 24:5
policy [7] - 21:14, 22:6, 22:9, 22:16, 23:9, 24:7
position [4] - 14:12, 20:24, 24:17, 26:21
possible [2] - 9:5,

17:25
posters [1] - 10:2
potentially [1] - 13:13
practice [3] - 21:4, 22:9, 24:7
practices [1] - 15:14
prejudiced [1] - 5:22
present [2] - 4:18, 12:4
presentation [1] - 6:8
presented [2] - 9:3, 10:9
presenting [1] - 17:3
PRESIDING [1] - 1:4
pretty [1] - 11:17
previously [3] - 4:8, 4:12, 10:22
procedures [1] - 21:11
proceed [1] - 11:15
proceeding [1] - 20:8
PROCEEDINGS [3] - 1:15, 27:13, 28:15
proceedings [1] - 4:4
proffered [3] - 14:14, 15:1, 23:12
profile [1] - 10:13
prong [2] - 7:12, 13:20
proposed [1] - 4:1
prosecutor [1] - 11:22
provide [3] - 24:14, 24:23, 25:2
provided [4] - 11:20, 11:22, 22:1, 24:25
provisions [1] - 24:24
public [1] - 10:3
purposes [1] - 7:11
PURSUANT [1] - 28:12
pursue [1] - 27:5

**Q**

qualified [10] - 3:21, 6:5, 6:24, 7:15, 7:19, 8:1, 8:3, 8:5, 8:7, 11:12
questions [1] - 4:22
Quijano [1] - 8:20
quote [1] - 18:11
quote-unquote [1] - 18:11

**R**

rank [1] - 23:2
rape [11] - 6:4, 8:11, 10:10, 10:18, 10:22, 10:23, 11:3, 11:4, 11:7, 11:9, 11:20
raped [1] - 15:25
rapes [1] - 10:12
rather [1] - 6:3
Real [2] - 19:3, 19:14
realm [1] - 14:2
reason [2] - 14:11, 22:4
reasonable [1] - 17:17
reckless [1] - 15:15
recollection [2] - 9:25, 24:14
recording [1] - 25:13
referred [1] - 24:15
refresh [2] - 10:24, 20:21
regard [2] - 17:3, 22:5
regarding [5] - 5:15, 11:1, 21:14, 24:12, 25:1
regardless [1] - 9:23
regards [3] - 21:7, 21:9, 21:10
REGULATIONS [1] - 28:17
release [2] - 17:11
rely [1] - 15:4
remember [1] - 9:19
report [1] - 14:15
REPORTED [2] - 28:15
REPORTER [4] - 1:21, 28:4, 28:10, 28:24
REPORTER'S [1] - 1:15
representation [1] - 21:23
requesting [1] - 6:12
requires [1] - 19:13
respect [1] - 24:15
respectfully [1] - 6:12
respond [1] - 27:7
responsibilities [1] - 22:8
responsibility [1] - 21:15
result [2] - 16:9, 17:14
returns [1] - 4:13,

16:23
revealed [2] - 10:18, 15:23
reviewing [1] - 14:18
revisit [1] - 19:2
rise [1] - 27:11
role [1] - 14:15
ROOM [1] - 1:22
Rule [1] - 14:15
rule [1] - 6:24
ruled [3] - 6:18, 7:19, 8:6
rules [1] - 19:8
ruling [4] - 5:18, 6:11, 7:3, 14:22
rulings [4] - 6:13, 7:3, 7:14, 11:16

