**MICHAEL N. FEUER,** City Attorney - SBN 111529
**JAMES P. CLARK,** Chief Deputy City Attorney – SBN 64780
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**GEOFFREY PLOWDEN,** Deputy City Attorney – SBN 146602
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-7038
Fax No.:    (213) 978-8785
Email: geoffrey.plowden@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, MONICA QUIJANO, RICHARD TAMEZ and SCOTT SMITH**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO VARGAS,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>*Defendants.* | **CASE NO. CV16-08684 SVW (AFMx)**<br>*Hon. Stephen V. Wilson, Ctrm. 10A*<br>*Mag. Alexander F. MacKinnon, Ctrm. H, 9th Fl.*<br><br>**DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 3; DEFENDANTS' REQUEST TO DEFER RULING ON MOTION**<br><br>Hearing:   6/10/19<br>Time:       1:30 p.m.<br>Place:      Courtroom 10A<br>First Street Courthouse<br>350 West 1st Street<br>Los Angeles, CA 90012-4565 |

Defendants do not oppose Plaintiff's Motion *in Limine* No. 3 to exclude plaintiff's immigration status so long as plaintiff does not open the door. Defendants request the Court defer a ruling on this motion at this time.

Dated: May 20, 2019        **MICHAEL N. FEUER**, City Attorney
                            **JAMES P. CLARK,** Chief Deputy City Attorney
                            **CORY M. BRENTE**, Assistant City Attorney

                            By: _____/s/ *Geoffrey Plowden*_____
                                **GEOFFREY PLOWDEN**, Deputy City Attorney

                            Attorneys for Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, MONICA QUIJANO, RICHARD TAMEZ and SCOTT SMITH**

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiff had significant issues with his immigration status during the time of his arrest and incarceration. If he was unable to prove his citizenship, or ability to work legally in this country, then that could impact his lost earnings/lost earnings capacity claim. Based on conversations with counsel, plaintiff will not be making a lost earnings capacity claim at trial. He has not retained an economist to opine on that subject.

So long as plaintiff does not state, or imply, that he was a valid U.S. citizen during the trial, then defendants need not comment upon, or introduce evidence of, plaintiff's immigration status. Defendant agrees not to introduce any such evidence without first seeking the Court's permission to do so, outside the presence of the jury.

As we do not know yet if plaintiff will make his immigration status an issue, defendants request the Court defer a ruling on this motion.

Dated: May 20, 2019   **MICHAEL N. FEUER**, City Attorney
**JAMES P. CLARK,** Chief Deputy City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: /s/ *Geoffrey Plowden*
  **GEOFFREY PLOWDEN**, Deputy City Attorney

Attorneys for Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, MONICA QUIJANO, RICHARD TAMEZ and SCOTT SMITH**