# EXHIBIT 1

```
 1                    UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
 3
                            -  -  -
 4                  HONORABLE STEVEN V. WILSON,
              UNITED STATES DISTRICT JUDGE PRESIDING
 5                          -  -  -

 6
     LUIS LORENZO VARGAS,             )
 7                                    )   CERTIFIED COPY
               PLAINTIFF,            )
 8                                    )
     VS.                              )   CV 16-8684 SVW
 9                                    )
     CITY OF LOS ANGELES, et          )
10   al.,                             )
                                      )
11             DEFENDANTS.            )
     _____)
12

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS
                        APRIL 15, 2019
16                       A.M. SESSION
                  LOS ANGELES, CALIFORNIA
17

18

19

20

21           SHERI S. KLEEGER, CSR 10340
               FEDERAL OFFICIAL COURT REPORTER
22           312 NORTH SPRING STREET, ROOM 402
                LOS ANGELES, CALIFORNIA 90012
23                  PH:  (213)894-6604

24

25
```

Exhibit 1 to Defendants' Opposition to Plaintiff's Motion to Permit
Expert Testimony and Opinion - Page 13

1

2

    APPEARANCES OF COUNSEL:

3

  ON BEHALF OF PLAINTIFF:

4
      BRETT BOON, ESQUIRE
      CRAIG BENNER, ESQUIRE

5
      ALEX SIMPSON, ESQUIRE

6

  ON BEHALF OF DEFENDANT:

7
      GEOFFREY PLOWDEN, DEPUTY CITY ATTORNEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  LOS ANGELES, CALIFORNIA; APRIL 15, 2019

