**JAN STIGLITZ (SBN 103815)**
**LAW OFFICE OF JAN STIGLITZ**
14462 Garden Trail
San Diego, CA 92127
Tel.: (619) 525-1697
Fax: (619) 615-1497

**BRETT A. BOON (SBN 283225)**
brett@boonlawoffice.com
**BOON LAW**
411 Camino Del Rio S, Suite 106
San Diego, CA 92108
T: (619) 358-9949
F: (619) 365-4926

**CRAIG S. BENNER (SBN 283913)**
craig@bennerlawfirm.com
**BENNER LAW FIRM**
411 Camino Del Rio S, Suite 106
San Diego, CA 92108
T: (619) 595-6795
F: (619) 595-6796

**ALEXANDER J. SIMPSON**
**(SBN 235533)**
ajs@cwsl.edu
225 Cedar St.
San Diego, CA 92101
T: (619) 515-1525
F: (619) 615-1425

Attorneys for Plaintiff LUIS
LORENZO VARGAS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **LUIS LORENZO VARGAS**,<br><br>                                   Plaintiff,<br><br>        v.<br><br>**CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT;** ~~COUNTY OF LOS ANGELES; OFFICE OF THE LOS ANGELES DISTRICT ATTORNEY; LOS ANGELES SHERIFF'S DEPARTMENT;~~ **MONICA QUIJANO;** ~~RICHARD TAMEZ;~~ **SCOTT SMITH; AND DOES 1-10 INCLUSIVE,**<br><br>                                   Defendants. | Case No.  2:16-cv-08684-SVW-AFM<br><br>**JOINT EXHIBIT LIST**<br><br>**HON. STEPHEN V. WILSON**<br>CTRM 10A<br><br>**Complaint Filed:**  November 12, 2016<br>**Trial Date:**          June 25, 2016 |

