| | |
|---|---|
| JAN STIGLITZ (SBN 103815)<br>**LAW OFFICE OF JAN STIGLITZ**<br>14462 Garden Trail<br>San Diego, CA 92127<br>Tel.: (619 807-5890 | BRETT BOON (SBN 283225)<br>**THE BOON LAW FIRM**<br>411 Camino Del Rio South, # 106<br>San Diego, CA 92108<br>T: 619) 358-9949<br>F: (619) 365-4926 |
| CRAIG BENNER (SBN 283913)<br>**BENNER LAW FIRM**<br>411 Camino Del Rio S., Suite 106<br>San Diego, CA 92108<br>T: (619) 595-6795<br>F: (619) 595-6796 | ALEX SIMPSON (SBN 235533)<br>225 Cedar St, San Diego, CA 92101<br>P: (619) 515-1525<br>F: (619) 615-1425 |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUIS LORENZO VARGAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; ~~COUNTY OF LOS ANGELES~~; ~~OFFICE OF THE LOS ANGELES DISTRICT ATTORNEY~~; ~~LOS ANGELES SHERIFF'S DEPARTMENT~~; MONICA QUIJANO; ~~RICHARD TAMEZ~~; SCOTT SMITH; AND DOES 1-10, INCLUSIVE,<br><br>　　　　　　　　　　Defendants. | Case No.  2:16-cv-08684-SVW-AFM<br><br>**PLAINTIFF LUIS VARGAS' WITNESS LIST PURSUANT TO LOCAL RULE 16-5**<br><br>HON. STEPHEN V. WILSON<br><br>CTRM:    10A<br><br>Complaint Filed:    Nov. 12, 2019<br>Pretrial Conference: June 17, 2019<br>Trial Date:         June 25, 2019 |

1

PLAINTIFF'S WITNESS LIST – L.R. 16-5

**TO THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD,** pursuant to Local Rule 16-5 and the Court's Order, Plaintiff Luis Vargas respectfully submits the following Witness List:

1. Luis Lorenzo Vargas
2. Florentina Vargas
3. Blanca Alatorre
4. Teresa R.
5. Karen P.
6. Edith G.
7. Monica Quijano
8. Richard Tamez
9. Robin Allen
10. Frank Rorie
11. Anthony J. Patti
12. Dan Jenks
13. Scott Smith
14. Sharlene Johnson
15. Al Contreras
16. Raquel Cohen
17. William Scott Carty
18. Denys Medel

DATED: May 27, 2019            LAW OFFICES OF JAN STIGLITZ

                               */s/ Jan Stiglitz*
                               Jan Stiglitz, Esq.
                               Attorney for Plaintiff Luis Lorenzo Vargas