| | |
|---|---|
| **JAN STIGLITZ (SBN 103815)** | **BRETT A. BOON (SBN 283225)** |
| **LAW OFFICE OF JAN STIGLITZ** | brett@boonlawoffice.com |
| 14462 Garden Trail | **BOON LAW** |
| San Diego, CA 92127 | 411 Camino Del Rio S, Suite 106 |
| Tel.: (619) 525-1697 | San Diego, CA 92108 |
| Fax: (619) 615-1497 | T: (619) 358-9949 |
| | F: (619) 365-4926 |
| | |
| **CRAIG S. BENNER (SBN 283913)** | **ALEXANDER J. SIMPSON** |
| craig@bennerlawfirm.com | **(SBN 235533)** |
| **BENNER LAW FIRM** | ajs@cwsl.edu |
| 411 Camino Del Rio S, Suite 106 | 225 Cedar St. |
| San Diego, CA 92108 | San Diego, CA 92101 |
| T: (619) 595-6795 | T: (619) 515-1525 |
| F: (619) 595-6796 | F: (619) 615-1425 |

Attorneys for Plaintiff LUIS LORENZO VARGAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUIS LORENZO VARGAS, | Case No. 2:16-cv-08684-SVW-AFM |
| Plaintiff, | **DECLARATION OF BRETT BOON, Esq. IN SUPPORT OF PLAINTIFF'S REPLIES IN SUPPORT OF MOTIONS IN LIMINE** |
| v. | |
| CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; ~~COUNTY OF LOS ANGELES; OFFICE OF THE LOS ANGELES DISTRICT ATTORNEY; LOS ANGELES SHERIFF'S DEPARTMENT~~; MONICA QUIJANO; ~~RICHARD TAMEZ~~; SCOTT SMITH; AND DOES 1-10 INCLUSIVE, | **HON. STEPHEN V. WILSON** CTRM 10A |
| | Date: **June 10, 2019** |
| | Time: **1:30 pm** |
| | Complaint Filed: November 12, 2016 |
| | Trial Date: June 25, 2019 |
| Defendants. | |

DECLARATION OF BRETT BOON | Page 1 of 2

**I, BRETT A. BOON, declare and state as follows:**

1. I am over the age of 21 and not a party to this action. I am one of the attorneys of record representing Plaintiff LUIS LORENZO VARGAS.

2. I make this declaration based on my personal knowledge. For those matters which I lack personal knowledge, I make them based on information and belief. If called to testify, I would competently testify to each matter set forth herein.

3. In opposing Plaintiff's Motions in Limine, Defendants contend that Plaintiff failed to meet and confer as required by Local Rule. This is untrue. On May 8, 2019, I personally emailed Mr. Geoffrey Plowden, counsel for Defendants, setting forth the bases for Plaintiff's planned motions in limine. A true and correct copy of this email is attached hereto as Exhibit 1. I received no response on the issues raised as potential motions.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on May 27, 2019 in San Diego, California.

/s/ Brett A. Boon
Brett A. Boon, Esq.

**brett@bennerboon.com**

| | |
|---|---|
| **From:** | Brett Boon |
| **Sent:** | Wednesday, May 8, 2019 4:21 PM |
| **To:** | 'Geoff Plowden'; 'Craig Benner' |
| **Cc:** | 'Simpson, Alex'; 'Stiglitz, Jan'; 'Brooks, Justin' |
| **Subject:** | RE: Vargas |

Geoff,

We will move forward with the expert briefing.

Regarding the *Monell* claim, we believe that dismissal based on your position would be premature. As a result, Plaintiff prefers to allow the court ordered MSJ to be filed and resolved on this issue. To the extent Plaintiff prevails on his *Brady* claim then we will agree to revisit this issue at that time.

Detective Tamez was dismissed by the Court long ago. If there is any lingering issue relative to Detective Tamez, it can be resolved at the final pretrial conference and/or in pretrial filings. If you believe a formal filing remains necessary, please provide a suggested stipulation for our review.

Mr. Benner confirmed next week's meeting.

As an additional item, please accept this Plaintiff's meet and confer regarding motions in limine. As of now, Plaintiff plans to file three such motions:

1) To include evidence at trial regarding Plaintiff's innocence,
2) To exclude evidence at trial of Plaintiff's prior convictions, prison time, and any related "bad acts," and;
3) To exclude evidence regarding Plaintiff's immigration status.

Please advise at your earliest convenience whether Defendants are willing to stipulate to any of the above. If the answer is no, Plaintiff will move forward with the contemplated motions.

We look forward to continuing to work through and resolve pretrial and case related issues with your office in the coming weeks.

Kind regards,

Brett A. Boon, Esq.
411 Camino Del Rio South, Suite 106
San Diego, CA 92108
P: (619) 358-9949 || F: (619) 365-4926

Confidentiality Notice: This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy or delete all copies of the original message and any attachments. Thank you.

**From:** Geoff Plowden <geoffrey.plowden@lacity.org>
**Sent:** Tuesday, May 7, 2019 4:14 PM

**To:** brett@boonlawoffice.com; Craig Benner <Craig@bennerlawfirm.com>
**Subject:** Vargas

Yes, we oppose your experts. Judge Wilson said he doesn't see a need for experts and is inclined to disallow them. The disclosures violate Rule 26 and at the very least should have been made no later than 4/15.

I have sent two emails regarding the Monell claim and defendants Tamez, I got no response. You also have a state law claim for respondeat that needs to be dismissed.  The City has agreed to indemnify the individual defendants as to compensatory damages, if any. Please  get back to me on this.

Are we meeting next week? I offered tomorrow, but again got no response.

I'd like to depose damages witnesses week after next. Will you accept service and get me some dates?


Cooperation is a two-way street. I look forward to hearing from you.
--
Geoffrey Plowden
Deputy City Attorney
Police Litigation Section
200 N. Main Street #600
Los Angeles, CA 90012
213-978-7038 ph.
213-978-8785 fx.

****************Confidentiality Notice ***********************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
****************************************************************