**JAN STIGLITZ (SBN 103815)**
**LAW OFFICE OF JAN STIGLITZ**
14462 Garden Trail
San Diego, CA 92127
Tel.: (619) 525-1697
Fax: (619) 615-1497

**BRETT A. BOON (SBN 283225)**
brett@boonlawoffice.com
**BOON LAW**
411 Camino Del Rio S, Suite 106
San Diego, CA 92108
T: (619) 358-9949
F: (619) 365-4926

**CRAIG S. BENNER (SBN 283913)**
craig@bennerlawfirm.com
**BENNER LAW FIRM**
411 Camino Del Rio S, Suite 106
San Diego, CA 92108
T: (619) 595-6795
F: (619) 595-6796

**ALEXANDER J. SIMPSON**
**(SBN 235533)**
ajs@cwsl.edu
225 Cedar St.
San Diego, CA 92101
T: (619) 515-1525
F: (619) 615-1425

Attorneys for Plaintiff LUIS
LORENZO VARGAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **LUIS LORENZO VARGAS**,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT;** ~~COUNTY OF LOS ANGELES; OFFICE OF THE LOS ANGELES DISTRICT ATTORNEY; LOS ANGELES SHERIFF'S DEPARTMENT;~~ **MONICA QUIJANO;** ~~RICHARD TAMEZ;~~ **SCOTT SMITH; AND DOES 1-10 INCLUSIVE,**<br><br>Defendants. | Case No.  2:16-cv-08684-SVW-AFM<br><br>**PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION IN LIMINE NUMBER THREE TO EXCLUDE EVIDENCE OF PLAINTIFF'S IMMIGRATION STATUS**<br><br>**HON. STEPHEN V. WILSON**<br>CTRM 10A<br><br>**Hearing Date:**  June 10, 2019<br>                          1:30 pm<br>**Complaint Filed:** November 12, 2016<br>**Trial Date:**  June 25, 2016 |

1    **TO THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF**
2    **RECORD, PLEASE TAKE NOTICE THAT** Plaintiff LUIS LORENZO VARGAS,
3    by and through his counsel, hereby submits this Reply in Further Support of Plaintiff's
4    Motion in Limine Number Three to Exclude Evidence of Plaintiff's Immigration
5    Status.

Mr. Vargas's Reply in Support of Motion

1

## I.    REPLY

Defendants do not oppose Plaintiff's Motion in Limine Number Three. See Dkt. No. 201. Therefore, the Motion should be granted in full based on the argument Plaintiff set forth in the Motion, meaning that no evidence, mention, nor testimony shall be introduced at trial concerning Plaintiff's immigration status.

DATED:  May 24, 2019                    **LAW OFFICES OF JAN STIGLITZ**

/s/ Jan Stiglitz
Jan Stiglitz, Esq.
Attorney for Plaintiff
**Luis Lorenzo Vargas**

DATED:  May 24, 2019                    **BOON LAW**

/s/ Brett A. Boon
Brett A. Boon, Esq.
Attorney for Plaintiff
**Luis Lorenzo Vargas**

DATED:  May 24, 2019                    **BENNER LAW FIRM**

/s/ Craig S. Benner
Craig S. Benner, Esq.
Attorney for Plaintiff
**Luis Lorenzo Vargas**

DATED:  May 24, 2019                    **ALEXANDER J. SIMPSON, ESQ**.

/s/ Alexander J. Simpson
Attorney for Plaintiff
**Luis Lorenzo Vargas**

Mr. Vargas's Reply in Support of Motion