**JAN STIGLITZ (SBN 103815)**
**LAW OFFICE OF JAN STIGLITZ**
225 Cedar St.
San Diego, CA 92101
Tel.: (619) 525-1697
Fax: (619) 615-1497

**BRETT A. BOON (SBN 283225)**
brett@boonlawoffice.com
**BOON LAW**
411 Camino Del Rio S, Suite 106
San Diego, CA 92108
T: (619) 358-9949
F: (619) 365-4926

**CRAIG S. BENNER (SBN 283913)**
craig@bennerlawfirm.com
**BENNER LAW FIRM**
411 Camino Del Rio S, Suite 106
San Diego, CA 92108
T: (619) 595-6795
F: (619) 595-6796

**ALEXANDER J. SIMPSON (SBN 235533)**
ajs@cwsl.edu
225 Cedar St.
San Diego, CA 92101
T: (619) 515-1525
F: (619) 615-1425

Attorneys for Plaintiff LUIS LORENZO VARGAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUIS LORENZO VARGAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; ~~COUNTY OF LOS ANGELES; OFFICE OF THE LOS ANGELES DISTRICT ATTORNEY; LOS ANGELES SHERIFF'S DEPARTMENT~~; MONICA QUIJANO; ~~RICHARD TAMEZ;~~ SCOTT SMITH; AND DOES 1-10 INCLUSIVE,<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-08684-SVW-AFM<br><br>**DECLARATION OF BRETT BOON, Esq. IN SUPPOT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO PERMIT EXPERT TESTIMONY AND OPINION**<br><br>HON. STEPHEN V. WILSON<br>CTRM 10A<br><br>**Date:** **June 10, 2019**<br>**Time:** **1:30 pm**<br>**Complaint Filed:** November 12, 2016<br>**Trial Date:** June 25, 2019 |

**I, BRETT A. BOON, declare and state as follows:**

1. I am over the age of 21 and not a party to this action. I am one of the attorneys of record representing Plaintiff LUIS LORENZO VARGAS.

2. I make this declaration based on my personal knowledge. For those matters which I lack personal knowledge, I make them based on information and belief. If called to testify, I would competently testify to each matter set forth herein.

3. Upon disclosure of Plaintiff's experts in the first week of May I personally contacted Mr. Geoffrey Plowden, counsel for Defendants, to advise that on June 6, 2019 Plaintiff's expert Mr. Hermansen would be moving out of state making his deposition very difficult, and inquiring whether Defendants wished to depose Plaintiff's experts beforehand. Mr. Plowden responded that Defendants would not seek to take any such depositions until the Court rules on the expert's admissibility. No fewer than four other depositions have been scheduled in this case since I first made the aforementioned inquiry, three of which were noticed by Mr. Plowden. Defendants have had ample opportunity to depose Plaintiff's experts.

4. Pursuant to Local Rule, I personally attended a pre-trial meeting in this matter on May 14, 2019 with Mr. Plowden and Ms. Surekha Shephard, also counsel for Defendants. At this meeting, Mr. Plowden asked whether Exhibit Number 3 to my Declaration in Support of Plaintiff's Expert Motion was intentionally the Ninth Circuit decision in *Mellen v. Winn*. I not only confirmed as much, but reiterated the importance of this decision on the admissibility of Mr. Clark's expert opinions. Defendants' Opposition to the

Plaintiff's Expert Motion was not filed until May 20, 2019, but nonetheless does not address the *Mellen* decision.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on May 27, 2019 in San Diego, California.

*/s/ Brett A. Boon*
Brett A. Boon, Esq.