UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-08684-SVW-AFM | Date | June 18, 2019 |
|---|---|---|---|
| Title | *Luis Lorenzo Vargas v. City of Los Angeles et al.* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER [193] [195] [196] [198]

This order memorializes the Court's oral rulings rendered at the June 17, 2019 pre-trial conference.

First, the Court GRANTS IN PART and DENIES IN PART Defendants' motion for summary judgment. Dkt. 198. Specifically, the Court GRANTS the motion as to Plaintiff's vicarious liability claim, because the operative complaint did not allege compliance with the claim presentation requirement. *See State of California v. Superior Court*, 32 Cal. 4th 1234, 1243 (2004). The vicarious liability claim is DISMISSED. The Court DENIES the motion as to Plaintiff's municipal liability claim because Plaintiff has raised a triable issue of fact on his "failure to train" theory of municipal liability.[1]

Second, the Court DENIES Plaintiff's motion to appoint Roger Clark and Kurt Hermansen as experts. Dkt. 193. Roger Clark's proposed testimony as a police practices expert is unnecessary because it is not helpful to the jury; the Court can state the relevant standard of care in jury instructions and the balance of his proposed testimony states conclusions regarding ultimate issues and thus would usurp the role of the jury. Similarly, Kurt Hermansen's proposed testimony as a criminal law specialist is unnecessary because, once the jury is instructed regarding the applicable legal standards, it can decide on its own whether Defendants complied with their obligations.

---

[1]    At this stage, Plaintiff has raised a triable issue of fact only on this aspect of his municipal liability claim; he has not raised a triable issue on a "failure to supervise" theory.

:
Initials of Preparer    PMC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-08684-SVW-AFM | Date | June 18, 2019 |
|---|---|---|---|
| Title | *Luis Lorenzo Vargas v. City of Los Angeles et al.* | | |

 Third, the Court GRANTS Plaintiff's motion in limine to exclude evidence of Plaintiff's prior bad acts in the liability phase. Dkt. 195. Any probative value is substantially outweighed by a danger of unfair prejudice to Plaintiff.

 Fourth, the Court GRANTS Plaintiff's motion in limine to exclude evidence of Plaintiff's immigration status for non-opposition. Dkt. 196.

 IT IS SO ORDERED.

 : 

Initials of Preparer PMC