**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Luis Lorenzo Vargas, <br><br> PLAINTIFF(S) <br> v. <br><br> City of Los Angeles et al, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:16-cv-08684-SVW-AFM <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON  , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Luis Lorenzo Vargas

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Monica Quijano

Scott Smith

recover of the plaintiff(s) its costs of action, taxed in the sum of  To be determined

Clerk, U. S. District Court

Dated: 6/27/19

By *PMCruz*
Deputy Clerk

At: Los Angeles, CA

cc: Counsel of record

CV-44 (11/96)      **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**