| | |
|---|---|
| Jan Stiglitz (SBN 103815) | Brett A. Boon (SBN 283225) |
| Law Office of Jan Stiglitz | The Boon Law Firm |
| 14462 Garden Trail | 411 Camino Del Rio S, Ste. 106 |
| San Diego, CA 92127 | San Diego, CA 92108 |
| Phone: (619) 525-1697 | Phone: (619) 358-9949 |
| Fax: (619) 615-1497 | Fax: (619) 365-4926 |
| E-Mail: js@cwsl.edu | E-Mail: brett@boonlawoffice.com |
| | |
| Craig S. Benner (SBN 283913) | Alexander J. Simpson (SBN 235533) |
| Benner Law Firm | 225 Cedar St. |
| 411 Camino Del Rio S, Ste. 106 | San Diego, CA 92101 |
| San Diego, CA 92108 | Phone: (619) 515-1525 |
| Phone: (619) 595-6795 | Fax: (619) 615-1425 |
| Fax: (619) 595-6796 | E-Mail: ajs@cwsl.edu |
| E-Mail: craig@bennerlawfirm.com | |

Retained Counsel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO VARGAS,<br><br>                     Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; ~~COUNTY OF LOS ANGELES; OFFICE OF THE LOS ANGELES DISTRICT ATTORNEY; LOS ANGELES SHERIFF'S DEPARTMENT;~~ MONICA QUIJANO; ~~RICHARD TAMEZ~~; SCOTT SMITH; AND DOES 1-10, INCLUSIVE,<br><br>                    Defendants. | Case No. 2:16-cv-08684-SVW-AFM<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Luis Lorenzo Vargas, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order of the District Court, Central District of California, entered on July 26, 2019 (ECF No. 258), which struck Plaintiff's timely post-trial motion. Plaintiff also appeals from the adverse judgment of the district court entered on June 27, 2019 (ECF No. 252), which stated as follows:

> IT IS ORDERED AND ADJUDGED that the plaintiff(s): Luis Lorenzo Vargas take nothing; that the action be dismissed on the merits; and that the defendant(s): Monica Quijano [and] Scott Smith recover of the plaintiff(s) its costs of action, taxed in the sum of To be determined.

In addition, Plaintiff appeals from all other orders made appealable by entry of final judgment.

By this appeal, Plaintiff will ask the court of appeals to reverse the orders, rulings, and judgment of the district court and grant such other relief to which he may be entitled. A copy of said order and judgment is attached hereto.

August 19, 2019                s/_____
Date                                           Counsel for Appellant