# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Luis Lorenzo Vargas, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:16-cv-08684-SVW-AFM |
| v. | |
| City of Los Angeles et al, | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/25/2019 | 255 & 256 | Motion |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

  The motions are stricken, the hearings are vacated.

Clerk, U.S. District Court

Dated: July 26, 2019         By: *PMCruz*
                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**
G-112B (01/07)