# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# JS-6

| | |
|---|---|
| Luis Lorenzo Vargas, | **CASE NUMBER** |
| | 2:16-cv-08684-SVW-AFM |
| PLAINTIFF(S) | |
| v. | |
| City of Los Angeles et al, | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable <u>STEPHEN V. WILSON</u>, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Luis Lorenzo Vargas

take nothing; that the  action be dismissed on the  merits; and that the defendant(s):

Monica Quijano

Scott Smith

recover of the plaintiff(s) its costs of action, taxed in the sum of <u>To be determined</u>

Clerk, U. S. District Court

Dated: <u>6/27/19</u>

By _PMCruz_
Deputy Clerk

At: <u>Los Angeles, CA</u>

cc:    Counsel of record

CV-44 (11/96)                    **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**