**S**

satisfactory [1] - 4:2
school [1] - 24:21
scientific [1] - 14:1
scope [1] - 6:14
seasoned [1] - 13:10
SECTION [1] - 28:13
see [7] - 10:24, 12:22, 13:6, 14:11, 23:15, 26:15
seem [3] - 6:25, 9:19, 17:19
senior [1] - 19:8
sense [1] - 14:22
sent [1] - 10:2
separate [2] - 12:11
separately [1] - 4:19
serves [1] - 23:12
SESSION [2] - 1:16, 3:2
set [3] - 19:4, 19:9, 25:7
setting [1] - 19:2
sexual [3] - 7:4, 12:11, 13:12
Shepherd [1] - 3:18
SHERI [3] - 1:21, 28:10, 28:23
short [1] - 12:20
shows [1] - 14:5
sides [2] - 25:8, 25:25
significant [1] - 9:16
similar [2] - 15:25, 16:1
simple [1] - 26:4
Simpson [2] - 3:14, 5:3
SIMPSON [14] - 2:5, 3:13, 5:17, 5:21, 5:24,

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 57**

11:16, 12:9, 12:15, 17:12, 20:7, 21:5, 22:18, 23:11, 25:18

situations [1] - 14:4

slender [1] - 10:1

someone [2] - 15:25, 18:4

somewhat [1] - 23:25

somewhere [1] - 9:25

sorry [1] - 17:22

sound [3] - 17:16, 17:17, 23:8

specifically [1] - 24:11

SPRING [1] - 1:22

SS [1] - 28:7

stage [2] - 4:15, 17:6

stance [1] - 20:18

stands [2] - 19:6, 27:12

state [2] - 3:8, 9:15

STATE [1] - 28:8

STATES [6] - 1:1, 1:1, 1:4, 28:11, 28:13, 28:18

status [1] - 3:19

stayed [4] - 3:20, 4:11, 26:23, 27:1

STENOGRAPHICALLY [1] - 28:15

STEVEN [1] - 1:4

still [1] - 10:19

stipulate [3] - 12:25, 13:1, 13:2

stipulates [1] - 9:7

stipulation [1] - 9:5

stop [1] - 9:20

straightforward [2] - 6:3, 15:19

STREET [1] - 1:22

strength [1] - 10:6

subject [3] - 5:18, 13:16, 17:23

submission [1] - 19:5

substituted [1] - 26:13

substituting [1] - 3:17

suggested [1] - 5:18

suggesting [3] - 6:22, 7:7, 7:8

summary [9] - 6:11, 6:19, 7:3, 13:9, 15:1, 15:5, 15:7, 19:5, 25:15

supervise [1] - 22:19

supervision [1] -

21:11

supervisor [1] - 25:5

supporting [1] - 22:20

supports [1] - 23:20

suppose [4] - 8:12, 9:11, 11:5, 16:24

suppressed [1] - 11:24

suppression [1] - 12:1

Surekha [1] - 3:18

## T

tactics [1] - 18:19

tattoo [1] - 9:21

teardrop [1] - 9:20

tee [1] - 26:3

television [3] - 14:3, 14:5, 14:8

terms [2] - 6:2, 7:14

test [1] - 25:16

testify [2] - 16:24, 23:22

testimony [4] - 14:11, 15:14, 16:5, 21:20

THAT [2] - 28:12, 28:16

THE [80] - 3:6, 3:19, 4:6, 4:7, 5:2, 5:5, 5:14, 5:20, 5:23, 5:25, 6:16, 6:22, 7:6, 7:13, 8:3, 8:21, 10:24, 12:3, 12:13, 12:18, 12:22, 13:5, 13:14, 13:22, 14:21, 15:4, 15:8, 15:11, 15:17, 16:18, 16:20, 16:22, 17:2, 17:10, 17:16, 17:21, 18:3, 18:12, 18:18, 19:11, 19:19, 19:22, 19:25, 20:5, 20:11, 20:20, 21:2, 21:12, 22:2, 22:15, 22:20, 22:25, 23:2, 23:5, 23:8, 23:15, 23:19, 24:6, 24:8, 24:17, 25:9, 25:14, 25:20, 26:5, 26:9, 26:12, 26:15, 26:24, 27:4, 27:10, 27:11, 28:11, 28:13, 28:14, 28:15, 28:16, 28:17, 28:18