 2                            A.M. SESSION

 3                               - - -

 4

 5

 6                  THE CLERK:  Item No. 4, CV-16-8684-SVW:

 7    Luis Lorenzo Vargas versus City of Los Angeles, et al.

 8                  Counsel, please state your appearances.

 9                  MR. BOON:  Good afternoon, Your Honor.

10                  Brett Boon for Mr. Vargas.

11                  MR. BENNER:  Good afternoon, Your Honor.

12                  Craig Benner for Mr. Vargas.

13                  MR. SIMPSON:  Good afternoon, Your Honor.

14                  Alex Simpson on behalf of plaintiff Luis

15    Vargas.

16                  MR. PLOWDEN:  Good afternoon, Your Honor.

17                  Geoffrey Plowden now substituting for

18    Surekha Shepherd on behalf of the defendants.

19                  THE COURT:  And this is a status conference.

20    The case was stayed following the Court's denial of the

21    defendant's motion for qualified immunity.  And the

22    Court is informed that on March 15 of this year the

23    Ninth Circuit granted defendant's motion to voluntarily

24    dismiss their interlocutory appeal, and that's like the

25    case is now on the Court's active calendar.  And the
```

The timestamps in the left margin are:
13:50:43 (line 6), 13:50:52 (line 7), 13:50:55 (line 8), 13:50:58 (line 9), 13:51:01 (line 10), 13:51:04 (line 12), 13:51:06 (line 13), 13:51:08 (line 14), 13:51:11 (line 15), 13:51:17 (line 18), 13:51:20 (line 19), 13:51:23 (line 20), 13:51:30 (line 21), 13:51:38 (line 22), 13:51:45 (line 23), 13:51:51 (line 24), 13:52:02 (line 25).

4

| | | |
|---|---|---|
| 13:52:07 | 1 | plaintiff has proposed a trial date of June 25, which is |
| 13:52:16 | 2 | satisfactory to the Court. |
| 13:52:20 | 3 | So that appears to be what's next in the -- |
| 13:52:26 | 4 | in the proceedings in this case. |
| 13:52:31 | 5 | Now -- |
| 13:52:31 | 6 | THE CLERK:  Is this a jury trial? |
| 13:52:32 | 7 | THE COURT:  It's a jury trial.  But as I |
| 13:52:35 | 8 | previously indicated, the trial was actually |
| 13:52:39 | 9 | trifurcated.  The trial on June 25th will be the |
| 13:52:42 | 10 | liability of the individual defendants.  The Monell |
| 13:52:48 | 11 | liability of the City is stayed.  And the damage aspect |
| 13:53:00 | 12 | of the case, I think I previously said it will follow |
| 13:53:08 | 13 | immediately if the jury returns a verdict for the |
| 13:53:13 | 14 | plaintiff; in other words, the jury will, as an initial |
| 13:53:22 | 15 | stage, decide liability. |
| 13:53:25 | 16 | If the jury decides for the plaintiff, then |
| 13:53:29 | 17 | the jury will be told that there's another phase to the |
| 13:53:34 | 18 | case and the plaintiff will then present its damage |
| 13:53:39 | 19 | evidence.  The jury will then evaluate that separately. |
| 13:53:47 | 20 | And then if at the end of that we will have to consider |
| 13:53:52 | 21 | whether there is a basis for Monell liability. |
| 13:53:57 | 22 | Let me ask the plaintiffs some questions. |
| 13:54:01 | 23 | Can you take the -- whoever is handling the case.  Who's |
| 13:54:05 | 24 | handling the case? |
| 13:54:05 | 25 | MR. BOON:  Yes, Your Honor.  This is Brett |

5

| | | |
|---|---|---|
| 13:54:07 | 1 | Boon for Mr. Vargas. |
| 13:54:09 | 2 | THE COURT:  Brett Boon. |
| 13:54:11 | 3 | MR. BOON:  Yes.  And I also have Mr. Simpson |
| 13:54:12 | 4 | and Mr. Benner here as well. |
| 13:54:15 | 5 | THE COURT:  Okay.  Having dealt with some of |
| 13:54:20 | 6 | the motions in the case, of course, I am familiar with |
| 13:54:26 | 7 | the liability aspect.  And it seems to me, unless I have |
| 13:54:36 | 8 | miscalculated, there is not going to be an issue about |
| 13:54:40 | 9 | the defendant's innocence, correct?  I mean the |
| 13:54:43 | 10 | plaintiff's innocence. |
| 13:54:45 | 11 | Do you anticipate any issue about that? |
| 13:54:48 | 12 | MR. BOON:  We don't anticipate that being in |
| 13:54:51 | 13 | dispute. |
| 13:54:52 | 14 | THE COURT:  Does the defendant anticipate |
| 13:54:54 | 15 | any litigation regarding the question of whether or not |
| 13:54:59 | 16 | the plaintiff was innocent? |
| 13:55:06 | 17 | MR. SIMPSON:  No, Your Honor.  In fact, I |
| 13:55:09 | 18 | think the Court's ruling suggested that the subject of |
| 13:55:11 | 19 | innocence will not come into phase one. |
| | 20 | THE COURT:  Yes, yes. |
| 13:55:13 | 21 | MR. SIMPSON:  That it would be unduly |
| 13:55:16 | 22 | prejudiced to the defense. |
| 13:55:18 | 23 | THE COURT:  Yes. |
| 13:55:18 | 24 | MR. SIMPSON:  So -- |
| 13:55:19 | 25 | THE COURT:  You're not going to do that. |

6

13:55:21  1          Now, I mean to me the case is an important

13:55:28  2    one, obviously.  But in terms of the evidence, it seems

13:55:33  3    rather straightforward.  I mean, the key people are the

13:55:37  4    individual officers and -- and the rape book.  And all

13:55:47  5    that was addressed in the motion for qualified immunity

13:55:52  6    seems to be at least at phase one, what the trial will

13:55:55  7    be about.

13:55:57  8          Have I misunderstood the presentation of the

13:56:01  9    plaintiff?

13:56:02  10          MR. BOON:  No, you have not, Your Honor.

13:56:04  11    And, in fact, following the summary judgment ruling we

13:56:07  12    filed a briefing respectfully requesting that those

13:56:11  13    rulings become law of the case moving forward.  And I

13:56:15  14    think that would extremely narrow the scope of this

13:56:19  15    trial.

13:56:19  16          THE COURT:  What do you mean law of the

13:56:21  17    case?

13:56:21  18          MR. BOON:  The items that were ruled upon on

13:56:24  19    summary judgment, we had filed a motion asking that

13:56:25  20    those become law of the case and, therefore, not in

13:56:27  21    dispute moving forward.

13:56:28  22          THE COURT:  What matters are you suggesting

13:56:31  23    are law of the case?

13:56:33  24          I mean, all I did was rule on qualified

13:56:36  25    immunity, which doesn't seem like a law of the case type

| | | |
|---|---|---|
| 13:56:40 | 1 | of issue. |
| 13:56:41 | 2 | MR. BOON:  There was also a few Brady |
| 13:56:44 | 3 | rulings in the summary judgment ruling.  In particular |
| 13:56:46 | 4 | the Court pointed out 11 sexual assaults that the Court |
| 13:56:51 | 5 | deemed -- |
| 13:56:51 | 6 | THE COURT:  No, but I mean if you're |
| 13:56:53 | 7 | suggesting that I found that there were Brady |
| 13:56:56 | 8 | violations, is that what you're suggesting? |
| 13:56:58 | 9 | MR. BOON:  I don't think you went as far as |
| 13:57:00 | 10 | to say there were Brady violations.  But you did say |
| 13:57:03 | 11 | that the information was material for purposes of Brady, |
| 13:57:05 | 12 | which is the first prong -- |
| 13:57:07 | 13 | THE COURT:  But I will -- I think when it |
| 13:57:11 | 14 | comes to trial I made these rulings in terms of |
| 13:57:15 | 15 | qualified immunity.  I think what is material or not and |
| 13:57:21 | 16 | all the issues that are addressed by Brady are for a |
| 13:57:26 | 17 | jury.  I don't think that I intended -- I certainly |
| 13:57:30 | 18 | didn't intend to illuminate those for trial.  All I |
| 13:57:37 | 19 | ruled upon was the qualified immunity. |
| 13:57:40 | 20 | And the jury will have to determine whether |
| 13:57:44 | 21 | the information was withheld and whether it should have |
| 13:57:52 | 22 | been made known and whether it is material.  I mean, |
| 13:58:00 | 23 | that's what the trial is going to be about. |
| 13:58:03 | 24 | MR. BOON:  Just in an effort to fully |
| 13:58:04 | 25 | understand the Court's directive and order, is the |

13:58:07    1    qualified immunity issue therefore based on what the

13:58:10    2    Court just stated not in dispute?

13:58:12    3            THE COURT:  Well, qualified immunity is not

13:58:15    4    a jury question.  The jury will not be dealing with

13:58:18    5    qualified immunity.  In fact, the cases say that that is

13:58:23    6    not a jury question.  And I ruled on that and so

13:58:28    7    qualified immunity shouldn't even arise in any way in

13:58:33    8    the trial.

13:58:34    9            So having said that, it seems that you have

13:58:37    10   the two officers.  You're going to call them,

13:58:43    11   cross-examine them.  You have the rape book.  The jury

13:58:48    12   is going to be told through them, I suppose, what the

13:58:56    13   evidence was against the plaintiff, then who was the

13:59:10    14   defendant.

13:59:10    15           Do you intend to introduce that through the

13:59:13    16   individual defendants -- one of them I thought continued

13:59:18    17   on as the case agent, so to speak, to the district

13:59:25    18   attorney; isn't that right?  One of the --

13:59:27    19           MR. BOON:  That's correct, Your Honor.

13:59:29    20   Defendant Quijano continued with the case.

13:59:32    21           THE COURT:  And so will you be laying the

13:59:36    22   foundation for what happened during the trial through

13:59:39    23   him?  Or how will you do that?

13:59:44    24           I mean, in other words, the jury will have

13:59:46    25   to be told what the evidence against the defendant was

| | | |
|---|---|---|
| 13:59:55 | 1 | at the trial in order to assess whether what was |
| 14:00:01 | 2 | withheld was material.  And so how will you make it |
| 14:00:09 | 3 | known to the jury what was presented? |
| 14:00:14 | 4 | I mean, you could do that by way of |