- 1 -

**PLAINTIFFS' EXHIBIT LIST:**

| No. of Exhibit | Description | Date Id'd | Date Admitted |
|---|---|---|---|
| 1. | Amended Notice of Taking Depo of Plaintiff (Ex 1 to the Depo Transcript of Luis Vargas) | | |
| 2. | Six Pack Line Up (Ex 2 to the Depo Transcript of Luis Vargas) | | |
| 3. | Six Pack Line Up (Ex 3 to the Depo Transcript of Luis Vargas) | | |
| 4. | Six Pack Line Up (Ex 4 to the Depo Transcript of Luis Vargas) | | |
| 5. | Crime Alert Publication (Ex 5 to the Depo Transcript of Luis Vargas) | | |
| 1. | Karen P. Preliminary Investigation (Ex 1 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 2. | Color Photocopy of Six Pack Line Up (Ex 2 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 3. | Photo ID General Guidelines (Ex 3 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 4. | Photocopy of Marked Six Pack (Ex 4 to Depo Transcript of Sgt. Richard Tamez) | | |
| 5. | Photocopy of the Karen P. Photo ID Report (Ex 5 to the Depo Transcript of Sgt. Richard Tamez) | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| 6. | Suspect Composite Sketch (Ex 6 to the Depo Transcript of Sgt. Richard Tamez) | | |
|---|---|---|---|
| 7. | Lineup Detail Packet (Ex 7 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 8. | Color Photocopy of Six Pack Lineup Marked B (Ex 8 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 9. | Color Photocopy of Six Pack Lineup Marked A (Ex 9 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 10. | Crime Alert Flyer (Ex 10 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 11. | Wanted Flyer (Ex 11 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 12. | Reserved | | |
| 13. | LAPD Follow Up Investigation (Ex 13 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 14. | LAPD Preliminary Investigation (Ex 14 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 15. | LAPD Follow Up Investigation (Ex 15 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 16. | Crime Alert Flyer (Ex 16 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 17. | LAPD Preliminary Investigation (Ex 17 to the | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| | Depo Transcript of Sgt. Richard Tamez) | | |
| 18. | LAPD Preliminary Investigation (Ex 18 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 19. | LAPD Preliminary Investigation (Ex 19 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 20. | LAPD Preliminary Investigation (Ex 20 to the Depo Transcript of Sgt. Richard Tamez) | | |
| 21. | Second Amended Notice of Deposition (Ex 21 to the Depo Transcript of Sharlene Johnson) | | |
| 22. | Declaration of Det. Sharlene Johnson (Ex 22 to the Depo Transcript of Sharlene Johnson) | | |
| 23. | Reward Flyer (Ex 23 to the Depo Transcript of Sharlene Johnson) | | |
| 24. | Reserved | | |
| 25. | Reserved | | |
| 26. | Reserved | | |
| 27. | Reserved | | |
| 28. | Reserved | | |
| 29. | Reserved | | |
| 30. | Depo Notice (Exhibit 30 to the Depo Transcript of Sgt. William Scott Carty) | | |
| 31. | Plaintiff's Second Amended Notice (Exhibit 31 to the Depo Transcript of Det. Dan Jenks) | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| 32. | Defendant's Objections to Plaintiff's Second Amended Notice of Deposition (Exhibit 32 to the Depo Transcript of Det. Dan Jenks) | | |
|---|---|---|---|
| 33. | LAPD Supplemental Responses and Objections (Exhibit 33 to the Depo Transcript of Det. Dan Jenks) | | |
| 34. | Detective Operational Manual (Exhibit 34 to the Depo Transcript of Det. Dan Jenks) | | |
| 35. | Memo Number 1 (Exhibit 35 to the Depo Transcript of Det. Dan Jenks) | | |
| 35. | Declaration of Detective Monica Quijano (Exhibit 35 to the Depo Transcript of Det. Monica Quijano) | | |
| 36. | Sketch, Bates No Vargas-LAPD1 (Exhibit 36 to the Depo Transcript of Det. Monica Quijano) | | |
| 37. | Serial Rapist Alert, Bates No. Vargas-LAPD 329 (Exhibit 37 to the Depo Transcript of Det. Monica Quijano) | | |
| 38. | Pages from the LAPD Serial Rapist Book, Bates No. Vargas-LAPD 15-28 (Exhibit 38 to the Depo Transcript of Det. Monica Quijano) | | |
| 39. | Copy of Handwritten Notes, Bates No Vargas-LAPD 336 (Exhibit 39 to the Depo Transcript of Det. Monica Quijano) | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| 40. | Copy of Handwritten notes, Bates No. Vargas-LAPD 337-338 (Exhibit 40 to the Depo Transcript of Det. Monica Quijano) | | |
|---|---|---|---|
| 41. | Los Angeles Sheriff Dept. Lineup Detail Bates No. Vargas-LAPD 363 (Exhibit 41 to the Depo Transcript of Det. Monica Quijano) | | |
| 42. | Copy of Handwritten Notes, Bates No. Vargas-LAPD 344 (Exhibit 42 to the Depo Transcript of Det. Monica Quijano) | | |
| 43. | LAPD Run on Parolees, Bates Nos. Vargas-LAPD 348-361 (Exhibit 43 to the Depo Transcript of Det. Monica Quijano) | | |
| 44. | Arrest Report, Bates No Vargas-LAPD 362 (Exhibit 44 to the Depo Transcript of Det. Monica Quijano) | | |
| 45. | Query on Gang Monikers, Bates No. Vargas-LAPD 375-390 (Exhibit 45 to the Depo Transcript of Det. Monica Quijano) | | |
| 40. | Amended Notice of Deposition (Ex 40 to the Depo Transcript of Det. Scott Smith) | | |
| 41. | LAPD Serial Rapist Book (Ex 41 to the Depo Transcript of Det. Scott Smith) | | |
| 42. | Preliminary Investigation of Kidnapping (Ex 42 to the | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | | |
|---|---|---|---|---|
| | | Depo Transcript of Det. Scott Smith) | | |
| | 43. | Follow Up Investigation (Ex 43 to the Depo Transcript of Det. Scott Smith) | | |
| | 44. | Preliminary Investigation of Attempted Rape (Ex 44 to the Depo Transcript of Det. Scott Smith) | | |
| | 45. | Follow Up Investigation (Ex 45 to the Depo Transcript of Det. Scott Smith) | | |
| | 46. | Reserved | | |
| | 47. | Reserved | | |
| | 48. | Reserved | | |
| | 49. | Reserved | | |
| | 50. | Plaintiff Amended Notice of Depo (Ex 50 to the Depo Transcript of Det. Richard McCauley) | | |
| | 51. | LAPD Serial Rapist Book (Ex 51 to the Depo Transcript of Det. Richard McCauley) | | |
| | 52. | LAPD Preliminary Investigation of Kidnapping (Ex 52 to the Depo Transcript of Det. Richard McCauley) | | |
| | 53. | Follow Up Investigation (Ex 53 to the Depo Transcript of Det. Richard McCauley) | | |
| | 54. | LAPD Preliminary Investigation of Attempt Rape (Ex 54 to the Depo Transcript of Det. Richard McCauley) | | |
| | 55. | Letter dated 2/6/18 (Ex 55 to the Depo Transcript of Det. Richard McCauley) | | |

**PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST**

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| 56. | Deposition Notice (Ex 56 to Depo Transcript of Det. Adolfo Contreras) | | |
| 57. | Serial Rapist Alert (Ex 57 to Depo Transcript of Det. Adolfo Contreras) | | |
| 58. | LAPD Serial Rapist Book (Deposition Notice (Ex 58 to Depo Transcript of Det. Adolfo Contreras- Confidential) | | |
| 59. | Follow Up Investigation Report (Ex 59 to Depo Transcript of Det. Adolfo Contreras- Confidential) | | |
| 60. | Follow Up Investigation Report (Ex 60 to Depo Transcript of Det. Adolfo Contreras- Confidential) | | |
| 61. | | | |
| 62. | | | |
| 63. | | | |
| 64. | | | |
| 65. | | | |
| 66. | | | |
| 67. | | | |
| 68. | | | |
| 69. | | | |
| 70. | Wanted Sketch and Description (01/24/98) Bate Stamped 001-002 | | |
| 71. | Crime Alert 77th Area and Sketch (06/15/98) Bate Stamped 003-004 | | |
| 72. | Crime Alert 77th Street Area (03/25/99) Bate Stamped 005 | | |
| 73. | Crime Alert 77th Street Area (05/21/99) Bate Stamped 006 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| 74. | Prelim Investigation Form (01/24/98) Bate Stamped 007-008 | | |
| 75. | Profile Sketch (02/05/98) Bate Stamped 009 | | |
| 76. | Follow-Up Investigation Form (03/18/98) Bate Stamped 010-012 | | |
| 77. | Follow-Up Investigation Form (09/17/98) Bate Stamped 013-014 | | |
| 78. | Serial Rapist Book Chronological Record, Bate Stamped 015-027 | | |
| 79. | Follow-Up Investigation Form (06/09/98) Bate Stamped 028 | | |
| 80. | Event Master Inquiry (06/16/98) Bate Stamped 029-030 | | |
| 81. | Arrest Report (7/21/98) Bate Stamped 031-034 | | |
| 82. | Booking Recommendation Form, Bate Stamped 035 | | |
| 83. | Probable Cause Determination Form (07/21/98) Bate Stamped 036-038 | | |
| 84. | City Attorney Disclosure Statement (07/21/98) Bate Stamped 038 | | |
| 85. | Probable Cause Determination Form (07/21/98) Bate Stamped 039-040 | | |
| 86. | Property Report Vargas Whole Blood Signed Copy (07/21/98) Bate Stamped 041 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| 87. | Property Report Vargas Whole Blood (07/21/98) Bate Stamped 042 | | |
| 88. | Follow-Up Investigation Report (07/22/98) Bate Stamped 043 | | |
| 89. | Analyzed Evidence Report (07/29/98) Bate Stamped 044 | | |
| 90. | Analyzed Evidence Report (07/29/98) Bate Stamped 045 | | |
| 91. | Analyzed Evidence Report (07/29/98) Bate Stamped 046 | | |
| 92. | Serology Case Summary Sheet Semen Analysis (07/29/98) Bate Stamped 047-053 | | |
| 93. | Photocopy of Mug Shots (054) | | |
| 94. | Follow-Up Investigation Report (07/23/98) Bate Stamped 055-056 | | |
| 95. | Follow-Up Investigation Report (08/03/98) Bate Stamped 057-061 | | |
| 96. | Rap Sheet of Vargas, Bate Stamped 062-065 | | |
| 97. | Criminal History Transcript of Vargas, Bate Stamped 066-076 | | |
| 98. | Vehicle History Sheet, Bate Stamped 077 | | |
| 99. | Letter from Vargas to Georgina Martinez Translated (08/03/98) Bate Stamped 078-081 | | |
| 100. | Letter from Vargas to Georgina Martinez (07/26/98) Bate Stamped 082-087 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| 101. | Written Permission from Georgina (07/30/98) Bate Stamped 088 | | |
|---|---|---|---|
| 102. | Facsimile Transmittal Sheet (10/06/98) Bate Stamped 089 | | |
| 103. | Medical Report of Teresa (06/06/98) Bate Stamped 090-094 | | |
| 104. | Illegible Document, Bate Stamped 095 | | |
| 105. | DFM Hospital Adult Addendum of Teresa, Bate Stamped 096-097 | | |
| 106. | DFM Suspect Database Profile of Teresa, Bate Stamped 098-099 | | |
| 107. | Analyzed Evidence Report (08/10/98) Bate Stamped 100 | | |
| 108. | Property Report Vargas Kitchen Knife and Letter (07/30/98) Bate Stamped 101 | | |
| 109. | Property Report Vargas Kitchen Knife and Letter (07/30/98) Bate Stamped 102 | | |
| 110. | Analyzed Evidence (07/21/98) Bate Stamped 103 | | |
| 111. | Notes of Address and Phone Number (09/14/98) Bate Stamped 104 | | |
| 112. | Statement Sheet on DR 981218195, Bate Stamped 105 | | |
| 113. | Statement Sheet on DR 981217638, Bate Stamped 106 | | |
| 114. | Detective's Case Envelope, Bate Stamped 107 | | |
| 115. | Notes, Bate Stamped 108 | | |