themselves [1] - 24:20

theory [2] - 22:12, 23:20

therapist [1] - 17:13

therefore [2] - 6:20, 8:1

they've [1] - 14:8

thinking [6] - 11:19, 13:5, 13:7, 14:24, 19:25, 25:16

three [8] - 12:11, 16:14, 16:21, 19:21, 20:1, 20:4, 20:9

three-day [1] - 19:21

TITLE [1] - 28:13

TO [1] - 28:13

today [2] - 17:25, 26:15

today's [1] - 14:3

ton [1] - 24:14

top [2] - 12:10, 23:4

total [2] - 19:24, 20:4

train [1] - 21:22, 22:13, 23:20, 24:15

trained [2] - 23:17, 24:12, 24:20

training [6] - 21:10, 21:24, 22:16, 23:13, 23:23, 24:25

transcript [1] - 14:19

TRANSCRIPT [3] - 1:15, 28:14, 28:16

transcripts [3] - 11:25, 12:4, 12:14

treating [4] - 17:8, 17:10, 17:11, 18:11

trial [37] - 4:1, 4:6, 4:7, 4:8, 4:9, 6:6, 6:15, 7:14, 7:18, 7:23, 8:8, 8:22, 9:1, 9:5, 9:6, 9:7, 9:9, 10:7, 10:8, 11:5, 11:25, 12:4, 12:7, 12:8, 12:19, 16:2, 16:12, 16:13, 18:22, 19:2, 19:4, 19:10, 19:12, 19:14, 19:21, 19:24, 25:7

trier [1] - 14:18

trifurcated [2] - 4:9, 20:8

TRUE [1] - 28:14

try [1] - 10:3

trying [3] - 25:12, 25:18, 25:24

two [11] - 8:10, 13:4, 19:6, 20:1, 20:4, 20:6, 20:8, 20:9, 20:10, 22:5, 26:13

type [3] - 6:25, 18:5, 23:9

## U

ultimate [1] - 14:17

unable [1] - 13:2

unavailable [1] - 25:8

uncommon [1] - 9:22

under [8] - 9:21, 15:23, 15:25, 16:6, 16:7, 19:5, 20:22, 21:15

understood [1] - 18:12

unduly [1] - 5:21

unfortunately [1] - 26:7

UNITED [6] - 1:1, 1:1, 1:4, 28:11, 28:13, 28:18

unless [3] - 5:7, 17:18, 19:12

unquote [1] - 18:11

up [4] - 20:12, 23:6, 26:3, 26:19

usurping [1] - 15:18

usurps [1] - 14:14

## V

vacation [2] - 25:10, 26:7

Vacation [1] - 25:11

VARGAS [1] - 1:6

Vargas [8] - 3:7, 3:10, 3:12, 3:15, 5:1, 10:11, 17:4, 17:13

verdict [2] - 4:13, 16:23

versus [2] - 3:7, 24:5

victims [1] - 9:19, 15:24, 16:5

videotape [1] - 25:13

violation [2] - 13:20, 16:9

violations [3] - 7:8, 7:10, 24:12

visiting [1] - 21:9

voluntarily [1] - 3:23

VS [1] - 1:8

## W

waters [1] - 25:16

weakness [1] - 10:7

weeks [2] - 26:6, 26:13

WESTERN [1] - 1:2

wife [1] - 17:8

WILSON [1] - 1:4

WITH [1] - 28:17

withheld [3] - 7:21, 9:2, 11:23

withstanding [1] - 22:15

witness [2] - 17:6, 22:24

witnesses [1] - 17:17

wonder [1] - 19:1

words [4] - 4:14, 8:24, 14:16, 22:3

written [4] - 21:16, 22:15, 24:4, 24:16

wrongful [1] - 17:15

## Y

year [1] - 3:22

years [1] - 16:25

**EXHIBIT 3 TO DEFTS' OPP TO PLTF'S MTN IN LIMINE NO. 1 - Pg. 58**