| 14:00:17 | 5 | stipulation.  Is that possible?  I mean the trial is a |
| 14:00:19 | 6 | trial.  I mean the Court can take judicial notice of -- |
| 14:00:23 | 7 | of the trial whether or not the government stipulates to |
| 14:00:31 | 8 | it. |
| 14:00:32 | 9 | I mean, at the trial the evidence was |
| 14:00:38 | 10 | largely, I guess, almost exclusively eyewitness |
| 14:00:44 | 11 | identification.  And I suppose you would also have the |
| 14:00:52 | 12 | right to tell the jury how the case was -- what the |
| 14:00:58 | 13 | arguments were. |
| 14:00:59 | 14 | I mean the government -- not the -- the |
| 14:01:03 | 15 | state, City argued to the jury that the eyewitness |
| 14:01:12 | 16 | identification was buttressed by the significant |
| 14:01:25 | 17 | features of the defendant, now the plaintiff, and |
| 14:01:35 | 18 | modus operandi. |
| 14:01:37 | 19 | I seem to remember that he chose his victims |
| 14:01:41 | 20 | at a bus stop early morning.  He had this teardrop |
| 14:01:55 | 21 | tattoo under an eye.  I mean, I heard it argued by the |
| 14:02:04 | 22 | City at one point that that wasn't as uncommon as I may |
| 14:02:10 | 23 | have thought.  But regardless, it seems to have been a |
| 14:02:14 | 24 | feature that he was identified as a male, Hispanic, my |
| 14:02:24 | 25 | recollection is somewhere between 5-4 and 5-6 or -7, |

| | | |
|---|---|---|
| 14:02:30 | 1 | slender build. I mean, those were the things that -- |
| 14:02:37 | 2 | and then there were those posters that the City sent out |
| 14:02:50 | 3 | to try and get the public to be aware of who he was and |
| 14:02:55 | 4 | identify him. |
| 14:02:56 | 5 | So I mean that -- that's the case. I mean, |
| 14:03:04 | 6 | I'm not making any assessment of its strength or |
| 14:03:09 | 7 | weakness. I mean, just as I said, it was the trial. We |
| 14:03:13 | 8 | know what happened at the trial. We know how the case |
| 14:03:15 | 9 | was presented. We know how it was argued. We know what |
| 14:03:19 | 10 | the rape book contains. And we know when the -- I'll |
| 14:03:28 | 11 | just call him by his name, it's easier, when Vargas was |
| 14:03:33 | 12 | incarcerated that there were the rapes before he was |
| 14:03:40 | 13 | incarcerated that appeared to have this profile, and |
| 14:03:45 | 14 | then there were a few after he was incarcerated. Those |
| 14:03:50 | 15 | are the critical ones, I thought. |
| 14:03:54 | 16 | And then there was also the issue which was, |
| 14:04:02 | 17 | I guess, also in dispute as to whether or not the -- the |
| 14:04:10 | 18 | City revealed the rape book itself. |
| 14:04:15 | 19 | Is that still an issue? |
| 14:04:18 | 20 | MR. BOON: Your Honor, that is an issue. |
| 14:04:20 | 21 | However, there was a minute order by the Court |
| 14:04:22 | 22 | previously in this case where the rape book in its |
| 14:04:26 | 23 | entire form is not Brady, but the individualized rape -- |
| 14:04:33 | 24 | THE COURT: I see. That does refresh my |
| 14:04:35 | 25 | memory. So the fact that -- that there was some |

14:04:36  1   argument early in the litigation regarding the fact that

14:04:41  2   the officers had not made defense counsel aware of the

14:04:48  3   rape book.  But that is not an issue for the jury.  It's

14:04:53  4   just what was in the rape book.

14:04:59  5             And, I mean, I suppose at trial the City

14:05:07  6   could argue that if the jury finds that the officers

14:05:16  7   told the counsel or counsel knew about the rape book

14:05:21  8   that counsel could have inquired and that it wasn't

14:05:29  9   necessarily Brady, because he knew about the rape book

14:05:34  10  and didn't make further inquiry.  I don't know if that's

14:05:38  11  going to be an argument.  But nothing I said in the

14:05:41  12  qualified immunity context would -- would be a bar to

14:05:52  13  what I've just said.

14:05:54  14            What does the City -- how does the city

14:05:58  15  think the case will proceed?

14:06:01  16            MR. SIMPSON:  Well, given your rulings in

14:06:03  17  the case, Your Honor, I think you've pretty much hit it

14:06:06  18  on the head.

14:06:07  19            What I was thinking was that the jury would

14:06:09  20  be provided with the rape book, as the Court deems fit,

14:06:16  21  after meet and conferring with counsel so they can

14:06:19  22  determine what was provided to the prosecutor for

14:06:21  23  determination of whether anything was withheld or

14:06:26  24  suppressed.  And then they could look at court

14:06:28  25  transcripts to determine the course of the trial to

| | | |
|---|---|---|
| 14:06:32 | 1 | determine whether the suppression of that material was |
| 14:06:35 | 2 | material to the outcome of the case. |
| 14:06:38 | 3 | THE COURT:  I agree.  But the question of |
| 14:06:41 | 4 | how to present the transcripts to the trial is something |
| 14:06:48 | 5 | that ought to be worked out between counsel if you can, |
| 14:06:53 | 6 | because obviously I can't give the jury -- it probably |
| 14:06:59 | 7 | was a fairly lengthy trial, wasn't it?  How long the |
| | 8 | trial lasted? |
| 14:07:05 | 9 | MR. SIMPSON:  Your Honor, I can't recall off |
| 14:07:06 | 10 | the top of my head.  But yes, I mean obviously there's |
| 14:07:09 | 11 | three separate sexual assaults that were discussed. |
| 14:07:11 | 12 | And so there was some -- |
| 14:07:11 | 13 | THE COURT:  How many pages are there in the |
| 14:07:14 | 14 | transcripts? |
| 14:07:16 | 15 | MR. SIMPSON:  Boy, I would have to -- I |
| 14:07:18 | 16 | don't want to say without checking, Your Honor.  I can't |
| 14:07:20 | 17 | tell you how many. |
| 14:07:21 | 18 | THE COURT:  Well, I mean do you know how |
| 14:07:22 | 19 | many days of trial? |
| 14:07:24 | 20 | MR. SIMPSON:  Not without looking at my |
| 14:07:25 | 21 | files. |
| 14:07:26 | 22 | THE COURT:  I see. |
| 14:07:27 | 23 | MR. BOON:  And, Your Honor, in an effort to |
| 14:07:29 | 24 | answer the Court's question, we certainly will meet and |
| 14:07:33 | 25 | confer with opposing counsel in an effort to stipulate |

| | | |
|---|---|---|
| 14:07:36 | 1 | to certain materials that we can stipulate to.  However, |
| 14:07:39 | 2 | those that we are unable to stipulate to we believe that |
| 14:07:42 | 3 | can be brought into evidence and before the jury through |
| 14:07:46 | 4 | our two experts through the handling district attorney. |
| 14:07:51 | 5 | THE COURT:  What experts are you thinking |
| 14:07:53 | 6 | about?  I don't at this moment see a need for experts. |
| 14:07:56 | 7 | What experts would you be thinking of? |
| 14:08:00 | 8 | MR. BOON:  One of the experts, Your Honor, |
| 14:08:01 | 9 | was before the Court on summary judgment, and he is a |
| 14:08:05 | 10 | very experienced very seasoned criminal defense |
| 14:08:09 | 11 | attorney.  And he is going to speak to the materiality |
| 14:08:12 | 12 | of the 11 sexual assaults that are at issue and |
| 14:08:16 | 13 | potentially Brady material. |
| 14:08:18 | 14 | THE COURT:  But why would that be |
| 14:08:24 | 15 | appropriate?  I mean isn't that the -- for the jury to |
| 14:08:29 | 16 | determine?  Why should that be the subject of one |
| 14:08:34 | 17 | defense lawyer's opinion? |
| 14:08:39 | 18 | MR. BOON:  Because, Your Honor, we just feel |
| 14:08:41 | 19 | that the materiality aspect, which again is the first |
| 14:08:44 | 20 | prong of getting to a Brady violation, is a difficult |
| 14:08:47 | 21 | one to comprehend in concept. |
| 14:08:50 | 22 | THE COURT:  I don't think it's that |
| 14:08:53 | 23 | difficult, conceptually or otherwise.  The jury will be |
| 14:08:57 | 24 | instructed on what materiality means. |
| 14:08:59 | 25 | This is not a case where there is any |

| | | |
|---|---|---|
| 14:09:05 | 1 | scientific or out of the ordinary concept.  This is |
| 14:09:10 | 2 | something very well within the realm of a jury.  I mean |
| 14:09:18 | 3 | this is commonplace in today's media, television.  Half |
| 14:09:25 | 4 | the movies or more are about law situations and half of |
| 14:09:33 | 5 | the television shows are about that.  This is something |
| 14:09:37 | 6 | people know about. |
| 14:09:39 | 7 | I'm not saying they ought to be moved by |
| 14:09:43 | 8 | anything they've seen on television.  I mean, I'll |
| 14:09:45 | 9 | instruct them, if necessary, that they can't be.  It's |
| 14:09:49 | 10 | just the evidence in this case. |
| 14:09:51 | 11 | I don't see any reason for expert testimony. |
| 14:09:54 | 12 | What is the City's position? |
| 14:09:55 | 13 | MR. PLOWDEN:  As to this liability expert, I |
| 14:09:58 | 14 | think this expert proffered by plaintiffs usurps the |
| 14:10:04 | 15 | jury's role.  His Rule 26 report basically stated this |
| 14:10:07 | 16 | is material and then cited case law, in other words, |
| 14:10:09 | 17 | drawing the ultimate conclusion. |
| 14:10:11 | 18 | I think the trier of fact, after reviewing |
| 14:10:14 | 19 | the transcript and hearing from the involved counsel, |
| 14:10:16 | 20 | could make a determination. |
| 14:10:18 | 21 | THE COURT:  Well, the matter has been |
| 14:10:19 | 22 | briefed and I'll issue a ruling.  But that's my sense of |
| 14:10:25 | 23 | it now.  I'll further consider the issue and -- what |
| 14:10:34 | 24 | other expert were you thinking of? |
| 14:10:36 | 25 | MR. BOON:  Just to add to that first expert, |

| | | |
|---|---|---|
| 14:10:38 | 1 | Your Honor, he was proffered in the summary judgment |
| 14:10:39 | 2 | phase. |
| 14:10:40 | 3 | And he was -- |