- 11 -

| | | | |
|---|---|---|---|
| 116. | Photocopies of Vargas Mugshot, Bate Stamped 109-110 | | |
| 117. | Subpoena for Appearance of Witness Teresa R (09/14/98) Bate Stamped 111 | | |
| 118. | Investigator's Final Report (07/22/98) Bate Stamped 112 | | |
| 119. | CPS Orange County Notice of Debt Letter (11/05/98) Bate Stamped 113-116 | | |
| 120. | Message Memo (05/24) Bate Stamped 117 | | |
| 121. | Witness Fees and Expense Claims, Bate Stamped 118-120 | | |
| 122. | Subpoena for Appearance of Witness Edith G (10/26/98) Bate Stamped 121 | | |
| 123. | Subpoena for Appearance of Witness Teresa R (10/26/98) Bate Stamped 122 | | |
| 124. | Copy of Business Card of Anthony J Patti and Schedule for 11/14/98, Bate Stamped 123 | | |
| 125. | Subpoena for Appearance of Witness Edith G (01/13/98) Bate Stamped 124 | | |
| 126. | Subpoena for Appearance of Witness Karen P (01/13/98) Bate Stamped 125 | | |
| 127. | Subpoena for Appearance of Witness Teresa R (01/13/98) Bate Stamped 126 | | |
| 128. | Investigator's Final Report (07/22/98) Bate Stamped 127-128 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| 129. | Subpoena for Appearance of Witness Edith G (08/10/98) Bate Stamped 129 | | |
|---|---|---|---|
| 130. | Order to Transport Defendant Vargas (07/23/98) Bate Stamped 130 | | |
| 131. | Output Message Re Sex Offender Reg of Vargas (07/16/98) Bate Stamped 131 | | |
| 132. | Output Message Re Sex Offender Reg of Vargas (07/22/98) Bate Stamped 132-133 | | |
| 133. | Output Message Re Sex Offender Reg of Vargas (07/21/98) Bate Stamped 134 | | |
| 134. | Booking No Inquiry (07/23/98) Bate Stamped 135 | | |
| 135. | Probable Cause Determination Inquiry (07/23/98) Bate Stamped 136 | | |
| 136. | Status Inquiry of Vargas (07/27/98) Bate Stamped 137-138 | | |
| 137. | Master Witness List (10/26/98) Bate Stamped 139-140 | | |
| 138. | Subpoena Duces Tecum (09/03/98) Bate Stamped 141 | | |
| 139. | Signed Application for Subpoena Duces Tecum (09/03/98) Bate Stamped 142 | | |
| 140. | APS Defendant Inquiry (07/16/98) Bate Stamped 143 | | |
| 141. | Case Detail Inquiry (07/16/98) Bate Stamped 144-161 | | |
| 142. | TCIS Case Summary, Bate Stamped 162 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| 143. | Prelim Investigation Of Attempt Kidnap, Bate Stamped 163-164 | | |
| 144. | Follow-Up Investigation (07/02/99) Bate Stamped 165-166 | | |
| 145. | Prelim Investigation of Rape (06/22/98) Bate Stamped 167 | | |
| 146. | Medical Report of Shonte S (06/22/98) Bate Stamped 168-172 | | |
| 147. | Property Report Confidential Sexual Assault Evidence, Bate Stamped 173 | | |
| 148. | Prelim Investigation of Attempt Robbery, Bate Stamped 174-175 | | |
| 149. | Prelim Investigation of Attempt Robbery and Sexual Battery (11/06/98) Bate Stamped 176-177 | | |
| 150. | Prelim Investigation of Kidnapping (02/14/99) Bate Stamped 178-179 | | |
| 151. | Follow-Up Investigation Kidnapping, Bate Stamped 180-181 | | |
| 152. | Detective's Case Progress Log (03/25/99) Bate Stamped 182 | | |
| 153. | Call For Service (05/09/12) Bate Stamped 183 | | |
| 154. | Investigator Contact (03/08/99) Bate Stamped 184 | | |
| 155. | Follow-Up Investigation of Attempt Rape, Bate Stamped 185-186 | | |
| 156. | Detective's Case Progress Log, Bate Stamped 187 | | |