| 14:10:40 | 4 | THE COURT:  I didn't rely on him in the |
| 14:10:42 | 5 | summary judgment phase. |
| 14:10:43 | 6 | MR. BOON:  I believe the Court did speak to |
| 14:10:48 | 7 | his -- to his declaration in the summary judgment. |
| 14:10:51 | 8 | THE COURT:  I may have.  But that wasn't the |
| 14:10:53 | 9 | pivotal. |
| 14:10:56 | 10 | MR. BOON:  I understand. |
| 14:10:57 | 11 | THE COURT:  What is -- who is the other |
| 14:10:59 | 12 | expert? |
| 14:11:00 | 13 | MR. BOON:  The other expert is an individual |
| 14:11:02 | 14 | who will offer expert testimony on police practices and |
| 14:11:07 | 15 | the issue of, you know, reckless disregard on behalf of |
| 14:11:12 | 16 | the individual defendants. |
| 14:11:13 | 17 | THE COURT:  That won't be allowed.  That |
| 14:11:15 | 18 | is -- that -- that -- that's usurping the jury's |
| 14:11:22 | 19 | function.  The jury has a straightforward issue to |
| 14:11:25 | 20 | decide in this case, and it ought to be no more |
| 14:11:29 | 21 | complicated than that. |
| 14:11:31 | 22 | The plaintiffs have maintained that the |
| 14:11:35 | 23 | individual officers should have under Brady revealed the |
| 14:11:43 | 24 | fact that there were other victims who said they were |
| 14:11:52 | 25 | raped by someone under similar circumstances with very |

| | | |
|---|---|---|
| 14:11:58 | 1 | similar IDs. |
| 14:11:59 | 2 | The trial was argued to the jury.  The case |
| 14:12:03 | 3 | was argued to the jury that that was important to the |
| 14:12:08 | 4 | jury, should be important to the jury in corroborating |
| 14:12:11 | 5 | the testimony of the victims.  And the jury just has to |
| 14:12:17 | 6 | decide whether a police officer under those |
| 14:12:21 | 7 | circumstances and under Brady, as I will instruct, |
| 14:12:27 | 8 | should have made that known to the defense lawyer and |
| 14:12:37 | 9 | whether there was a constitutional violation as a result |
| 14:12:42 | 10 | of not making that known. |
| 14:12:45 | 11 | So that's it.  That's the case. |
| 14:12:48 | 12 | And the trial estimate, in light of what I |
| 14:12:52 | 13 | said, is very off.  This trial should be certainly no |
| 14:13:03 | 14 | more than three days, and that's what I'm blocking it |
| 14:13:07 | 15 | off for. |
| 14:13:08 | 16 | MR. BOON:  Is that for phase one, Your |
| 14:13:10 | 17 | Honor, the -- |
| 14:13:10 | 18 | THE COURT:  Phase one.  That's right. |
| 14:13:12 | 19 | MR. BOON:  And -- |
| | 20 | THE COURT:  At the most. |
| 14:13:13 | 21 | MR. BOON:  Three days -- |
| 14:13:13 | 22 | THE COURT:  And then -- and then if the jury |
| 14:13:17 | 23 | returns a verdict, what -- then your client would |
| 14:13:24 | 24 | testify, I suppose, as to how he was emotionally and |
| 14:13:31 | 25 | physically damaged by 16 years of incarceration. |

14:13:37  1        MR. BOON:  That's correct, Your Honor.

14:13:39  2        THE COURT:  And would there -- would you be

14:13:42  3  presenting any more evidence in that regard other than

14:13:46  4  in the -- the plaintiff Vargas?

14:13:51  5        MR. BOON:  Yes, Your Honor.  We intend to

14:13:53  6  call at that stage four witness:

14:13:55  7        The plaintiff, the plaintiff's mother, the

14:13:57  8  plaintiff's wife and the plaintiff's treating physician.

14:14:02  9        I'll just --

14:14:02 10        THE COURT:  The treating physician was

14:14:04 11  treating him now since his release?

14:14:06 12        MR. SIMPSON:  Your Honor -- yes, Your Honor.

14:14:08 13  There's a therapist that Mr. Vargas is -- is -- is

14:14:12 14  meeting with as a result of some of the -- the issues

14:14:17 15  having to do with his wrongful incarceration.

14:14:24 16        THE COURT:  Well, I think those sound

14:14:27 17  reasonable to me.  All those witnesses sound like

14:14:28 18  they're appropriate, unless there's something that I

14:14:30 19  don't know of now.  But they certainly seem appropriate.

14:14:34 20        MR. BOON:  Thank you, Your Honor.

14:14:35 21        THE COURT:  And what about the City?

14:14:36 22        MR. PLOWDEN:  Sorry, Your Honor.

14:14:36 23        On the subject of experts, you inquired

14:14:38 24  earlier.  I had a meet and confer with plaintiff's

14:14:40 25  counsel prior to today, and they discussed the possible

14:14:43  1    damages expert.

14:14:47  2                  If the --

14:14:47  3                  THE COURT:  Oh, you didn't mention the

14:14:48  4    damage expert.  You mean someone to calculate one of

14:14:54  5    these life-expert-type things?

14:14:56  6                  MR. BOON:  No, Your Honor.  And Mr. Plowden

14:14:59  7    and I apologize, if that's a misunderstanding, based on

14:15:00  8    something we may have said during a phone call.

14:15:03  9                  But what was intended to be said was he will

14:15:06  10   offer an expert during the damages phase.  And that

14:15:10  11   quote-unquote expert is the treating physician.

14:15:13  12                  THE COURT:  All right.  That's understood

14:15:14  13   now.

14:15:15  14                  MR. BOON:  Can I, as one point of

14:15:18  15   clarification, Your Honor, just on the experts issue.

14:15:19  16   Can we have an opportunity to brief that issue?

14:15:22  17                  I know the Court is aware --

14:15:25  18                  THE COURT:  Which one?  On the case in

14:15:27  19   chief?  You mean the lawyer and the police tactics?

14:15:30  20                  If you want to you can.  But do it now so we

14:15:35  21   can get all the necessary motions decided well in

14:15:40  22   advance of the trial.

14:15:41  23                  What about the City, is there anything you

14:15:44  24   want to bring to my attention by way of motion or

14:15:50  25   otherwise?

| | | |
|---|---|---|
| 14:15:51 | 1 | MR. PLOWDEN:  Yes, Your Honor.  I wonder if |
| 14:15:53 | 2 | I could revisit the setting of the trial date with Your |
| 14:15:56 | 3 | Honor.  I am currently engaged with Judge Manuel Real at |
| 14:16:02 | 4 | the time that you've set me for trial in this case.  He |
| 14:16:04 | 5 | has a summary judgment motion under submission.  But as |
| 14:16:08 | 6 | it stands now, I can't be in two places at once. |
| 14:16:12 | 7 | Based on my understanding of the local |
| 14:16:14 | 8 | rules, he is a little more senior than you, and I think |
| 14:16:17 | 9 | I would be beholden to him at the time you set me for |
| 14:16:20 | 10 | trial. |
| 14:16:20 | 11 | THE COURT:  Well, that is correct.  I'm to |
| 14:16:22 | 12 | keep to keep the trial date, unless there is a |
| 14:16:26 | 13 | development which requires me to give appropriate |
| 14:16:33 | 14 | deference to Judge Real.  But the trial date will be as |
| 14:16:38 | 15 | it is. |
| 14:16:38 | 16 | All right.  That's it.  Thank you. |
| 14:16:41 | 17 | MR. BOON:  Could I ask one clarification, |
| | 18 | Your Honor. |
| | 19 | THE COURT:  Yes. |
| 14:16:43 | 20 | MR. BOON:  I very much apologize. |
| | 21 | The three-day trial estimate -- |
| | 22 | THE COURT:  Yes. |
| 14:16:47 | 23 | MR. BOON: -- is that an estimate for |
| 14:16:48 | 24 | plaintiff's case in chief, the trial in total -- |
| 14:16:50 | 25 | THE COURT:  Well, I'm thinking that the |

Exhibit 1 to Defendants' Opposition to Plaintiff's Motion to Permit
Expert Testimony and Opinion - Page 31

| | | |
|---|---|---|
| 14:16:53 | 1 | liability phase should be two or three days and the |
| 14:16:56 | 2 | damage phase should be a couple of more days.  That's |
| 14:17:01 | 3 | it. |
| 14:17:01 | 4 | MR. BOON:  Two or three days is total. |
| 14:17:03 | 5 | THE COURT:  I mean for the liability.  And |
| 14:17:04 | 6 | then there would be a day or two more for damages. |
| 14:17:12 | 7 | MR. SIMPSON:  And, Your Honor, since this |
| 14:17:13 | 8 | proceeding is trifurcated, are you anticipating two or |
| 14:17:17 | 9 | three days for phase one?  Two or three days for phase |
| 14:17:23 | 10 | two, the Monell claim? |
| 14:17:24 | 11 | THE COURT:  Well, the Monell claim, I'm glad |
| 14:17:32 | 12 | you brought that up.  What is the evidence on the Monell |
| 14:17:35 | 13 | claim. |
| 14:17:36 | 14 | MR. BOON:  It's largely duplicative, Your |
| 14:17:40 | 15 | Honor, but there's also persons most knowledgeable. |
| 14:17:41 | 16 | And, to be honest, there's also a fair amount of |
| 14:17:43 | 17 | outstanding discovery on the Monell issues, which |
| 14:17:46 | 18 | defendants have taken a stance is not yet at issue in |
| 14:17:49 | 19 | this case. |
| 14:17:49 | 20 | THE COURT:  Well, my understanding is |
| 14:18:01 | 21 | that -- well, I have to refresh my memory on whether |
| 14:18:05 | 22 | under these circumstances Monell is a jury question or a |
| 14:18:09 | 23 | Court question. |
| 14:18:10 | 24 | What is the city's position? |
| 14:18:13 | 25 | MR. PLOWDEN:  I'm afraid I think it's a jury |

| | | |
|---|---|---|
| 14:18:15 | 1 | question. |
| 14:18:17 | 2 | THE COURT: So if it's a jury question then |
| 14:18:24 | 3 | what is at this point the plaintiff's evidence of a |
| 14:18:30 | 4 | pattern or practice? |
| 14:18:34 | 5 | MR. SIMPSON: Your Honor, as Mr. Boon was |
| 14:18:37 | 6 | mentioning, we have -- we anticipated calling a person |
| 14:18:41 | 7 | most knowledgeable with regards to the Los Angeles |
| 14:18:43 | 8 | Police Department as well as I know an expert is |
| 14:18:47 | 9 | something that we're going to be visiting with regards |
| 14:18:49 | 10 | to phase one. But an expert with regards to training, |
| 14:18:56 | 11 | supervision, policies and procedures. |