- 14 -

**PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST**

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| 157. | IO Notes (05/20/99) Bate Stamped 188-190 | | |
| 158. | IO Notes (05/21/99) Bate Stamped 191 | | |
| 159. | IO Notes (05/26/99) Bate Stamped 192 | | |
| 160. | Prelim Investigation of Attempt Robbery Kidnap Attempt Rape (09/10/99) Bate Stamped 193-195 | | |
| 161. | Attorney Notes (09/03/98) Bate Stamped 196 | | |
| 162. | Fax Transmission Cover Sheet (09/02/98) Bate Stamped 197 | | |
| 163. | Prelim Investigation of Robbery Penetration with Foreign Object (04/29/93) Bate Stamped 198-199 | | |
| 164. | Crime Alert Notice and Sketch, Bate Stamped 200-201 | | |
| 165. | Sketch of Suspect (02/05/98) Bate Stamped 202 | | |
| 166. | Lineup Detail Witnesses Sign-In Sheet, Bate Stamped 203 | | |
| 167. | Lineup Detail Form, Bate Stamped 204 | | |
| 168. | Notes (11/04/98) Bate Stamped 205-206 | | |
| 169. | Witness Form (11/04/98) Bate Stamped 207 | | |
| 170. | Witness Form (11/04/98) Bate Stamped 208 | | |
| 171. | List of Documents, Bate Stamped 209 | | |
| 172. | Follow-Up Investigation Attempt Kidnap Attempt | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| | | Rape (03/12/98) Bate Stamped 210 | | |
| 173. | Sketch of Suspect (02/05/98) Bate Stamped 211 | | |
| 174. | Property Report Vargas Whole Blood, Bate Stamped 212 | | |
| 175. | Arraignment Information, Bate Stamped 213 | | |
| 176. | Declaration of Bail Deviation, Bate Stamped 214 | | |
| 177. | Follow-Up Investigation Attempt Rape (08/03/98) Bate Stamped 215-219 | | |
| 178. | Arrest Report of Vargas, Bate Stamped 220-223 | | |
| 179. | Sketch of Suspect (06/12/98) Bate Stamped 224 | | |
| 180. | Statement Sheet on DR 981217638, Bate Stamped 225 | | |
| 181. | Letter from Vargas to Georgina Martinez (07/26/98) Bate Stamped 226-228 | | |
| 182. | Letter from Vargas to Georgina Martinez Translated (08/03/98) Bate Stamped 229-231 | | |
| 183. | Written Permission from Georgina (07/30/98) Bate Stamped 232 | | |
| 184. | Statement Sheet Interview with Georgina Martinez, Bate Stamped 233 | | |
| 185. | Legal Affairs Division Newsletter Issue 4 May 1995, Bate Stamped 234-235 | | |