| 14:18:59 | 12 | THE COURT: Well, I'm sure the -- I mean, I |
| 14:19:02 | 13 | shouldn't say I'm sure. But doesn't the City -- have |
| 14:19:08 | 14 | the police department have some policy regarding a |
| 14:19:12 | 15 | police officer's responsibility under Brady, I mean |
| 14:19:16 | 16 | written policies? |
| 14:19:18 | 17 | MR. PLOWDEN: Yes, Your Honor. There is a |
| 14:19:20 | 18 | person most knowledgeable that gave a deposition I |
| 14:19:23 | 19 | believe in this case, and certainly is available to give |
| 14:19:28 | 20 | further testimony as needed. |
| 14:19:32 | 21 | But it's my understanding that the Monell |
| 14:19:34 | 22 | claim is actually a failure-to-train claim where the |
| | 23 | representation is that the city is deliberately |
| 14:19:41 | 24 | indifferent to the training on Brady to its officers at |
| 14:19:44 | 25 | the time in question. |

14:19:45  1              We provided materials to --

14:19:45  2              THE COURT:  But the way you described it

14:19:49  3     would that be a Monell claim?  In other words, the fact

14:19:55  4     if the City had been deficient for some reason with

14:20:03  5     regard to these two officers but it had an otherwise

14:20:10  6     distinct policy, an appropriate policy of instructing

14:20:16  7     police officers what their Monell -- what their Brady

14:20:22  8     responsibilities were, it seems to me that when you get

14:20:25  9     to Monell, it's the -- it's the practice and policy, not

14:20:33  10    necessarily what an individual did or didn't do.

14:20:37  11             MR. PLOWDEN:  It's my understanding that

14:20:39  12    plaintiff's Monell theory is actually a Campton claim

14:20:42  13    that the City failed to train its detectives on their

14:20:46  14    Brady obligations.

14:20:49  15             THE COURT:  Well, not withstanding a written

14:20:51  16    policy, there was some deficiency in training, is that

14:20:55  17    it?

14:20:57  18             MR. SIMPSON:  That's correct, Your Honor.

14:20:58  19    And to supervise.

14:21:01  20             THE COURT:  Well, how will you be supporting

14:21:03  21    that with evidence?

14:21:06  22             MR. BOON:  In particular, Your Honor, the

14:21:07  23    person most knowledgeable, who has given a deposition in

14:21:10  24    this case, will be a witness.

14:21:12  25             THE COURT:  Who is that person?

| | | |
|---|---|---|
| 14:21:13 | 1 | MR. BOON:  Detective Dan Jenks. |
| 14:21:18 | 2 | THE COURT:  And what is his rank? |
| 14:21:20 | 3 | MR. BOON:  I would defer to counsel.  I'm |
| 14:21:22 | 4 | not a hundred percent sure, off the top of my head -- |
| | 5 | THE COURT:  But a detective -- |
| 14:21:24 | 6 | MR. BOON:  -- but I'm sure came up in the |
| 14:21:26 | 7 | deposition. |
| 14:21:27 | 8 | THE COURT:  But a detective doesn't sound |
| 14:21:28 | 9 | like a -- person with Monell-type authority, a policy |
| | 10 | maker. |
| 14:21:37 | 11 | MR. SIMPSON:  Your Honor, he -- if my memory |
| 14:21:39 | 12 | serves correctly, Mr. Jenks was proffered as the person |
| 14:21:43 | 13 | most knowledgeable about how the Brady training occurred |
| 14:21:47 | 14 | in the Los Angeles Police Department -- |
| 14:21:48 | 15 | THE COURT:  I see.  I see.  So you're saying |
| 14:21:51 | 16 | that the City itself offered him as the person who was |
| 14:21:58 | 17 | most knowledgeable about how officers were trained? |
| 14:22:03 | 18 | MR. BOON:  Yes, Your Honor. |
| 14:22:04 | 19 | THE COURT:  Well, what did he say that you |
| 14:22:06 | 20 | think supports your Campton failure to train theory? |
| 14:22:10 | 21 | MR. BOON:  In part, Your Honor, in his |
| 14:22:13 | 22 | capacity as 30(b)(6) designee, he did testify that there |
| 14:22:17 | 23 | was no Brady training within the department before I |
| 14:22:20 | 24 | believe 2001, is what he said in his deposition.  He |
| 14:22:22 | 25 | thought Brady was a 2001 case and was somewhat adamant |

14:22:27   1   about that point during his deposition.

14:22:29   2                  So we think this goes back to Your Honor's

14:22:30   3   kind of inconsistent -- inconsistent approaches, if you

14:22:35   4   will, by the defendants between what may be written in

14:22:39   5   the manual and policies versus what's actually --

          6                  THE COURT:  Well --

14:22:42   7                  MR. BOON:  -- policy and practice.

14:22:42   8                  THE COURT:  -- aside from this detective

14:22:45   9   misunderstanding or misstating when Brady was decided --

14:22:50  10   of course it was decided much before 2001 -- what did he

14:22:57  11   say specifically about how Los Angeles police officers

14:23:09  12   were trained regarding their Brady violations?

14:23:11  13                  MR. BOON:  Honestly, Your Honor, it's my

14:23:13  14   recollection he didn't provide a ton of elaboration with

14:23:16  15   respect to how the train was conducted.  He referred

14:23:19  16   oftentimes to the written manuals.

14:23:21  17                  THE COURT:  What is the city's position

14:23:22  18   going to be on the Brady -- on the Monell issue?

14:23:26  19                  MR. PLOWDEN:  Well, that the detectives

14:23:28  20   themselves would indicate that they're trained as part

14:23:30  21   of their detective school.  They are told about their

14:23:33  22   Brady obligations, about exculpatory material, their

14:23:37  23   obligation to provide that to the D.A., and that there

14:23:40  24   are certain manual provisions within the department as

14:23:42  25   well as training bulletins, which have been provided to

| | | |
|---|---|---|
| 14:23:46 | 1 | plaintiff, regarding their discovery obligations to |
| 14:23:49 | 2 | provide to the D.A. exculpatory or exonerating or |
| 14:23:54 | 3 | impeaching evidence. |
| 14:23:55 | 4 | And I would just indicate again, Detective |
| 14:24:00 | 5 | Jenks, who's a detective supervisor, a Detective III, I |
| 14:24:05 | 6 | believe, he is out of the country June 9th through |
| 14:24:08 | 7 | July 7th. So if we set the trial on the question, he |
| 14:24:11 | 8 | would be unavailable to both sides. |
| 14:24:13 | 9 | THE COURT: Why? Is he out of the country? |
| 14:24:15 | 10 | Vacation? |
| 14:24:15 | 11 | MR. PLOWDEN: Vacation. Yes, Your Honor. |
| 14:24:19 | 12 | MR. BOON: I'm trying to recall if we had a |
| 14:24:21 | 13 | videotape recording of the his deposition. |
| 14:24:24 | 14 | THE COURT: Well, I would think that the |
| 14:24:26 | 15 | City might make a summary judgment motion on Monell to |
| 14:24:32 | 16 | test the waters. Is that something you're thinking of, |
| 14:24:35 | 17 | or do you think there isn't the basis for it? |
| 14:24:38 | 18 | MR. SIMPSON: I could. We're trying to nail |
| 14:24:42 | 19 | down exactly what we're deficient in. |
| 14:24:44 | 20 | THE COURT: Well, if you don't think you're |
| 14:24:47 | 21 | deficient, that would be the basis for making the |
| 14:24:50 | 22 | motion. If you felt you were deficient, I wouldn't |
| 14:24:56 | 23 | encourage the motion at this point. |
| 14:24:58 | 24 | I don't know. I'm just trying to assess |
| 14:25:00 | 25 | what I'm hearing from both sides. And obviously I can't |

| 14:25:03 | 1 | make a decision on the fly, but it would be better if it |
| 14:25:08 | 2 | were laid out in a motion that I could better digest. |
| 14:25:13 | 3 | MR. PLOWDEN:  I'm happy to tee that up for |
| 14:25:16 | 4 | Your Honor.  It could be very simple. |
| 14:25:18 | 5 | THE COURT:  Well, then why don't you do it |
| 14:25:19 | 6 | within a couple of weeks. |
| 14:25:20 | 7 | MR. PLOWDEN:  Unfortunately, I'm on vacation |
| 14:25:23 | 8 | as of 3 o'clock this afternoon. |
|  | 9 | THE COURT:  Oh. |
| 14:25:25 | 10 | MR. PLOWDEN:  If the Court could just give |
| 14:25:27 | 11 | me little time more time -- |
| 14:25:29 | 12 | THE COURT:  All right.  Then -- |
|  | 13 | MR. PLOWDEN:  -- substituted in two weeks |
|  | 14 | ago on this file. |
| 14:25:29 | 15 | THE COURT:  So let's see.  Today is -- I'll |
| 14:25:33 | 16 | give you until May 15th. |
| 14:25:35 | 17 | MR. PLOWDEN:  Yes, Your Honor. |
| 14:25:35 | 18 | MR. BOON:  If I could, Your Honor, just to |
| 14:25:38 | 19 | bring up one earlier point that there is some |
| 14:25:40 | 20 | outstanding discovery in the Monell issues. |
| 14:25:43 | 21 | Defendants have taken the position since Day |
| 14:25:45 | 22 | One of this case that Brady is at issue and that Monell |
| 14:25:51 | 23 | will be stayed and those issues -- |
| 14:25:52 | 24 | THE COURT:  Well, I mean, that should have |
| 14:25:52 | 25 | been brought to the Court's attention before this.  I |

| 14:25:55 | 1 | don't think in any order I said discovery was stayed, |
| 14:25:59 | 2 | did I? |
| 14:26:00 | 3 | MR. BOON:  No, you did not, Your Honor. |
| 14:26:01 | 4 | THE COURT:  So it was your obligation to |
| 14:26:03 | 5 | pursue it.  But you do have a right to discovery.  And |
| 14:26:07 | 6 | if is there is outstanding discovery the City should |
| 14:26:12 | 7 | respond forthwith. |
| 14:26:13 | 8 | MR. BOON:  Thank you, Your Honor. |
| 14:26:14 | 9 | MR. PLOWDEN:  Thank you, Your Honor. |
| 14:26:15 | 10 | THE COURT:  All right.  That's it. |
| 14:26:31 | 11 | THE CLERK:  All rise.  This Honorable Court |
| 14:26:33 | 12 | stands adjourned. |
|  | 13 | (PROCEEDINGS CONCLUDED.) |
|  | 14 | |
|  | 15 | |
|  | 16 | |
|  | 17 | |
|  | 18 | |
|  | 19 | |
|  | 20 | |
|  | 21 | |
|  | 22 | |
|  | 23 | |
|  | 24 | |
|  | 25 | |