- 16 -

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| 186. | Legal Bulletin Criminal Discovery Volume 1 Issue 4 (02/09/76) Bate Stamped 236-237 | | |
| 187. | Crime Alert Newton Area (09/28/99) Bate Stamped 238 | | |
| 188. | Prelim Investigation Attempt Rape (07/29/96) Bate Stamped 239-240 | | |
| 189. | Follow-Up Investigation Attempt Rape (08/12/96) Bate Stamped 241-242 | | |
| 190. | Prelim Investigation Attempt Rape (09/12/96) Bate Stamped 243-244 | | |
| 191. | Req for Confidentiality of Info (06/30/97) Bate Stamped 245 | | |
| 192. | Prelim Investigation Sexual Battery (07/01/97) Bate Stamped 246-247 | | |
| 193. | Prelim Investigation Rape Kidnap (07/03/97) Bate Stamped 248-250 | | |
| 194. | Req for Confidentiality of Info (02/11/98) Bate Stamped 251 | | |
| 195. | Prelim Investigation (12/12/98) Bate Stamped 252-254 | | |
| 196. | Property Report Rape Kit (02/11/98) Bate Stamped 255 | | |
| 197. | Notes (06/22/98) Bate Stamped 256 | | |
| 198. | Req for Confidentiality of Info (02/11/98) Bate Stamped 257 | | |
| 199. | Prelim Investigation Rape (06/22/98) Bate Stamped 258 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| 200. | Call For Service (05/09/12) Bate Stamped 259-260 | | |
| 201. | Statement Form Shonte S (05/24/12) Bate Stamped 261-262 | | |
| 202. | Handwritten Notes (05/24/12) Bate Stamped 263-271 | | |
| 203. | Follow-Up Investigation Report (08/12/14) Bate Stamped 272 | | |
| 204. | Photos of Live Line-up Suspects, Bate Stamped 273 | | |
| 205. | Notes (06/16/98) Bate Stamped 274 | | |
| 206. | Crime Alert Southwest Area and Sketch of Suspect (02/27/97) Bate Stamped 275-276 | | |
| 207. | Photos of Live Line-up Suspects, Bate Stamped 277 | | |
| 208. | Notes, Bate Stamped 278 | | |
| 209. | Photo ID General Guidelines, Bate Stamped 279 | | |
| 210. | Photo ID Report, Bate Stamped 280 | | |
| 211. | Photos of Live Line-up Suspects, Bate Stamped 281 | | |
| 212. | Criminal History Transcript of Contreras M G (06/17/98) Bate Stamped 282-285 | | |
| 213. | Rap Sheet of Contreras M G (06/17/98) Bate Stamped 286-287 | | |
| 214. | Crime Alert Southwest Area and Sketch of Suspect (02/27/97) Bate Stamped 288-289 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| 215. | Detective Operations Manual (09/15/86) Bate Stamped 290-291 | | |
| 216. | Personal Oddities Summary List (06/16/98) Bate Stamped 292-293 | | |
| 217. | Copy of Marily Droz Business Card, Bate Stamped 302 | | |
| 218. | Partial Letter from Vargas to Georgina Martinez, Bate Stamped 303 | | |
| 219. | Follow up Investigation DR 981305978, Bates No. 560, 561 (Ex 220 to the Depo Transcript of Rorie Frank) | | |
| 220. | Arrest Report DR 9812-18195 Bates No. 347-352, 476-480 (Ex 221 to the Depo Transcript of Rorie Frank) | | |
| 221. | Follow up Investiation Bates No. 205, 481-483, 488 (Ex 222 to the Depo Transcript of Rorie Frank) | | |
| 222. | Lineup Detail, Witnesses Sign In Sheet (Ex 223 to the Depo Transcript of Rorie Frank) | | |
| 223. | Composite (Bates No 291) and Follow up Investigation Dr. 9806-14590 Bates No 292-299 (Ex 224 to the Depo Transcript of Rorie Frank) | | |
| 224. | Preliminary Hearing Bates No 371-415 (Ex 225 to the Depo Transcript of Rorie Frank) | | |
| 225. | Information Summary Bates No 00046-51 (Ex 226 to the | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | | |
|---|---|---|---|---|
| | | Depo Transcript of Rorie Frank) | | |
| | 226. | Memo Dates 2/3/99 Bates No. 243 (Ex 227 to the Depo Transcript of Rorie Frank) | | |
| | 227. | Notice of Motion and Motion for Separate Trials Bates No 603-611 (Ex 228 to the Depo Transcript of Rorie Frank) | | |
| | 228. | DR Numbers Bates 582-583 (Ex 229 to the Depo Transcript of Rorie Frank) Marked Confidential | | |
| | 229. | Vargas BA171718 Bates No 87 (Ex 230 to the Depo Transcript of Rorie Frank) | | |
| | 230. | Witness List Defense Bates No 460 (Ex 232 to the Depo Transcript of Rorie Frank) Marked Confidential | | |
| | 231. | Notice of Appeal and Motion for Appointment of Counsel on Appeal Bates No. 344 (Ex 232 to the Depo Transcript of Rorie Frank) | | |
| | 232. | LexisNexis Bates No. 294-296 (Ex 233 to the Depo Transcript of Rorie Frank) | | |
| | 233. | Edith Gonzalez Description of Knife, Bate Stamped 304 | | |
| | 234. | Rosales Description of Knife (7/22/98) Bate Stamped 305 | | |
| | 235. | Copies of Field ID Cards, Bate Stamped 306 | | |
| | 236. | Daily Field Activities Report (06/06/98) Bate Stamped 307-308 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| 237. | Daily Field Activities Report (06/06/98) Bate Stamped 309-310 | | |
|---|---|---|---|