```
 1

 2

 3

 4                    CERTIFICATE OF REPORTER

 5

 6   COUNTY OF LOS ANGELES      )

 7                              )  SS.

 8   STATE OF CALIFORNIA        )

 9

10   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR

11   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

12   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

13   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE

14   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

15   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

16   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE

17   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE

18   JUDICIAL CONFERENCE OF THE UNITED STATES.

19

20

21   DATE:  MAY 14, 2019

22   /S/_____

23   SHERI S. KLEEGER, CSR

24   FEDERAL OFFICIAL COURT REPORTER

25
```



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| / | A | | | | |
|---|---|---|---|---|---|
| /S [1] - 28:22 | A.M [2] - 1:16, 3:2 | arise [1] - 8:7 | 23:3, 23:6, 23:18, 23:21, 24:7, 24:13, 25:12, 26:18, 27:3, 27:8 | 28:4 | |

## Column 1 — /

**/S** [1] - 28:22

### 1

**10340** [1] - 1:21
**11** [2] - 7:4, 13:12
**14** [1] - 28:21
**15** [3] - 1:15, 3:1, 3:22
**15th** [1] - 26:16
**16** [1] - 16:25

### 2

**2001** [3] - 23:24, 23:25, 24:10
**2019** [3] - 1:15, 3:1, 28:21
**213)894-6604** [1] - 1:23
**25** [1] - 4:1
**25th** [1] - 4:9
**26** [1] - 14:15
**28** [1] - 28:13

### 3

**3** [1] - 26:8
**30(b)(6** [1] - 23:22
**312** [1] - 1:22

### 4

**4** [1] - 3:6
**402** [1] - 1:22

### 5

**5-4** [1] - 9:25
**5-6** [1] - 9:25

### 7

**7** [1] - 9:25
**753** [1] - 28:13
**7th** [1] - 25:7

### 9

**90012** [1] - 1:22
**9th** [1] - 25:6

## Column 2 — A

**A.M** [2] - 1:16, 3:2
**ABOVE** [1] - 28:16
**ABOVE-ENTITLED** [1] - 28:16
**active** [1] - 3:25
**adamant** [1] - 23:25
**add** [1] - 14:25
**addressed** [2] - 6:5, 7:16
**adjourned** [1] - 27:12
**advance** [1] - 18:22
**afraid** [1] - 20:25
**afternoon** [5] - 3:9, 3:11, 3:13, 3:16, 26:8
**agent** [1] - 8:17
**ago** [1] - 26:14
**agree** [1] - 12:3
**al** [2] - 1:10, 3:7
**Alex** [1] - 3:14
**ALEX** [1] - 2:5
**allowed** [1] - 15:17
**almost** [1] - 9:10
**AMERICA** [1] - 1:1
**amount** [1] - 20:16
**AND** [3] - 28:10, 28:14, 28:16
**Angeles** [4] - 3:7, 21:7, 23:14, 24:11
**ANGELES** [5] - 1:9, 1:16, 1:22, 3:1, 28:6
**answer** [1] - 12:24
**anticipate** [3] - 5:11, 5:12, 5:14
**anticipated** [1] - 21:6
**anticipating** [1] - 20:8
**apologize** [2] - 18:7, 19:20
**appeal** [1] - 3:24
**APPEARANCES** [1] - 2:2
**appearances** [1] - 3:8
**appeared** [1] - 10:13
**approaches** [1] - 24:3
**appropriate** [5] - 13:15, 17:18, 17:19, 19:13, 22:6
**APRIL** [2] - 1:15, 3:1
**argue** [1] - 11:6
**argued** [5] - 9:15, 9:21, 10:9, 16:2, 16:3
**argument** [2] - 11:1, 11:11
**arguments** [1] - 9:13

**arise** [1] - 8:7
**aside** [1] - 24:8
**aspect** [3] - 4:11, 5:7, 13:19
**assaults** [2] - 7:4, 12:11, 13:12
**assess** [2] - 9:1, 25:24
**assessment** [1] - 10:6
**attention** [2] - 18:24, 26:25
**ATTORNEY** [1] - 2:7
**attorney** [2] - 8:18, 13:4, 13:11
**authority** [1] - 23:9
**available** [1] - 21:19
**aware** [3] - 10:3, 11:2, 18:17

### B

**bar** [1] - 11:12
**based** [3] - 8:1, 18:7, 19:7
**basis** [3] - 4:21, 25:17, 25:21
**become** [2] - 6:13, 6:20
**BEHALF** [2] - 2:3, 2:6
**behalf** [3] - 3:14, 3:18, 15:15
**beholden** [1] - 19:9
**Benner** [2] - 3:12, 5:4
**BENNER** [2] - 2:4, 3:11
**better** [2] - 26:1, 26:2
**between** [3] - 9:25, 12:5, 24:4
**blocking** [1] - 16:14
**book** [10] - 6:4, 8:11, 10:10, 10:18, 10:22, 11:3, 11:4, 11:7, 11:9, 11:20
**Boon** [4] - 3:10, 5:1, 5:2, 21:5
**BOON** [44] - 2:4, 3:9, 4:25, 5:3, 5:12, 6:10, 6:18, 7:2, 7:9, 7:24, 8:19, 10:20, 12:23, 13:8, 13:18, 14:25, 15:6, 15:10, 15:13, 16:16, 16:19, 16:21, 17:1, 17:5, 17:20, 18:6, 18:14, 19:17, 19:20, 19:23, 20:4, 20:14, 22:22, 23:1,

23:3, 23:6, 23:18, 23:21, 24:7, 24:13, 25:12, 26:18, 27:3, 27:8
**boy** [1] - 12:15
**Brady** [23] - 7:2, 7:7, 7:10, 7:11, 7:16, 10:23, 11:9, 13:13, 13:20, 15:23, 16:7, 21:15, 21:24, 22:7, 22:14, 23:13, 23:23, 23:25, 24:9, 24:12, 24:18, 24:22, 26:22
**BRETT** [1] - 2:4
**Brett** [3] - 3:10, 4:25, 5:2
**brief** [1] - 18:16
**briefed** [1] - 14:22
**briefing** [1] - 6:12
**bring** [2] - 18:24, 26:19
**brought** [3] - 13:3, 20:12, 26:25
**build** [1] - 10:1
**bulletins** [1] - 24:25
**bus** [1] - 9:20
**buttressed** [1] - 9:16

### C

**calculate** [1] - 18:4
**calendar** [1] - 3:25
**CALIFORNIA** [6] - 1:2, 1:16, 1:22, 3:1, 28:8, 28:12
**Campton** [2] - 22:12, 23:20
**capacity** [1] - 23:22
**case** [37] - 3:20, 3:25, 4:4, 4:12, 4:18, 4:23, 4:24, 5:6, 6:1, 6:13, 6:17, 6:20, 6:23, 6:25, 8:17, 8:20, 9:12, 10:5, 10:8, 10:22, 11:15, 11:17, 12:2, 13:25, 14:10, 14:16, 15:20, 16:2, 16:11, 18:18, 19:4, 19:24, 20:19, 21:19, 22:24, 23:25, 26:22
**cases** [1] - 8:5
**CENTRAL** [2] - 1:2, 28:11
**certain** [2] - 13:1, 24:24
**certainly** [5] - 7:17, 12:24, 16:13, 17:19, 21:19
**CERTIFICATE** [1] -

28:4
**CERTIFIED** [1] - 1:7
**CERTIFY** [1] - 28:12
**checking** [1] - 12:16
**chief** [2] - 18:19, 19:24
**chose** [1] - 9:19
**Circuit** [1] - 3:23
**circumstances** [3] - 15:25, 16:7, 20:22
**cited** [1] - 14:16
**city** [2] - 11:14, 21:13
**City** [16] - 3:7, 4:11, 9:15, 9:22, 10:2, 10:18, 11:5, 11:14, 17:21, 18:23, 21:13, 22:4, 22:13, 23:16, 25:15, 27:6
**CITY** [2] - 1:9, 2:7
**city's** [2] - 20:24, 24:17
**City's** [1] - 14:12
**claim** [7] - 20:10, 20:11, 20:13, 21:22, 22:3, 22:12
**clarification** [2] - 18:15, 19:17
**CLERK** [3] - 3:6, 4:6, 27:11
**client** [1] - 16:23
**CODE** [1] - 28:13
**commonplace** [1] - 14:3
**complicated** [1] - 15:21
**comprehend** [1] - 13:21
**concept** [2] - 13:21, 14:1
**conceptually** [1] - 13:23
**CONCLUDED** [1] - 27:13
**conclusion** [1] - 14:17
**conducted** [1] - 24:15
**confer** [2] - 12:25, 17:24
**CONFERENCE** [1] - 28:18
**conference** [1] - 3:19
**conferring** [1] - 11:21
**CONFORMANCE** [1] - 28:17
**consider** [2] - 4:20, 14:23
**constitutional** [1] - 16:9

contains [1] - 10:10
context [1] - 11:12
continued [2] - 8:16, 8:20
COPY [1] - 1:7
CORRECT [1] - 28:14
correct [5] - 5:9, 8:19, 17:1, 19:11, 22:18
correctly [1] - 23:12
corroborating [1] - 16:4
counsel [10] - 11:2, 11:7, 11:8, 11:21, 12:5, 12:25, 14:19, 17:25, 23:3
Counsel [1] - 3:8
COUNSEL [1] - 2:2
country [2] - 25:6, 25:9
COUNTY [1] - 28:6
couple [2] - 20:2, 26:6
course [3] - 5:6, 11:25, 24:10
court [1] - 11:24
COURT [73] - 1:1, 1:21, 3:19, 4:7, 5:2, 5:5, 5:14, 5:20, 5:23, 5:25, 6:16, 6:22, 7:6, 7:13, 8:3, 8:21, 10:24, 12:3, 12:13, 12:18, 12:22, 13:5, 13:14, 13:22, 14:21, 15:4, 15:8, 15:11, 15:17, 16:18, 16:20, 16:22, 17:2, 17:10, 17:16, 17:21, 18:3, 18:12, 18:18, 19:11, 19:19, 19:22, 19:25, 20:5, 20:11, 20:20, 21:2, 21:12, 22:2, 22:15, 22:20, 22:25, 23:2, 23:5, 23:8, 23:15, 23:19, 24:6, 24:8, 24:17, 25:9, 25:14, 25:20, 26:5, 26:9, 26:12, 26:15, 26:24, 27:4, 27:10, 28:10, 28:11, 28:24
Court [14] - 3:22, 4:2, 7:4, 8:2, 9:6, 10:21, 11:20, 13:9, 15:6, 18:17, 20:23, 26:10, 27:11
Court's [6] - 3:20, 3:25, 5:18, 7:25, 12:24, 26:25
CRAIG [1] - 2:4

Craig [1] - 3:12
criminal [1] - 13:10
critical [1] - 10:15
cross [1] - 8:11
cross-examine [1] - 8:11
CSR [2] - 1:21, 28:23
CV [1] - 1:8
CV-16-8684-SVW [1] - 3:6

**D**

D.A [2] - 24:23, 25:2
damage [4] - 4:11, 4:18, 18:4, 20:2
damaged [1] - 16:25
damages [3] - 18:1, 18:10, 20:6
Dan [1] - 23:1
DATE [1] - 28:21
date [4] - 4:1, 19:2, 19:12, 19:14
days [8] - 12:19, 16:14, 16:21, 20:1, 20:2, 20:4, 20:9
dealing [1] - 8:4
dealt [1] - 5:5
decide [4] - 4:15, 15:20, 16:6
decided [3] - 18:21, 24:9, 24:10
decides [1] - 4:16
decision [1] - 26:1
declaration [1] - 15:7
deemed [1] - 7:5
deems [1] - 11:20
defendant [5] - 5:14, 8:14, 8:20, 8:25, 9:17
DEFENDANT [1] - 2:6
defendant's [3] - 3:21, 3:23, 5:9
DEFENDANTS [1] - 1:11
defendants [7] - 3:18, 4:10, 8:16, 15:16, 20:18, 24:4, 26:21
defense [5] - 5:22, 11:2, 13:10, 13:17, 16:8
defer [1] - 23:3
deference [1] - 19:14
deficiency [1] - 22:16
deficient [4] - 22:4, 25:19, 25:21, 25:22
deliberately [1] -

21:23
denial [1] - 3:20
Department [2] - 21:8, 23:14
department [3] - 21:14, 23:23, 24:24
deposition [6] - 21:18, 22:23, 23:7, 23:24, 24:1, 25:13
DEPUTY [1] - 2:7
described [1] - 22:2