| 238. | Photos Taken by Boots Tiemann (08/03/98) Bate Stamped 311 | | |
| 239. | Request For Records (06/18/14) Bate Stamped 312 | | |
| 240. | Incident History, Bate Stamped 313 | | |
| 241. | Calls For Service (06/19/14) Bate Stamped 314-315 | | |
| 242. | Affidavit of Iris Dawson (06/20/14) Bate Stamped 316 | | |
| 243. | Request For Records (06/18/14) Bate Stamped 317 | | |
| 244. | Incident History, Bate Stamped 318 | | |
| 245. | Calls For Service (06/19/14) Bate Stamped 319 | | |
| 246. | Affidavit of Iris Dawson (06/20/14) Bate Stamped 320 | | |
| 247. | Request For Radio Comm (07/5/98) Bate Stamped 321 | | |
| 248. | Declaration Accompanying Records In Response (07/25/98) Bate Stamped 322-323 | | |
| 249. | Request For Radio Comm (07/23/98) Bate Stamped 324 | | |
| 250. | Incident History, Bate Stamped 325-326 | | |
| 251. | Affidavit of Margaret Otell (07/25/98) Bate Stamped 327 | | |
| 252. | Photos of Street Corner, Bate Stamped 328 | | |
| 253. | Serial Rapist Alert, Bate Stamped 329 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| 254. | Sketch of Suspect (06/12/98) Bate Stamped 330 | | |
|------|------------------------------------------------|---|---|
| 255. | Serial Rapist Alert, Bate Stamped 331 | | |
| 256. | Serial Rapist Alert, Bate Stamped 332 | | |
| 257. | Serial Rapist Alert, Bate Stamped 333 | | |
| 258. | Order Directing Defendant to Participate in a Line Up (08/04/98) Bate Stamped 334 | | |
| 259. | Blank Document, Bate Stamped 335 | | |
| 260. | Handwritten Notes (08/03/98-11/04/98) Bate Stamped 336-338 | | |
| 261. | Req From Detective M Quijano (08/13/98) Bate Stamped 339 | | |
| 262. | Handwritten Notes (06/10/98) Bate Stamped 340 | | |
| 263. | Persons with Subject, Bate Stamped 341 | | |
| 264. | Info Req Form (06/14/98) Bate Stamped 342 | | |
| 265. | Handwritten Notes (06/07/98-06/10/98) Bate Stamped 343-344 | | |
| 266. | Daily Crime Info (06/07/98) Bate Stamped 345-347 | | |
| 267. | Arrest Report In Sequence (06/12/98) Bate Stamped 348-361) | | |
| 268. | Arrest Report (06/17/98) Bate Stamped 362 | | |
| 269. | Lineup Detail (11/04/98) Bate Stamped 363 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| | | | |
|---|---|---|---|
| 270. | Handwritten Notes (11/04/98) Bate Stamped 364-365 | | |
| 271. | Witness Card (11/04/98) Bate Stamped 366 | | |
| 272. | Witness Card Karen (11/04/98) Bate Stamped 367 | | |
| 273. | Witness Card Teresa (11/04/98) Bate Stamped 368 | | |
| 274. | Witness Sign-In Sheet (11/04/98) Bate Stamped 369 | | |
| 275. | Photocopies of Live Line-up (11/04/98) Bate Stamped 370-372 | | |
| 276. | Handwritten Notes (11/04/98) Bate Stamped 373-374 | | |
| 277. | FI Report, Bate Stamped 375-390 | | |
| 278. | Newton Div Cover Page Bate Stamped 391 | | |
| 279. | Spreadsheet Research on BMS Gang (06/16/98) Bate Stamped 392-394 | | |
| 280. | Newton Div Sex Registrants Male Hispanic, Bate Stamped 395-407 | | |
| 281. | Active 290 Registrants, Bate Stamped 408-413 | | |
| 282. | 290 Registration Report Unit Master List, Bate Stamped 414-444 | | |
| 283. | Proof Of Service Katherine Finan (10/04/17) Bate Stamped (not bate stamped) | | |
| 284. | Quijano M Training Info Schedule (10/10/18) Bate Stamped 450-452 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| 285. | LAPD Detective Operations Manual (09/15/86) Bate Stamped 453-764 | | |
|---|---|---|---|
| 286. | 1996 & 1997 LAPD Manual (650 pages) | | |
| 287. | LA District Attorney File in Response to Subpoena (826 pages) | | |
| 288. | LA Public Defenders File in Response to Subpoena (19 pages) | | |
| 289. | Frank Rorie's File (1-518, 519-877, 197-931) | | |
| 290. | RT People of CA v. Luis Vargas – Sentencing hearing | | |
| 291. | Concession briefing Los Angeles District Attorneys | | |
| 292. | Plaintiff Luis Vargas' Responses to LAPD Requests for Production, Set 1 | | |
| 293. | Plaintiff Luis Vargas' Responses to LAPD Requests for Production, Set 2 | | |
| 294. | Plaintiff Luis Vargas' Responses to Defendant Quijano's Requests for Production, Set 1 | | |
| 295. | Plaintiff Luis Vargas' Responses to Defendant Tamez's Requests for Production, Set 1 | | |
| 296. | Plaintiff Luis Vargas' Responses to Defendants Smith's Requests for Production, Set 1 | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| 297. | Plaintiff Luis Vargas' Responses to LAPD Interrogatories | | |
|---|---|---|---|
| 298. | Plaintiff Luis Vargas' Responses to Quijano Interrogatories | | |
| 299. | Plaintiff Luis Vargas' Responses to Tamez Interrogatories | | |
| 300. | Plaintiff Luis Vargas' Responses to Smith Interrogatories | | |
| 301. | Reserved | | |
| - - | Reserved | | |
| 399. | Reserved | | |