designee [1] - 23:22
Detective [2] - 25:4, 25:5
detective [6] - 23:1, 23:5, 23:8, 24:8, 24:21, 25:5
detectives [2] - 22:13, 24:19
determination [1] - 11:23, 14:20
determine [5] - 7:20, 11:22, 11:25, 12:1, 13:16
development [1] - 19:13
difficult [2] - 13:20, 13:23
digest [1] - 26:2
directive [1] - 7:25
discovery [6] - 20:17, 25:1, 26:20, 27:1, 27:5, 27:6
discussed [2] - 12:11, 17:25
dismiss [1] - 3:24
dispute [4] - 5:13, 6:21, 8:2, 10:17
disregard [1] - 15:15
distinct [1] - 22:6
DISTRICT [5] - 1:1, 1:2, 1:4, 28:11, 28:12
district [2] - 8:17, 13:4
DIVISION [1] - 1:2
DO [1] - 28:12
down [1] - 25:19
drawing [1] - 14:17
duplicative [1] - 20:14
during [4] - 8:22, 18:8, 18:10, 24:1

**E**

early [2] - 9:20, 11:1
easier [1] - 10:11
effort [3] - 7:24, 12:23, 12:25

elaboration [1] - 24:14
emotionally [1] - 16:24
encourage [1] - 25:23
end [1] - 4:20
engaged [1] - 19:3
entire [1] - 10:23
ENTITLED [1] - 28:16
ESQUIRE [3] - 2:4, 2:4, 2:5
estimate [3] - 16:12, 19:21, 19:23
et [2] - 1:9, 3:7
evaluate [1] - 4:19
evidence [12] - 4:19, 6:2, 8:13, 8:25, 9:9, 13:3, 14:10, 17:3, 20:12, 21:3, 22:21, 25:3
exactly [1] - 25:19
examine [1] - 8:11
exclusively [1] - 9:10
exculpatory [1] - 24:22, 25:2
exonerating [1] - 25:2
experienced [1] - 13:10
expert [15] - 14:11, 14:13, 14:14, 14:24, 14:25, 15:12, 15:13, 15:14, 18:1, 18:4, 18:5, 18:10, 18:11, 21:8, 21:10
experts [7] - 13:4, 13:5, 13:6, 13:7, 13:8, 17:23, 18:15
extremely [1] - 6:14
eye [1] - 9:21
eyewitness [2] - 9:10, 9:15

**F**

fact [8] - 5:17, 6:11, 8:5, 10:25, 11:1, 14:18, 15:24, 22:3
failed [1] - 22:13
failure [2] - 21:22, 23:20
failure-to-train [1] - 21:22
fair [1] - 20:16
fairly [1] - 12:7
familiar [1] - 5:6
far [1] - 7:9

feature [1] - 9:24
features [1] - 9:17
FEDERAL [2] - 1:21, 28:24
felt [1] - 25:22
few [2] - 7:2, 10:14
file [1] - 26:14
filed [2] - 6:12, 6:19
files [1] - 12:21
first [3] - 7:12, 13:19, 14:25
fit [1] - 11:20
fly [1] - 26:1
follow [1] - 4:12
following [3] - 3:20, 6:11
FOR [2] - 28:10, 28:11
FOREGOING [1] - 28:14
form [1] - 10:23
FORMAT [1] - 28:17
forthwith [1] - 27:7
forward [2] - 6:13, 6:21
foundation [1] - 8:22
four [1] - 17:6
fully [1] - 7:24
function [1] - 15:19

**G**

GEOFFREY [1] - 2:7
Geoffrey [1] - 3:17
given [2] - 11:16, 22:23
glad [1] - 20:11
government [2] - 9:7, 9:14
granted [1] - 3:23
guess [2] - 9:10, 10:17

**H**

half [2] - 14:3, 14:4
handling [3] - 4:23, 4:24, 13:4
happy [1] - 26:3
head [3] - 11:18, 12:10, 23:4
heard [1] - 9:21
hearing [2] - 14:19, 25:25
HELD [1] - 28:15
HEREBY [1] - 28:12
Hispanic [1] - 9:24
hit [1] - 11:17

honest [1] - 20:16
honestly [1] - 24:13
Honor [45] - 3:9, 3:11, 3:13, 3:16, 4:25, 5:17, 6:10, 8:19, 10:20, 11:17, 12:9, 12:16, 12:23, 13:8, 13:18, 15:1, 16:17, 17:1, 17:5, 17:12, 17:20, 17:22, 18:6, 18:15, 19:1, 19:3, 19:18, 20:7, 20:15, 21:5, 21:17, 22:18, 22:22, 23:11, 23:18, 23:21, 24:13, 25:11, 26:4, 26:17, 26:18, 27:3, 27:8, 27:9
Honor's [1] - 24:2
HONORABLE [1] - 1:4
Honorable [1] - 27:11
hundred [1] - 23:4

**I**

identification [2] - 9:11, 9:16
identified [1] - 9:24
identify [1] - 10:4
IDs [1] - 16:1
Ill [1] - 25:5
illuminate [1] - 7:18
immediately [1] - 4:13
immunity [10] - 3:21, 6:5, 6:25, 7:15, 7:19, 8:1, 8:3, 8:5, 8:7, 11:12
impeaching [1] - 25:3
important [3] - 6:1, 16:3, 16:4
IN [3] - 28:10, 28:15, 28:17
incarcerated [3] - 10:12, 10:13, 10:14
incarceration [2] - 16:25, 17:15
inconsistent [2] - 24:3
indicate [2] - 24:20, 25:4
indicated [1] - 4:8
indifferent [1] - 21:24
individual [7] - 4:10, 6:4, 8:16, 15:13, 15:16, 15:23, 22:10

individualized [1] - 10:23
information [2] - 7:11, 7:21
informed [1] - 3:22
initial [1] - 4:14
innocence [3] - 5:9, 5:10, 5:19
innocent [1] - 5:16
inquired [1] - 11:8, 17:23
inquiry [1] - 11:10
instruct [2] - 14:9, 16:7
instructed [1] - 13:24
instructing [1] - 22:6
intend [3] - 7:18, 8:15, 17:5
intended [2] - 7:17, 18:9
interlocutory [1] - 3:24
introduce [1] - 8:15
involved [1] - 14:19
IS [2] - 28:14, 28:17
issue [18] - 5:8, 5:11, 7:1, 8:1, 10:16, 10:19, 10:20, 11:3, 13:12, 14:22, 14:23, 15:15, 15:19, 18:15, 18:16, 20:18, 24:18, 26:22
issues [5] - 7:16, 17:14, 20:17, 26:20, 26:23
item [1] - 3:6
items [1] - 6:18
itself [2] - 10:18, 23:16

**J**

Jenks [3] - 23:1, 23:12, 25:5
Judge [2] - 19:3, 19:14
JUDGE [1] - 1:4
judgment [9] - 6:11, 6:19, 7:3, 13:9, 15:1, 15:5, 15:7, 19:5, 25:15
JUDICIAL [1] - 28:18
judicial [1] - 9:6
July [1] - 25:7
June [3] - 4:1, 4:9, 25:6
jury [35] - 4:6, 4:7, 4:13, 4:14, 4:16, 4:17, 4:19, 7:17, 7:20, 8:4,

8:6, 8:11, 8:24, 9:3, 9:12, 9:15, 11:3, 11:6, 11:19, 12:6, 13:3, 13:15, 13:23, 14:2, 15:19, 16:2, 16:3, 16:4, 16:5, 16:22, 20:22, 20:25, 21:2
jury's [2] - 14:15, 15:18

**K**

keep [2] - 19:12
key [1] - 6:3
kind [1] - 24:3
KLEEGER [3] - 1:21, 28:10, 28:23
knowledgeable [6] - 20:15, 21:7, 21:18, 22:23, 23:13, 23:17
known [4] - 7:22, 9:3, 16:8, 16:10

**L**

laid [1] - 26:2
largely [2] - 9:10, 20:14
lasted [1] - 12:8
law [7] - 6:13, 6:16, 6:20, 6:23, 6:25, 14:4, 14:16
lawyer [2] - 16:8, 18:19
lawyer's [1] - 13:17
laying [1] - 8:21
least [1] - 6:6
lengthy [1] - 12:7
liability [8] - 4:10, 4:11, 4:15, 4:21, 5:7, 14:13, 20:1, 20:5
life [1] - 18:5
life-expert-type [1] - 18:5
light [1] - 16:12
litigation [2] - 5:15, 11:1
local [1] - 19:7
look [1] - 11:24
looking [1] - 12:20
LORENZO [1] - 13:6
Lorenzo [1] - 3:7
LOS [5] - 1:9, 1:16, 1:22, 3:1, 28:6
Los [4] - 3:7, 21:7, 23:14, 24:11
LUIS [1] - 1:6
Luis [2] - 3:7, 3:14

**M**

maintained [1] - 15:22
maker [1] - 23:10
male [1] - 9:24
manual [2] - 24:5, 24:24
manuals [1] - 24:16
Manuel [1] - 19:3
March [1] - 3:22
material [9] - 7:11, 7:15, 7:22, 9:2, 12:1, 12:2, 13:13, 14:16, 24:22
materiality [3] - 13:11, 13:19, 13:24
materials [2] - 13:1, 22:1
matter [1] - 14:21
MATTER [1] - 28:16
matters [1] - 6:22
MAY [1] - 28:21
mean [30] - 5:9, 6:1, 6:3, 6:16, 6:24, 7:6, 7:22, 8:24, 9:4, 9:5, 9:6, 9:9, 9:14, 9:21, 10:1, 10:5, 10:7, 11:5, 12:10, 12:18, 13:15, 14:2, 14:8, 18:4, 18:19, 20:5, 21:12, 21:15, 26:24
means [1] - 13:24
media [1] - 14:3
meet [3] - 11:21, 12:24, 17:24
meeting [1] - 17:14
memory [3] - 10:25, 20:21, 23:11
mention [1] - 18:3
mentioning [1] - 21:6
might [1] - 25:15
minute [1] - 10:21
miscalculated [1] - 5:8
misstating [1] - 24:9
misspoke [2] - 18:7, 24:9
misunderstood [1] - 6:8
modus [1] - 9:18
moment [1] - 13:6
Monell [17] - 4:10, 4:21, 20:10, 20:11, 20:12, 20:17, 20:22, 21:21, 22:3, 22:7, 22:9, 22:12, 23:9, 24:18, 25:15, 26:20,

26:22
Monell-type [1] - 23:9
morning [1] - 9:20
most [7] - 16:20, 20:15, 21:7, 21:18, 22:23, 23:13, 23:17
mother [1] - 17:7
motion [10] - 3:21, 3:23, 6:5, 6:19, 18:24, 19:5, 25:15, 25:22, 25:23, 26:2
motions [2] - 5:6, 18:21
moved [1] - 14:7
movies [1] - 14:4
moving [2] - 6:13, 6:21
MR [71] - 3:9, 3:11, 3:13, 3:16, 4:25, 5:3, 5:12, 5:17, 5:21, 5:24, 6:10, 6:18, 7:2, 7:9, 7:24, 8:19, 10:20, 11:16, 12:9, 12:15, 12:23, 13:8, 13:18, 14:13, 14:25, 15:6, 15:10, 15:13, 16:16, 16:19, 16:21, 17:1, 17:5, 17:12, 17:20, 17:22, 18:6, 18:14, 19:1, 19:17, 19:20, 19:23, 20:4, 20:7, 20:14, 20:25, 21:5, 21:17, 22:11, 22:18, 22:22, 23:1, 23:3, 23:11, 23:18, 23:21, 24:7, 24:13, 24:19, 25:11, 25:12, 25:18, 26:3, 26:7, 26:10, 26:13, 26:17, 26:18, 26:73, 27:8, 27:9

**N**

nail [1] - 25:18
name [1] - 10:11
narrow [1] - 6:14
necessarily [2] - 11:9, 22:10
necessary [2] - 14:9, 18:21
need [1] - 13:6
needed [1] - 21:20
next [1] - 4:3
Ninth [1] - 3:23
NORTH [1] - 1:22
nothing [1] - 11:11
notice [1] - 9:6

## O

o'clock [1] - 26:8
obligation [2] - 24:23, 27:4
obligations [3] - 22:14, 24:22, 25:1
obviously [4] - 6:2, 12:6, 12:10, 25:25
occurred [1] - 23:13
OF [14] - 1:1, 1:2, 1:9, 1:15, 2:2, 2:3, 2:6, 28:4, 28:6, 28:8, 28:12, 28:14, 28:17, 28:18
offer [2] - 15:14, 18:10
offered [1] - 23:16
officer [1] - 16:6
officer's [1] - 21:15
officers [10] - 6:4, 8:10, 11:2, 11:6, 15:23, 21:24, 22:5, 22:7, 23:17, 24:11
OFFICIAL [3] - 1:21, 28:10, 28:24
oftentimes [1] - 24:16
ON [2] - 2:3, 2:6
once [1] - 19:6
one [18] - 5:19, 6:2, 6:6, 8:16, 8:18, 9:22, 13:8, 13:16, 13:21, 16:16, 16:18, 18:4, 18:14, 18:18, 19:17, 20:9, 21:10, 26:19
One [1] - 26:22
ones [1] - 10:15
operandi [1] - 9:18
opinion [1] - 13:17
opportunity [1] - 18:16
opposing [1] - 12:25
order [4] - 7:25, 9:1, 10:21, 27:1
ordinary [1] - 14:1
otherwise [3] - 13:23, 18:25, 22:5