**DEFENDANTS' EXHIBIT LIST:**

| NO. | DESCRIPTION | OBJECTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| 400 | Serial Rape Book | | | |
| 401 | Chronological Record – Serial Rape Book | | | |
| 402 | Crime Report-June 5, 1998 Incident (Teresa R.) | | | |
| 403 | Suspect Composite Drawing for Teresa R. Incident | | | |
| 404 | Crime Report-May 30, 1998 Incident (Edith G.) | | | |
| 405 | Crime Report-January 24, 1998 Incident (Deborah H.) | | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| NO. | DESCRIPTION | OBJECTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| 406 | Suspect Composite Drawing for Deborah H. Incident | | | |
| 407 | Crime Report-February 3, 1998 (Karen P. Incident) | | | |
| 408 | Crime Alert re: Teresa R. and Edith G. Incidents (generated by 77th Division) | | | |
| 409 | Suspect Crime Alert from LAPD's Southwest Division for February 3, 1997 | | | |
| 410 | Reports, six-pack and notes regarding Southwest Division suspect Mario Contreras | | | |
| 411 | Six-Pack Card "A" (Mario Contreras-Position #1 and Luis Vargas-Position #6) | | | |
| 412 | Six-Pack Card "A" and corresponding Photo Identification Report-Teresa R. dated July 16, 1998 | | | |
| 413 | Six-Pack Card "A" and corresponding Photo Identification Report-Edith G dated July 16, 1998 | | | |
| 414 | Photograph of Luis Vargas taken by Officer Lewis on July 21, 1998 | | | |
| 415 | Six-Pack Card "B" and corresponding Photo | | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| NO. | DESCRIPTION | OBJECTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
|  | Identification Report-Teresa R. dated July 21, 1998 (Vargas-Position #5) |  |  |  |
| 416 | Six-Park Card "B" and corresponding Photo Identification Report-Edith G. dated Jul 21, 1998 (Vargas-Position #5) |  |  |  |
| 417 | Arrest report re: Luis Vargas dated July 21, 1998 |  |  |  |
| 418 | Six-Pack Card "C" and corresponding Photo Identification Report-Karen P. dated July 27, 1998 |  |  |  |
| 419 | Certified docket from People v. Luis Lorenzo Vargas, BA171718 |  |  |  |
| 420 | LAPD Follow-up Report dated July 27, 1998 |  |  |  |
| 421 | LAPD Follow-up Report dated August 3, 1997 |  |  |  |
| 422 | Facsimile cover sheet to Detective Quijano from Detective Elzinga enclosing reports re: Dania V. |  |  |  |
| 423 | Note from DDA Robin Allen re: discovery pertaining to Dania V. having been provided to |  |  |  |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| NO. | DESCRIPTION | OBJECTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| | Vargas' counsel (September 12, 1998) | | | |
| 424 | Live Line-up witness and suspect lists (November 4, 1998) | | | |
| 425 | WITNESS Statements of Karen P.; Teresa R. and Dania V. (November 4, 1998) | | | |
| 426 | Reporter's Transcript Preliminary Hearing-November 17, 1998 | | | |
| 427 | Detective Quijano's statement regarding identification of Vargas from line-up photographs by Edith G. on February 16, 1999 | | | |
| 428 | Reserved | | | |
| 429 | Informal Discovery Requests by then-Deputy Public Defender Anthony Patti to Robin Allen (December 1998 and February 1999) | | | |
| 430 | Reporter's Transcript, March 1999 (Rorie receives Discovery from Quijano) | | | |
| 431 | Vargas' Motion for Separate Trials | | | |
| 432 | Reserved | | | |
| 233A | Vargas' Motion for New Trial and Sentencing | | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| NO. | DESCRIPTION | OBJECTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|---|
| 233B | Reporter's Transcript re: Vargas' Motion for New Trial and Sentencing (July 27, 1999) | | | |
| 234 | LAPD Follow-up Report dated 9/1998, by Rick Tamez (Deborah failure to identify Vargas from DA digitized file) | | | |
| 235 | LA Times article regarding The Tear-Drop Rapist, dated August 8, 1999 | | | |
| 236 | LA Times article regarding The Tear-Drop Rapist, dated August 11, 1999. | | | |
| 237 | LA Times article regarding The Tear-Drop Rapist, dated August 24, 2000. | | | |
| 238A | Audio CD – Shonte 911 Call | | | |
| 238B | Transcript of Shonte 911 Call | | | |
| 239 | Reserved | | | |
| 240 | Reserved | | | |
| 241 | Reserved | | | |
| 242 | Reserved | | | |
| 243 | Reserved | | | |
| 244 | Reserved | | | |
| 245 | Reserved | | | |

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)

| NO. | DESCRIPTION | OBJECTION | DATE IDENTIFIED | DATE ADMITTED |
|-----|-------------|-----------|-----------------|---------------|
| 246 | Reserved | | | |
| 247 | Reserved | | | |
| 248 | Reserved | | | |
| 249 | Reserved | | | |
| 250 | Reserved | | | |

DATED:  May 27, 2019                    LAW OFFICES OF JAN STIGLITZ

*Jan Stiglitz /s/*
Jan Stiglitz, Esq.
Attorneys for Plaintiff
**Luis Lorenzo Vargas**

Dated: May 23, 2019   **MICHAEL N. FEUER**, City Attorney
**JAMES P. CLARK,** Chief Deputy City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____/S/ - GEOFFREY PLOWDEN_____.
    **GEOFFREY PLOWDEN**, Deputy City Attorney

*Attorneys for Defendants,* CITY OF LOS ANGELES, et al.

PLAINTIFF'S LOCAL RULE 16 DISCLOSURE OF EXHIBIT & WITNESS LIST

CASE NO. 2:16-CV-08684-SVW(AFM)