ought [3] - 12:5, 14:7, 15:20
outcome [1] - 12:2
outstanding [3] - 20:17, 26:20, 27:6

## P

PAGE [1] - 28:16
pages [1] - 12:13
part [2] - 23:21, 24:20
particular [2] - 7:3, 22:22
pattern [1] - 21:4
people [2] - 6:3, 14:6
percent [1] - 23:4
person [7] - 21:6, 21:18, 22:23, 22:25, 23:9, 23:12, 23:16
persons [1] - 20:15
PH [1] - 1:23
phase [13] - 4:17, 5:19, 6:6, 15:2, 15:5, 16:16, 16:18, 18:10, 20:1, 20:2, 20:9, 21:10
phone [1] - 18:8
physically [1] - 16:25
physician [3] - 17:8, 17:10, 18:11
pivotal [1] - 15:9
places [1] - 19:6
plaintiff [12] - 3:14, 4:1, 4:14, 4:16, 4:18, 5:16, 6:9, 8:13, 9:17, 17:4, 17:7, 25:1
PLAINTIFF [2] - 1:7, 2:3
plaintiff's [8] - 5:10, 17:7, 17:8, 17:24, 19:24, 21:3, 22:12
plaintiffs [3] - 4:22, 14:14, 15:22
plowden [2] - 18:6, 26:7
PLOWDEN [15] - 2:7, 3:16, 14:13, 17:22, 19:1, 20:25, 21:17, 22:11, 24:19, 25:11, 26:3, 26:10, 26:13, 26:17, 27:9
Plowden [1] - 3:17
point [6] - 9:22, 16:14, 21:3, 24:1, 25:23, 26:19
pointed [1] - 7:4
police [7] - 15:14, 16:6, 18:19, 21:14, 21:15, 22:7, 24:11
Police [2] - 21:8, 23:14
policies [3] - 21:11, 21:16, 24:15
policy [7] - 21:14, 22:6, 22:9, 22:16, 23:9, 24:7
position [4] - 14:12, 20:24, 24:17, 26:21
possible [1] - 9:5,

17:25
posters [1] - 10:2
potentially [1] - 13:13
practice [3] - 21:4, 22:9, 24:7
practices [1] - 15:14
prejudiced [1] - 5:22
present [2] - 4:18, 12:4
presentation [1] - 6:8
presented [2] - 9:3, 10:9
presenting [1] - 17:3
PRESIDING [1] - 1:4
pretty [1] - 11:17
previously [3] - 4:8, 4:12, 10:22
procedures [1] - 21:11
proceed [1] - 11:15
proceeding [1] - 20:8
PROCEEDINGS [3] - 1:15, 27:13, 28:15
proceedings [1] - 4:4
proffered [3] - 14:14, 15:1, 23:12
profile [1] - 10:13
prong [2] - 7:12, 13:20
proposed [1] - 4:1
prosecutor [1] - 11:22
provide [3] - 24:14, 24:23, 25:2
provided [4] - 11:20, 11:22, 22:1, 24:25
provisions [1] - 24:24
public [1] - 10:3
purposes [1] - 7:11
PURSUANT [1] - 28:12
pursue [1] - 27:5

## Q

qualified [10] - 3:21, 6:5, 6:24, 7:15, 7:19, 8:1, 8:3, 8:5, 8:7, 11:12
questions [1] - 4:22
Quijano [1] - 8:20
quote [1] - 18:11
quote-unquote [1] - 18:11

## R

rank [1] - 23:2
rape [11] - 6:4, 8:11, 10:10, 10:18, 10:22, 10:23, 11:3, 11:4, 11:7, 11:9, 11:20
raped [1] - 15:25
rapes [1] - 10:12
rather [1] - 6:3
Real [2] - 19:3, 19:14
realm [1] - 14:2
reason [2] - 14:11, 22:4
reasonable [1] - 17:17
reckless [1] - 15:15
recollection [2] - 9:25, 24:14
recording [1] - 25:13
referred [1] - 24:15
refresh [2] - 10:24, 20:21
regard [2] - 17:3, 22:5
regarding [5] - 5:15, 11:1, 21:14, 24:12, 25:1
regardless [1] - 9:23
regards [3] - 21:7, 21:9, 21:10
REGULATIONS [1] - 28:17
release [1] - 17:11
rely [1] - 15:4
remember [1] - 9:19
report [1] - 14:15
REPORTED [1] - 28:15
REPORTER [4] - 1:21, 28:4, 28:10, 28:24
REPORTER'S [1] - 1:15
representation [1] - 21:23
requesting [1] - 6:12
requires [1] - 19:13
respect [1] - 24:15
respectfully [1] - 6:12
respond [1] - 27:7
responsibilities [1] - 22:8
responsibility [1] - 21:15
result [2] - 16:9, 17:14
returns [2] - 4:13,

16:23
revealed [2] - 10:18, 15:23
reviewing [1] - 14:18
revisit [1] - 19:2
rise [1] - 27:11
role [1] - 14:15
ROOM [1] - 1:22
Rule [1] - 14:15
rule [1] - 6:24
ruled [3] - 6:18, 7:19, 8:6
rules [1] - 19:8
ruling [4] - 5:18, 6:11, 7:3, 14:22
rulings [4] - 6:13, 7:3, 7:14, 11:16

## S

satisfactory [1] - 4:2
school [1] - 24:21
scientific [1] - 14:1
scope [1] - 6:14
seasoned [1] - 13:10
SECTION [1] - 28:13
see [2] - 10:24, 12:22, 13:6, 14:11, 23:15, 26:15
seem [3] - 6:25, 9:19, 17:19
senior [1] - 19:8
sense [1] - 14:22
sent [1] - 10:2
separate [2] - 12:11
separately [1] - 4:19
serves [1] - 23:12
SESSION [2] - 1:16, 3:2
set [3] - 19:4, 19:9, 25:7
setting [1] - 19:2
sexual [3] - 7:4, 12:11, 13:12
Shepherd [1] - 3:18
SHERI [3] - 1:21, 28:10, 28:23
short [1] - 12:20
shows [1] - 14:5
sides [2] - 25:8, 25:25
significant [1] - 9:16
similar [2] - 15:25, 16:1
simple [1] - 26:4
Simpson [2] - 3:14, 5:3
SIMPSON [14] - 2:5, 3:13, 5:17, 5:21, 5:24,

11:16, 12:9, 12:15, 17:12, 20:7, 21:5, 22:18, 23:11, 25:18
situations [1] - 14:4
slender [1] - 10:1
someone [2] - 15:25, 18:4
somewhat [1] - 23:25
somewhere [1] - 9:25
sorry [1] - 17:22
sound [3] - 17:16, 17:17, 23:8
specifically [1] - 24:11
SPRING [1] - 1:22
SS [1] - 28:7
stage [2] - 4:15, 17:6
stance [1] - 20:18
stands [2] - 19:6, 27:12
state [2] - 3:8, 9:15
STATE [1] - 28:8
STATES [6] - 1:1, 1:1, 1:4, 28:11, 28:13, 28:18
status [1] - 3:19
stayed [4] - 3:20, 4:11, 26:23, 27:1
STENOGRAPHICA LLY [1] - 28:15
STEVEN [1] - 1:4
still [1] - 10:19
stipulate [3] - 12:25, 13:1, 13:2
stipulates [1] - 9:7
stipulation [1] - 9:5
stop [1] - 9:20
straightforward [2] - 6:3, 15:19
STREET [1] - 1:22
strength [1] - 10:6
subject [3] - 5:18, 13:16, 17:23
submission [1] - 19:5
substituted [1] - 26:13
substituting [1] - 3:17
suggested [1] - 5:18
suggesting [3] - 6:22, 7:7, 7:8
summary [9] - 6:11, 6:19, 7:3, 13:9, 15:1, 15:5, 15:7, 19:5, 25:15
supervise [1] - 22:19
supervision [1] -

21:11
supervisor [1] - 25:5
supporting [1] - 22:20
supports [1] - 23:20
suppose [4] - 8:12, 9:11, 11:5, 16:24
suppressed [1] - 11:24
suppression [1] - 12:1
Surekha [1] - 3:18

T

tactics [1] - 18:19
tattoo [1] - 9:21
teardrop [1] - 9:20
tee [1] - 26:3
television [3] - 14:3, 14:5, 14:8
terms [2] - 6:2, 7:14
test [1] - 25:16
testify [2] - 16:24, 23:22
testimony [4] - 14:11, 15:14, 16:5, 21:20
THAT [2] - 28:12, 28:16
THE [80] - 3:6, 3:19, 4:6, 4:7, 5:2, 5:5, 5:14, 5:20, 5:23, 5:25, 6:16, 6:22, 7:6, 7:13, 8:3, 8:21, 10:24, 12:3, 12:13, 12:18, 12:22, 14:21, 15:4, 15:8, 15:11, 15:17, 16:18, 16:20, 16:22, 17:2, 17:10, 17:16, 17:21, 18:3, 18:12, 18:18, 19:11, 19:19, 19:22, 19:25, 20:5, 20:11, 20:20, 21:2, 21:12, 22:2, 22:15, 22:20, 22:25, 23:2, 23:5, 23:8, 23:15, 23:19, 24:6, 24:8, 24:17, 25:9, 25:14, 25:20, 26:5, 26:9, 26:12, 26:15, 26:24, 27:4, 27:10, 27:11, 28:11, 28:13, 28:14, 28:15, 28:16, 28:17, 28:18
themselves [1] - 24:20
theory [2] - 22:12, 23:20

therapist [1] - 17:13
therefore [2] - 6:20, 8:1
they've [1] - 14:8
thinking [6] - 11:19, 13:5, 13:7, 14:24, 19:25, 25:16
three [8] - 12:11, 16:14, 16:21, 19:21, 20:1, 20:4, 20:9
three-day [1] - 19:21
TITLE [1] - 28:13
TO [1] - 28:13
today [1] - 17:25, 26:15
today's [1] - 14:3
ton [1] - 24:14
top [2] - 12:10, 23:4
total [2] - 19:24, 20:4
train [2] - 21:22, 22:13, 23:20, 24:14
trained [3] - 23:17, 24:12, 24:20
training [6] - 21:10, 21:24, 22:16, 23:13, 23:23, 24:25
transcript [1] - 14:19
TRANSCRIPT [3] - 1:15, 28:14, 28:16
transcripts [3] - 11:25, 12:4, 12:13
treating [4] - 17:8, 17:10, 17:11, 18:11
trial [37] - 4:1, 4:6, 4:7, 4:8, 4:9, 6:6, 6:15, 7:14, 7:18, 7:23, 8:8, 8:22, 9:1, 9:5, 9:6, 9:7, 9:9, 10:7, 10:8, 11:5, 11:25, 12:4, 12:7, 12:8, 12:19, 16:2, 16:12, 16:13, 18:22, 19:2, 19:4, 19:10, 19:12, 19:14, 19:21, 19:24, 25:7
trier [1] - 14:18
trifurcated [2] - 4:9, 20:8
TRUE [1] - 28:14
try [1] - 10:3
trying [3] - 25:12, 25:18, 25:24
two [11] - 8:10, 13:4, 19:6, 20:1, 20:4, 20:6, 20:8, 20:9, 20:10, 22:5, 26:13
type [3] - 6:25, 18:5, 23:9

U

ultimate [1] - 14:17
unable [1] - 13:2
unavailable [1] - 25:8
uncommon [1] - 9:22
under [8] - 9:21, 15:23, 15:25, 16:6, 16:7, 19:5, 20:22, 21:15
understood [1] - 18:12
unduly [1] - 5:21
unfortunately [1] - 26:7
UNITED [6] - 1:1, 1:1, 1:4, 28:11, 28:13, 28:18
unless [3] - 5:7, 17:18, 19:12
unquote [1] - 18:11
up [4] - 20:12, 23:6, 26:3, 26:19
usurping [1] - 15:18
usurps [1] - 14:14

V

vacation [2] - 25:10, 26:7
Vacation [1] - 25:11
VARGAS [1] - 1:6
Vargas [8] - 3:7, 3:10, 3:12, 3:15, 5:1, 10:11, 17:4, 17:13
verdict [2] - 4:13, 16:23
versus [2] - 3:7, 24:5
victims [3] - 9:19, 15:24, 16:5
videotape [1] - 25:13
violation [2] - 13:20, 16:9
violations [3] - 7:8, 7:10, 24:12
visiting [1] - 21:9
voluntarily [1] - 3:23
VS [1] - 1:8

W

waters [1] - 25:16
weakness [1] - 10:7
weeks [2] - 26:6, 26:13
WESTERN [1] - 1:2

wife [1] - 17:8
WILSON [1] - 1:4
WITH [1] - 28:17
withheld [3] - 7:21, 9:2, 11:23
withstanding [1] - 22:15
witness [2] - 17:6, 22:24
witnesses [1] - 17:17
wonder [1] - 19:1
words [2] - 4:14, 8:24, 14:16, 22:3
written [4] - 21:16, 22:15, 24:4, 24:16
wrongful [1] - 17:15

Y

year [1] - 3:22
years [1] - 16:25

Exhibit 1 to Defendants' Opposition to Plaintiff's Motion to Permit Expert Testimony and Opinion - Page 46